WALNUT CREEK POLICE DEPARTMENT
1666 North Main Street
Walnut Creek, CA 94596



## STOLEN VEHICLE / RECOVERY SUPPLEMENTAL REPORT

CASE # **99-1797**

| CODE SECTION | AUTO THEFT | CLASSIFICATION |
|---|---|---|
| VC 10851 | AUTO THEFT | 07.01-01 |
| | RECLASS CRIME | RECLASS CLASSIFICATION |
| | AUTO THEFT RECOVERY | 07.01-21 |

**OWNER/VICTIM:**
WC Ford
1800 N. Main St
W.C. Ca, 94596

**OWNER NOTIFIED BY PHONE:** ☐ YES ☐ NO
PHONE # CALLED _____
DATE _____ P# _____

**RECOVERING AGENCY:** Tunica Co. SO    CASE # 00-71201
**PHONE #** _____
**LOCATE RECEIVED:** DATE 3/28/00    TIME 1751

**REMOVED FROM SYSTEM:** DATE _____ TIME _____ P# _____
**VERIFIED BY:** DATE _____ TIME _____ P# _____

**CONDITION OF VEHICLE:**
| STRIPPED | WRECKED | BURNED | DRIVEABLE |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☐ NO |
| ☐ UNK | ☐ UNK | ☐ UNK | ☒ UNK |

**ADDITIONAL COMMENTS:** _____

**VEHICLE STORED AT:**
Tunica Sheriff's Dept
ADDRESS _____
PHONE _____

**VEHICLE FINGERPRINTED:** ☐ YES ☐ NO ☒ UNKNOWN

CONTROLLED DOCUMENT
FOR LAW ENFORCEMENT
USE ONLY

**0158 FILED**

**IN ORDER TO RETREIVE YOUR VEHICLE YOU MUST:**
(1) CONTACT THE WALNUT CREEK POLICE DEPARTMENT FOR A WRITTEN RELEASE FOR YOUR VEHICLE.
(2) CONTACT THE RECOVERING POLICE AGENCY FOR A RELEASE.
(3) GO TO THE TOW COMPANY'S STORAGE FACILITY.

JAN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DISPOSITION:** FORWARD TO ORGINATING OFFICER FOR REVIEW AND NECESSARY FOLLOW-UP.

| COPIES TO: DETECTIVES ORGINATING OFFICER | RECORDS 4/6/00 | INDEXED BY | APPROVED BY | OFFICER M. Eggel | P# 219 |
|---|---|---|---|---|---|

White: Case; Yellow: Mailed to Owner

**EXHIBIT B**

# VEHICLE IMPOUNDMENT RECORD

NO._____

| Field | Value |
|---|---|
| MAKE | Plymouth |
| MODEL | Reliant |
| COLOR | Gray |
| NO. OF CYLINDERS | 0 |
| YEAR | 1989 |
| MILEAGE | 48948 |
| LICENSE NO. (Yr. - State) | VSN-396-00-MS |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | |
| FUEL | ☒ Gas  ☐ Diesel |
| VIN NO | 1P3BK46D2KC443885 |
| NO. OF AXLES | 0 |

**TYPE OF VEHICLE**
- ☐ Ambulance
- ☐ Tractor
- ☐ Semi-Trailer
- ☐ Motorcycle
- ☒ Passenger Vehicle
- ☐ Truck
- ☐ Trailer
- ☐ Bus
- ☐ RV

NO. OF WHEELS: ____

**BODY STYLE**
- ☐ Coupe Sedan
- ☐ 2-Door Hardtop
- ☐ Station Wagon Sedan
- ☒ 4-Door Hardtop
- ☐ Pickup
- ☐ Convertible
- ☐ Panel
- ☐ Van
- ☐ Rack
- ☐ Stake
- ☐ Carryall
- ☐ Flatbed
- ☐ Camper

BUS (Passenger capacity): ____
TRUCK (Mfg. Rated capacity): ____

**VEHICLE OPERATOR** (Address, Number, Street, City, State): N/A
**PHONE NO.**: 

**REGISTERED OWNER** (Address, Number, Street, City, State): Jemelda S. Bridgett P.O. Box 973 Shelby, MS. 38774
**PHONE NO.**:

**NAME & ADDRESS OF LIENHOLDER** (If Applicable): SAME AS OWNER
**PHONE NO.**:

## REASON FOR IMPOUNDMENT

☐ ACCIDENT   ☐ DUI   ☐ STOLEN   ☒ ABANDONED   ☐ FELONIOUS USE   ☐ NO OPR. LIC.   ☐ BURNED

OTHER THAN ABOVE: ____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☒

EXACT LOCATION WHERE VEHICLE PICKED UP: Pritchard Rd. - Haylong Ave.
TOW-IN SERVICE REQUESTED BY: Deputy Price
NAME OF TOW-IN SERVICE: 61 Gulf Wrecker
REPORT NO.: ____

DATE OF IMPOUNDMENT: 03-30-00
TIME: 5:36 A.M.
TOWED OR DRIVEN BY: 61 Gulf Wrecker
NAME & TITLE OF IMPOUNDING OFFICER: M. Price - Deputy Sheriff

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐   UNLOCKED ☒   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER ____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | N/A | | ENGINE | | N/A | | SPARE TIRE | | N/A |
| | LF ¼ | | N/A | | RADIATOR | | N/A | | LR TIRE | | 03 |
| | LF DOOR | | N/A | | ALTERNATOR | | N/A | | RR TIRE | | 03 |
| | LR DOOR | | N/A | | BATTERY | | N/A | | RF TIRE | | 03 |
| | LR ¼ | | N/A | | A-C | | N/A | | LF TIRE | | 03 |
| | REAR END | | N/A | | RADIO | | N/A | | GLASS | | N/A |
| | RF ¼ | | N/A | | TAPE DECK | | N/A | | C.B. RADIO | | N/A |
| | RF DOOR | | N/A | | HUB CAP | | N/A | | C.B. ANTENNA | | N/A |
| | RR DOOR | | N/A | | WHEEL COVER | | N/A | | | | |
| | RR ¼ | | N/A | | DRIVE TRAIN | | N/A | | | | |
| | HOOD | | N/A | | JACK | | N/A | | | | |
| | TOP | | 03 | | TOOLS | | N/A | | | | |
| | REAR LID | | N/A | | GASOLINE | | N/A | | | | |

**REMARKS**: ____

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: 1-Flashlight, 1-Green Backpack, 1-screwdriver

REPORT MADE BY: Deputy Price   DATE: 03-30-00   TIME: 5:40 A.M.

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED: _____   DATE: 03-30-00   TIME: 5:50 A.M.

NCIC _____

## VEHICLE IMPOUNDMENT RECORD

NO _____

| MAKE | MODEL | COLOR | NO OF CYLINDERS |
|---|---|---|---|
| Chevrolet | Caprice Classic | Brown + Other | V-8 |

| YEAR | MILEAGE | LICENSE NO (Yr.- State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| 1987 | N/A | BYH-522, MS | N/A |

| SERIAL NO. | FUEL | VIN NO | NO OF AXLES |
|---|---|---|---|
| N/A | ☐ Gas  ☐ Diesel | | 2 |

**TYPE OF VEHICLE**
- ☑ Passenger Vehicle
- ☐ Truck
- ☐ Ambulance
- ☐ Tractor
- ☐ Trailer
- ☐ Semi-Trailer
- ☐ Bus
- ☐ Motorcycle
- ☐ RV

NO OF WHEELS: 4

**BODY STYLE**
- ☐ Coupe Sedan
- ☐ 2-Door Hardtop
- ☐ Station Wagon Sedan
- ☑ 4-Door Hardtop
- ☐ Pickup
- ☐ Convertible
- ☐ Panel
- ☐ Van
- ☐ Rack
- ☐ Stake
- ☐ Carryall
- ☐ Flatbed
- ☐ Camper

BUS (Passenger capacity): N/A
TRUCK (Mfg. Rated capacity): N/A

**VEHICLE OPERATOR** (Address, Number, Street, City, State): Elbert J. Roddy, Trailer 246 Buck Island Trailer Park   PHONE NO. N/A

**REGISTERED OWNER** (Address, Number, Street, City, State): Micheal Johnson, Trailer no. 246 Buck Island Trailer Park   PHONE NO. N/A

**NAME & ADDRESS OF LIENHOLDER** (if Applicable): N/A   PHONE NO.

### REASON FOR IMPOUNDMENT

ACCIDENT ☑   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER  N/A   REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP: Trailer nu 246 Buck Island Trailer
TOW-IN SERVICE REQUESTED BY _____   NAME OF TOW-IN SERVICE: Little Texas Towing
DATE OF IMPOUNDMENT: 03-27-00   TIME: 0210   TOWED OR DRIVEN BY: Little Texas Towing   NAME & TITLE OF IMPOUNDING OFFICER: Tunica S.O.

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐   UNLOCKED ☐   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | FRONT END | | 2 | | ENGINE | | N/A | | SPARE TIRE | | N/A |
| ✓ | LF ¼ | | 2 | | RADIATOR | | N/A | | LR TIRE | | 2 |
| ✓ | LF DOOR | | 2 | | ALTERNATOR | | N/A | | RR TIRE | | 2 |
| ✓ | LR DOOR | | 2 | | BATTERY | | N/A | | RF TIRE | | 2 |
| ✓ | LR ¼ | | 2 | | A C | | N/A | | LF TIRE | | 2 |
| ✓ | REAR END | | 2 | | RADIO | | 2 | | GLASS | | 2 |
| ✓ | RF ¼ | | 2 | | TAPE DECK | | 3 | | C.B. RADIO | | N/A |
| ✓ | RF DOOR | | 2 | | HUB CAP | | 2 | | C.B ANTENNA | | N/A |
| ✓ | RR DOOR | | 2 | | WHEEL COVER | | 2 | | | | |
| ✓ | RR ¼ | | 3 | | DRIVE TRAIN | | N/A | | | | |
| ✓ | HOOD | | 2 | | JACK | | N/A | | | | |
| ✓ | TOP | | 2 | | TOOLS | | N/A | | | | |
| ✓ | REAR LID | | 2 | | GASOLINE | | N/A | | | | |

REMARKS _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE _____

REPORT MADE BY _[signature]_   DATE 03-27-00   TIME 01:30

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____   DATE _____   TIME _____

# VEHICLE IMPOUNDMENT RECORD

NO._____

| Field | Value |
|---|---|
| MAKE | Pontiac |
| MODEL | Bonneville |
| COLOR | Blue |
| NO. OF CYLINDERS | 6 cylinders |
| YEAR | 93 |
| MILEAGE | |
| LICENSE NO. (Yr. - State) | 526 AEF |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | Same VIN NO |
| FUEL | ☒ Gas  ☐ Diesel |
| VIN NO. | 1G2HX5317P1264343 |
| NO. OF AXLES | 4 Axles |

TYPE OF VEHICLE: ☒ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV

NO OF WHEELS: 4W

BODY STYLE: ☐ Coupe  ☐ Sedan 2-Door Hardtop  ☐ Station Wagon  ☒ Sedan 4-Door Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity): 
TRUCK (Mfg Rated capacity): 

**VEHICLE OPERATOR** (Address, Number, Street, City, State): Ashley, Bascum, Rozelle   PHONE NO.

**REGISTERED OWNER** (Address, Number, Street, City, State):   PHONE NO.

**NAME & ADDRESS OF LIENHOLDER** (if Applicable):   PHONE NO.

## REASON FOR IMPOUNDMENT

☐ ACCIDENT  ☒ DUI  ☐ STOLEN  ☐ ABANDONED  ☐ FELONIOUS USE  ☐ NO OPR. LIC.  ☐ BURNED

OTHER THAN ABOVE: _____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☐ _____   REPORT NO. _____

EXACT LOCATION WHERE VEHICLE PICKED UP: Casino Strip East Casino Way

TOW-IN SERVICE REQUESTED BY: S.O 42   NAME OF TOW-IN SERVICE: Burchfield

DATE OF IMPOUNDMENT: 03-22-00   TIME: 335 am   TOWED OR DRIVEN BY: Burchfield   NAME & TITLE OF IMPOUNDING OFFICER: A. Maddox

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK:  LOCKED ☐   UNLOCKED ☐   KEYS IN CAR ☒   KEYS IN PROPERTY ROOM ☐   OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - ③-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | F | | ENGINE | | | | SPARE TIRE | | |
| | LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| | LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| | LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| | LR ¼ | | | | A/C | | | | LF TIRE | | |
| | REAR END | | | | RADIO | | | | GLASS | | |
| | RF ¼ | | | | TAPE DECK | | | | C.B. RADIO | | |
| | RF DOOR | | | | HUB CAP | | | | C.B. ANTENNA | | |
| | RR DOOR | | | | WHEEL COVER | | | | | | |
| | RR ¼ | | | | DRIVE TRAIN | | | | | | |
| | HOOD | | | | JACK | | | | | | |
| | TOP | | | | TOOLS | | | | | | |
| | REAR LID | | | | GASOLINE | | | | | | |

REMARKS _____

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: Umbrella, Blue & Green

REPORT MADE BY: Alfonzo Maddox   DATE: 03-22-00   TIME _____

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED X _____   DATE _____   TIME _____

# VEHICLE IMPOUNDMENT RECORD

NO. _____

| Field | Value |
|---|---|
| MAKE | Pontiac Grand Prix |
| MODEL | 1986 |
| COLOR | White |
| NO. OF CYLINDERS | |
| YEAR | |
| MILEAGE | |
| LICENSE NO. (Yr/State) | 559-PXI TN |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | |
| FUEL | ☒ Gas  ☐ Diesel |
| VIN NO | 2G2EJ37A062215435 |
| NO OF AXLES | |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV

**BODY STYLE:** ☐ Coupe Sedan  ☒ 2-Door Hardtop  ☐ Station Wagon Sedan  ☐ 4-Door Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity) _____
TRUCK (Mfg Rated capacity) _____

**VEHICLE OPERATOR** (Address, Number, Street, City, State): Thaddeus Donnell Austen 6186 Afternoon Ln. Memphis TN 38141
PHONE NO: (901) 332-2966

**REGISTERED OWNER** (Address, Number, Street, City, State): Thaddeus Donnell Austen 6186 Afternoon Ln. Memphis TN 38141
PHONE NO: (901) 332-2966

**NAME & ADDRESS OF LIENHOLDER** (if Applicable): _____  PHONE NO: _____

## REASON FOR IMPOUNDMENT

ACCIDENT ☒  DUI ☐  STOLEN ☐  ABANDONED ☐  FELONIOUS USE ☐  NO OPR. LIC. ☐  BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER _____  REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP: Casino Stripe BLVD in front of the Abbys Leatherman Building
TOW-IN SERVICE REQUESTED BY _____  NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT: 03/__/2000  TIME: 0930  TOWED OR DRIVEN BY: Richard Maune  NAME & TITLE OF IMPOUNDING OFFICER: Blue + White

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☒  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☐  OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT  2-GOOD  ③FAIR  4-POOR  5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | | | ENGINE | | | | SPARE TIRE | | |
| | LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| | LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| | LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| | LR ¼ | | | | A/C | | | | LF TIRE | | |
| | REAR END | | | | RADIO | | | | GLASS | | |
| | RF ¼ | | | | TAPE DECK | | | | C.B. RADIO | | |
| | RF DOOR | | | | HUB CAP | | | | C.B. ANTENNA | | |
| | RR DOOR | | | | WHEEL COVER | | | | | | |
| | RR ¼ | | | | DRIVE TRAIN | | | | | | |
| | HOOD | | | | JACK | | | | | | |
| | TOP | | | | TOOLS | | | | | | |
| | REAR LID | | | | GASOLINE | | | | | | |

REMARKS: damages to drivers side.
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: None

REPORT MADE BY: SGT Julia McKay  DATE: 03-__-2000  TIME: 0930

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED _____  DATE _____  TIME _____

# VEHICLE IMPOUNDMENT RECORD

NO. _____

| Field | Value |
|---|---|
| MAKE | Nissan |
| MODEL | Pickup |
| COLOR | Maroon |
| NO. OF CYLINDERS | |
| YEAR | 84 |
| MILEAGE | 193087 |
| LICENSE NO. (Yr. - State) | 609-AWG TN |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | |
| FUEL | ☐ Gas  ☐ Diesel |
| VIN NO. | 1N6SD11S2MC315631 |
| NO. OF AXLES | |

TYPE OF VEHICLE: ☐ Passenger Vehicle  ☐ Ambulance  ☒ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV

NO. OF WHEELS: 04

BODY STYLE: ☐ Coupe  ☐ Sedan  ☐ 2-Door Hardtop  ☐ Station Wagon  ☐ Sedan  ☐ 4-Door Hardtop  ☒ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity): ___
TRUCK (Mfg. Rated capacity): ___

VEHICLE OPERATOR (Address, Number, Street, City, State): Bland Rudolph Matthews 2709 Donna Memphis TN 38116
PHONE NO.: _____

REGISTERED OWNER (Address, Number, Street, City, State): _____
PHONE NO.: _____

NAME & ADDRESS OF LIENHOLDER (if Applicable): _____
PHONE NO.: _____

## REASON FOR IMPOUNDMENT

ACCIDENT ☒    DUI ☐    STOLEN ☐    ABANDONED    FELONIOUS USE    NO OPR. LIC.    BURNED
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐    INJURED ☐    OTHER _____    REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP _____
TOW-IN SERVICE REQUESTED BY Little Texas Auto    NAME OF TOW-IN SERVICE _____
DATE OF IMPOUNDMENT: March 7, 2000    TIME: 0100    TOWED OR DRIVEN BY: Little Texas Auto    NAME & TITLE OF IMPOUNDING OFFICER: _____

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☒  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☐  OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | | | ENGINE | | | | SPARE TIRE | | |
| | LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| | LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| | LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| | LR ¼ | | | | A C | | | | LF TIRE | | |
| | REAR END | | | | RADIO | | | | GLASS | | |
| | RF ¼ | | | | TAPE DECK | | | | C.B RADIO | | |
| | RF DOOR | | | | HUB CAP | | | | C B ANTENNA | | |
| | RR DOOR | | | | WHEEL COVER | | | | | | |
| | RR ¼ | | | | DRIVE TRAIN | | | | | | |
| | HOOD | | | | JACK | | | | | | |
| | TOP | ✓ | | | TOOLS | | | | | | |
| | REAR LID | ✓ | | | GASOLINE | | | | | | |

REMARKS _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: N/A

REPORT MADE BY: Daniel Jackson    DATE: 3-7-00    TIME: 0121 AM

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____    DATE _____    TIME _____

# VEHICLE IMPOUNDMENT RECORD

NCIC_____   NO_____

| Field | Value |
|---|---|
| MAKE | Oldsmobile |
| MODEL | Ninety eight |
| COLOR | White |
| NO. OF CYLINDERS | 06 |
| YEAR | 1991 |
| MILEAGE | 186 091 |
| LICENSE NO. (Yr. - State) | BYH 008 9/00 MS |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | 3.8 Liter |
| SERIAL NO. | |
| FUEL | ☒ Gas  ☐ Diesel |
| VIN NO. | 1C3CW53L9MU353429 |
| NO. OF AXLES | 02 |

TYPE OF VEHICLE: ☒ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV
NO. OF WHEELS: 04

BODY STYLE: ☐ Coupe  ☐ Sedan  ☐ 2-Door Hardtop  ☐ Station Wagon  ☒ Sedan 4-Door Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity): _____
TRUCK (Mfg. Rated capacity): _____

**VEHICLE OPERATOR** (Address, Number, Street, City, State):
Patrick Franklin
1193 Elm St. Tunica, MS. 38676
PHONE NO.: (662) 363-1366

**REGISTERED OWNER** (Address, Number, Street, City, State):
Patrick Franklin
1193 Elm St. Tunica, MS. 38676
PHONE NO.: (662) 363-1366

**NAME & ADDRESS OF LIENHOLDER** (if Applicable):
N/A
PHONE NO.: N/A

## REASON FOR IMPOUNDMENT

☐ ACCIDENT  ☐ DUI  ☐ STOLEN  ☐ ABANDONED  ☐ FELONIOUS USE  ☐ NO OPR. LIC.  ☐ BURNED
OTHER THAN ABOVE: Attempted Murder / Drive by shooting

NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☒ Complainant   REPORT NO. _____

EXACT LOCATION WHERE VEHICLE PICKED UP: Highway 3 North of Hwy 4
TOW-IN SERVICE REQUESTED BY: T.C.S.D.   NAME OF TOW-IN SERVICE: Chocks Towing

| DATE OF IMPOUNDMENT | TIME | TOWED OR DRIVEN BY | NAME & TITLE OF IMPOUNDING OFFICER | |
|---|---|---|---|---|
| 10/29/99 | 0300 | Chocks Towing | Deputy Willis | 16.95 |

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☒  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☒  OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | FRONT END | | 1 | ✓ | ENGINE | | 1 | ✓ | SPARE TIRE | Flat | 4 |
| ✓ | LF ¼ | | 1 | ✓ | RADIATOR | | 1 | ✓ | LR TIRE | | 1 |
| ✓ | LF DOOR | Bullet hole | 4 | ✓ | ALTERNATOR | | 1 | ✓ | RR TIRE | | 1 |
| ✓ | LR DOOR | | | ✓ | BATTERY | | 1 | ✓ | RF TIRE | | 1 |
| ✓ | LR ¼ | Bullet hole | 4 | ✓ | A C | | 1 | ✓ | LF TIRE | Blow out | 5 |
| ✓ | REAR END | Bullet hole | 4 | ✓ | RADIO | | 1 | ✓ | GLASS | | 1 |
| ✓ | RF ¼ | | 1 | | TAPE DECK | | 1 | | C.B. RADIO | | |
| ✓ | RF DOOR | | 1 | ✓ | HUB CAP | | 1 | | C.B. ANTENNA | | |
| ✓ | RR DOOR | | 1 | ✓ | WHEEL COVER | | 1 | | | | |
| ✓ | RR ¼ | | 1 | ✓ | DRIVE TRAIN | | 1 | | | | |
| ✓ | HOOD | | 1 | ✓ | JACK | | 1 | | | | |
| ✓ | TOP | | 1 | ✓ | TOOLS | | 3 | | | | |
| ✓ | REAR LID | | 1 | ✓ | GASOLINE | | 3 | | | | |

REMARKS: _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE).
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: Black tool kit, 2 Ratchets and sockets

REPORT MADE BY: Deputy Willis   DATE: 10-29-99   TIME: 0305

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED_____   DATE_____   TIME_____

# VEHICLE IMPOUNDMENT RECORD

NO. _____

CIC _____

**MAKE:** Ford
**MODEL:** _____
**COLOR:** White/Blu
**NO. OF CYLINDERS:** 04

**YEAR:** _____
**MILEAGE:** N/A
**LICENSE NO. (Yr. - State):** 44DV093 00 AL
**HORSEPOWER OR CUBIC INCH DISPLACEMENT:** N/A

**SERIAL NO.:** N/A
**FUEL:** ☒ Gas  ☐ Diesel
**VIN NO.:** _____
**NO. OF AXLES:** 02

**TYPE OF VEHICLE:**
☒ Passenger Vehicle  ☐ Ambulance  ☐ Tractor  ☐ Semi-Trailer  ☐ Motorcycle
☐ Truck  ☐ Trailer  ☐ Bus  ☐ RV
**NO. OF WHEELS:** 04

**BODY STYLE:**
☐ Coupe  ☐ Station Wagon Sedan  ☐ Pickup  ☐ Panel  ☐ Rack  ☐ Carryall  ☐ Camper
☐ Sedan  ☐ 4-Door Hardtop  ☐ Convertible  ☒ Van  ☐ Stake  ☐ Flatbed
☐ 2-Door Hardtop
**BUS (Passenger capacity):** 0
**TRUCK (Mfg Rated capacity):** 0

**VEHICLE OPERATOR (Address, Number, Street, City, State):** Unknown
**PHONE NO.:** _____

**REGISTERED OWNER (Address, Number, Street, City, State):** _____
**PHONE NO.:** _____

**NAME & ADDRESS OF LIENHOLDER (if Applicable):** _____
**PHONE NO.:** _____

## REASON FOR IMPOUNDMENT

ACCIDENT ☒  DUI ☐  STOLEN ☐  ABANDONED ☒  FELONIOUS USE ☐  NO OPR. LIC. ☐  BURNED ☐
OTHER THAN ABOVE _____

**NAME OF ARRESTED PERSON** ☐  **INJURED** ☐  **OTHER** ☐  N/A
**REPORT NO.** N/A

**EXACT LOCATION WHERE VEHICLE PICKED UP:** N-Grand Pkwy west of 61
**TOW-IN SERVICE REQUESTED BY:** Tony Smith
**NAME OF TOW-IN SERVICE:** Lil Gulf
**DATE OF IMPOUNDMENT:** 11-14-99
**TIME:** 0720
**TOWED OR DRIVEN BY:** _____
**NAME & TITLE OF IMPOUNDING OFFICER:** Tony Smith

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

**DOORS AND TRUNK:** LOCKED ☐  UNLOCKED ☐  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☐  OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| FRONT END | 4 | 4 | | ENGINE | 4 | 4 | | SPARE TIRE | 4 | 4 |
| LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| LR ¼ | | | | A.C. | | | | LF TIRE | | |
| REAR END | | | | RADIO | | | | GLASS | | |
| RF ¼ | | | | TAPE DECK | | | | C.B. RADIO | | |
| RF DOOR | | | | HUB CAP | | | | C.B. ANTENNA | | |
| RR DOOR | | | | WHEEL COVER | | | | | | |
| RR ¼ | | | | DRIVE TRAIN | | | | | | |
| HOOD | | | | JACK | | | | | | |
| TOP | | | | TOOLS | | | | | | |
| REAR LID | | | | GASOLINE | | | | | | |

**REMARKS:** _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

**DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE:** Assorted Female Clothing

**REPORT MADE BY:** Tony Smith
**DATE:** 11-14-99
**TIME:** 0720

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE. Sgt Richie

**SIGNED:** _____
**DATE:** _____
**TIME:** _____

NO._____
NCIC_____

## VEHICLE IMPOUNDMENT RECORD

NO._____

| | | | |
|---|---|---|---|
| MAKE: Buick | MODEL: Lesabre | COLOR: Grey | NO OF CYLINDERS: 6 |
| YEAR: 88 | MILEAGE: 152,183 | LICENSE NO (Yr - State): ZGM 913 99 AR | HORSEPOWER OR CUBIC INCH DISPLACEMENT: N/A |
| SERIAL NO: N/A | FUEL: ☑ Gas ☐ Diesel | VIN NO: 1G4HR54C0JH440129 | NO OF AXLES: 2 |

TYPE OF VEHICLE: ☑ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV
NO. OF WHEELS: 4

BODY STYLE: ☐ Coupe  ☐ Sedan  ☐ 2-Door Hardtop  ☐ Station Wagon  ☐ Sedan  ☑ 4-Door Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper
BUS (Passenger capacity): N/A
TRUCK (Mfg Rated capacity): N/A

VEHICLE OPERATOR (Address, Number, Street, City, State): N/A
PHONE NO: N/A

REGISTERED OWNER (Address, Number, Street, City, State): Curtis Tobar 108 N. Sam West Helena, Ar 72390
PHONE NO: N/A

NAME & ADDRESS OF LIENHOLDER (if Applicable): Wy Camp Motors 1102 US Hwy 49 West Helena Ar. 72390
PHONE NO: N/A

### REASON FOR IMPOUNDMENT
☐ ACCIDENT  ☐ DUI  ☐ STOLEN  ☑ ABANDONED  ☐ FELONIOUS USE  ☐ NO OPR. LIC.  ☐ BURNED
OTHER THAN ABOVE: _____

NAME OF ARRESTED PERSON: ☐ INJURED  ☐ OTHER  N/A
REPORT NO: _____
EXACT LOCATION WHERE VEHICLE PICKED UP: Old Hwy 61 - Perry Road
TOW-IN SERVICE REQUESTED BY: SC-3 Willie Dunn
NAME OF TOW-IN SERVICE: Little Texas Auto
DATE OF IMPOUNDMENT: 11-15-99   TIME: 0227   TOWED OR DRIVEN BY: Antonio Clark
NAME & TITLE OF IMPOUNDING OFFICER: Kenneth Davis Deputy Sheriff

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED
DOORS AND TRUNK: ☐ LOCKED  ☐ UNLOCKED  ☐ KEYS IN CAR  ☐ KEYS IN PROPERTY ROOM  ☐ OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT · 2-GOOD · 3-FAIR · 4-POOR · 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | ✓ | | | ENGINE | 3 | | | SPARE TIRE | 3 | |
| | LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| | LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| | LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| | LR ¼ | | | | A/C | | | | LF TIRE | | |
| | REAR END | | | | RADIO | | | | GLASS | 4 | |
| | RF ¼ | | | | TAPE DECK | | | | CB RADIO | 3 | |
| | RF DOOR | | | | HUB CAP | | | | CB ANTENNA | 3 | |
| | RR DOOR | | | | WHEEL COVER | | | | | | |
| | RR ¼ | | | | DRIVE TRAIN | | | | | | |
| | HOOD | | | | JACK | | | | | | |
| | TOP | | | | TOOLS | | | | | | |
| | REAR LID | | | | GASOLINE | | | | | | |

REMARKS: _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: Ice Cooler, 2 qts motor oil, 1 screw driver, 1 electric T___

REPORT MADE BY: Kenneth Davis   DATE: 11-15-99   TIME: 0315

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED: Antonio Clark   DATE: 11-15-99   TIME: 0227