LAND ASSESSMENT ROLL OF __TUNICA__ SUPERVISOR'S DISTRICT NO. ____ STATE OF MISSISSIPPI, FOR THE YEAR 19 _95_

FORM 71-014  FOR STATE, COUNTY AND DISTRICT TAXES AS SHOWN FOR __TOWN OF TUNICA__  ROAD DISTRICT ____  SCHOOL DISTRICT ____  LEVEE DISTRICT ____  ACRES $ ____

| NAME / PROPERTY DESCRIPTION / SEC-TWN-RNG / TRUE VALUES | TOTAL ASSESSED VALUE | PAID % | CULTIVATABLE LANDS — NO. ACRES | REAL ESTATE IN CITIES TOWNS AND VILLAGES — VALUE OF LAND | VALUE OF BUILDINGS AND IMPROVEMENTS | UNCULTIVATABLE LANDS — NO. ACRES | PLATTED OR SURVEYED COUNTRY OR RURAL LAND — VALUE OF LAND | NUMBER OF ACRES COUNTRY LANDS TAXABLE | HOMESTEAD ALLOWED | EXEMPT CODE | TAX DIST. | PARCEL NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILKES JACK L<br>ORIG TWN OF TUNICA<br>S 50 OF SW1/4 DB R3/466<br>S-32 T-04 R-11 DB- R3/00466 91571<br>L- 7500 I- 50104 T- 57604 | 8641 | 15 | | 1125 | 7516 | | | | | 1100 | | 4119<br>0  0<br><br>(5990) |
| HOLLIDAY LEON L ETUX<br>ORIG TWN OF TUNICA<br>BLOCK 1 N1/2 SE1/4<br>DB L3/432<br>S-32 T-04 R-11 DB- L3/00432 51265<br>L- 7500 I- 12103 T- 19603<br>L-      I-  2722 T-  2722<br>L- 7500 I- 14825 T- 22325 | 1960<br>408<br>2368 | 10<br>15 | | 750<br><br>750 | 1210<br>408<br>1618 | | | | R | 1100 | | 4119<br>0  0<br><br>(1111)<br>(1410) |
| TOWN OF TUNICA<br>ORIG TWN OF TUNICA<br>BLOCK 1 W1/3 S1/2 SE1/4<br>DB F3/527<br>S-32 T-04 R-11 DB- F3/ 527 31254<br>L-      I-      T- | | 15 | | | | | | | | 14 1100 | | 4119<br>0  0<br><br>(6792) |
| WATSON JAN<br>ORIG TWN OF TUNICA<br>BLOCK 1 E2/3 S1/2 SE1/4<br>DB X4/416<br>S-32 T-04 R-11 DB- X4/00416 51293<br>L- 6300 I- 62975 T- 69275 | 10391 | 15 | | 945 | 9446 | | | | | 1100 | | 4119<br>0  0<br><br>(6390) |
| MISS POWER & LIGHT CO<br>ORIG TWN OF TUNICA<br>BLOCK 2 NE1/4<br>DB J3/1 J3/2<br>S-32 T-04 R-11 DB- J3/00002 21361<br>L-      I-      T- | | 15 | | | | | | | | 14 1100 | | 4119<br>0  0 |
| DELTA FOUNDATION INC<br>ORIG TWN OF TUNICA<br>BLOCK 2 N1/2 NW1/4<br>DB D5/487<br>S-32 T-04 R-11 DB- D5/00487 92694<br>L- 11250 I- 37718 T- 48968 | 7346 | 15 | | 1688 | 5658 | | | | | 1100 | | 4119<br>0  0<br><br>(3990) |
| H H H CORPORATION<br>ORIG TWN OF TUNICA<br>BLOCK 2 S1/2 NW1/4<br>DB B5/514<br>S-32 T-04 R-11 DB- B5/00514 40794<br>L- 7500 I- 23750 T- 31250 | 4688 | 15 | | 1125 | 3563 | | | | | 1100 | | 4119<br>0  0<br><br>(1111) |
| KOONCE ELLIS E III ETUX<br>ORIG TWN OF TUNICA<br>BLOCK 2 SW1/4 DB C4/185<br>DB C4/185<br>S-32 T-04 R-11 DB- C4/00185 61278<br>L- 20350 I- 53656 T- 75784 | 7397 | 10 | | 2035 | 5364 | | | | R | 1100 | | 4119<br>0  0<br><br>(1111) |
| JACKSON JOSEPH M ETUX<br>ORIG TWN OF TUNICA<br>BLOCK 2 SE1/4<br>DB X4/50<br>S-32 T-04 R-11 DB- X4/00050 20293<br>L- 20350 I- 134509 T- 154859 | 15486 | 10 | | 2035 | 13451 | | | | R | 1100 | | 4119<br>0  0<br><br>(1111) |
| SCHRADER CARL W ETUX<br>ORIG TWN OF TUNICA<br>BLOCK 3 NE1/4<br>DB Q3/320<br>S-32 T-04 R-11 DB- P4/00627 42728<br>L- 19950 I- 128532 T- 148482<br>L-      I-  13320 T- 13320<br>L- 19950 I- 141852 T- 161802 | 14848<br>1998<br>16846 | 10<br>15 | | 1995<br><br>1995 | 12853<br>1998<br>14851 | | | | R | 1100 | | 4119<br>0  0 |
| BARKER RAYMOND ETUX<br>ORIG TWN OF TUNICA BL 3 NW1/4<br>DB D5/539<br>S-32 T-04 R-11 DB- D5/00539 80894<br>L- 9380 I-      T- 9380 | 1407 | 15 | | 1407 | | | | | | 1100 | | 4119<br>0  0<br><br>(1100) |
| | | | | | | | | | | EXEMPT CODES<br>14. U.S. GOVT.<br>15. SCHOOL<br>16. STATE<br>17. STATE TAX COM<br>18. PLATTED LAND<br>19. MUNICIPALITY | | |
| L- 110080 I- 519369 T- 629449 | 74572 | | | 13105 | | | 61467 | | | | | |

06 0158  FILED  JAN 27 2006  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT

EXHIBIT C

LAND ASSESSMENT ROLL OF __TUNICA__  SUPERVISOR'S DISTRICT NO. _____  STATE OF MISSISSIPPI, FOR THE YEAR 19_95_
FORM 71-014  FOR STATE, COUNTY AND DISTRICT TAXES AS
SHOWN FOR __TOWN OF TUNICA__  TRA__ DISTRICT _____  SCHOOL DISTRICT _____  LEVEE DISTRICT _____  ACRES S _____

| NAME PROPERTY DESCRIPTION SEC-TWN-RNG TRUE VALUES | TOTAL ASSESSED VALUE (1) | RATIO % | 6. CULTIVATABLE LANDS 12. REAL ESTATE IN CITIES, TOWNS AND VILLAGES | | VALUE OF BUILDINGS AND IMPROVEMENTS (4) (5) (13) | 5. UNCULTIVATABLE LANDS 1. PLATTED OR SURVEYED COUNTRY OR RURAL LAND | | NUMBER OF ACRES COUNTRY LANDS TAXABLE (11) | HOMESTEAD ALLOWED (3) | EXEMPT CODE | TAX DIST. | PARCEL NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NO. ACRES (6) | VALUE OF LAND (7) (12) | | NO. ACRES | VALUE OF LAND (8) (10) | | | | | |
| HERRON BETTY R ETAL<br>ORIG TWN OF TUNICA<br>BLOCK 3 SW1/4 LESS 60 X 80 LOT<br>DB A4/172<br>S-32 T-04 R-11 DB- WB13/00580 120187<br>L- 6740 I- 4735 T- 11475 | 1721 | 15 | | | 1011 710 | | | | | 11CC | | 4119<br>O O<br>(1100) |
| BARKER RAYMOND ETUX<br>ORIG TWN OF TUNICA<br>BLOCK 3 60 OF W 80 SW1/4<br>DB D5/539<br>S-32 T-04 R-11 DB- D5/00539 80894<br>L- 4500 I- T- 4500 | 675 | 15 | | | 675 | | | | | 11CC | | 4119<br>O O<br>(1100) |
| BROWNING MARGARET P<br>ORIG TWN OF TUNICA<br>BLOCK 3 N1/2 SE1/4<br>DB C4/528<br>S-32 T-04 R-11 DB- C4/00528 10279<br>L- 8700 I- 19631 T- 28331 | 2833 | 10 | | 870 | 1963 | | | | D | 11CC | | 4119<br>O O<br>(1111) |
| ERWIN JAMES E JR ETUX<br>ORIG TWN OF TUNICA<br>BLOCK 3 S1/2 SE1/4<br>DB A4/357<br>S-32 T-04 R-11 DB- A4/00357 51977<br>L- 8700 I- 41810 T- 50510 | 5051 | 10 | | 870 | 4181 | | | | R | 11CC | | 4119<br>O O<br>(1111) |
| TUNICA METHODIST<br>ORIG TWN OF TUNICA<br>BLOCK 4 NE1/4 DB X2/473-474<br>S-32 T-04 R-11 DB- X2/ 474 61737<br>L- I- T- | | 15 | | | | | | | | 1611CC | | 4119<br>O O<br>(6910) |
| TUNICA UNITED METHODIS CHURCH<br>ORIG TWN OF TUNICA<br>BLOCK 4 N1/2 NW1/4<br>DB Z2/94 Z2/101<br>S-32 T-04 R-11 DB- 04/ 93 30387<br>L- I- T- | | 15 | | | | | | | | 1611CC | | 4119<br>O O<br>(6910) |
| BROOME LOIS C<br>ORIG TOWN OF TUNICA<br>BLOCK 4 S1/2 NW1/4<br>DB R3/484<br>S-32 T-04 R-11 DB- R3/00484 92771<br>L- 8300 I- 48809 T- 57109 | 5711 | 10 | | 830 | 4881 | | | | D | 11CC | | 4119<br>O O<br>(1111) |
| BAILEY MILDRED S (LE)<br>ORIG TWN OF TUNICA<br>BLOCK 4 SW1/4 DB C3/289<br>S-32 T-04 R-11 DB- WB5/00480 100256<br>L- 15300 I- 18843 T- 34143<br>L- I- 7739 T- 7739<br>L- 15300 I- 26582 T- 41882 | 3414<br>1161<br>4575 | 10<br>15 | | 1530<br>1530 | 1884<br>1161<br>3045 | | | | D | 11CC | | 4119<br>O O<br>(1111)<br>(1110) |
| CHURCH TUNICA UNITED METHODIST<br>ORIG TWN OF TUNICA BLK 4<br>N1/2 SE1/4<br>DB C5-136<br>S-32 T-04 R-11 DB- C5/00136 40694<br>L- I- T- | | 15 | | | | | | | | 1511CC | | 4119<br>O O<br>(6910) |
| THOMAS ADELAIDE S (LE)<br>ORIG TOWN OF TUNICA<br>BLOCK 4 S1/2 SE1/4<br>DB C3/289<br>S-32 T-04 R-11 DB- WB5/00480 100556<br>L- 3850 I- T- 3850 | 578 | 15 | | | 578 | | | | | 11CC | | 4119<br>O O<br>(1100) |
| LEATHERMAN R M ETAL<br>ORIG TOWN OF TUNICA BLOCK 11<br>N1/2 SW1/4 & W 100' S1/2 SW1/4<br>DB D5/361<br>S-32 T-04 R-11 DB- D5/00361 60194<br>L- 15000 I- 43779 T- 58779 | 8817 | 15 | | 2250 | 6567 | | | | | 11CC | | 4119<br>O O<br>(1110) |
| | | | | | | | | | | | | |
| L- 71090 I- 185345 T- 256435 | 29961 | | | 8614 | 21347 | | | | | | | |

EXEMPT CODES
14. U S GOVT.
15. SCHOOL
16. STATE
17. STATE TAX COMM.
18. PLATTED LAND
19. MUNICIPALITY

EXHIBIT C

BOOK D-5 PAGE 542

STATE OF Minnesota
COUNTY OF Ramsey

Personally appeared before me, the undersigned authority in and for said County and State, the above named Joanna Starr who acknowledged that she signed and delivered the foregoing instrument on the day and year therein mentioned.

GIVEN under my hand and official seal, this the 7th day of October, 1994.



MAE L. SCHMIDT
NOTARY PUBLIC — MINNESOTA
RAMSEY COUNTY
My commission expires 11-8-96

Mae L. Schmidt
Notary Public
My commission expires
10/8/96

Address of Grantors:

Jack N. Tucker, et al
P.O. Box 1256
Tunica, MS 38676
Telephone No. (601) 363-2360

Address of Grantees:

Raymond Barker
Faye W. Barker
P.O. Box 2147
Tunica, MS 38676
Telephone No. (601) 363-7176

This instrument prepared by:

Dulaney Law Firm
P.O. Box 188
501 Harris Street
Tunica, MS 38676
Telephone No. (601) 363-2922

Indexing instructions for Town of Tunica, Tunica County, Mississippi:

The West Half (W 1/2) of Block Three (3) in the Southeast Quarter (SE 1/4) original Town of Tunica.

BOOK D-5 PAGE 541

STATE OF MISSISSIPPI
COUNTY OF _Tunica_

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Mary Evelyn Starr who acknowledged that she signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the _1st_ day of ~~August~~ _October_, 1994.

_William P. Anthony_
Notary Public

My Commission Expires: _8-26-98_

STATE OF FLORIDA
COUNTY OF _Lee_

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Carrell D. Branyon who acknowledged that she signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the _6th_ day of ~~August~~ _September_, 1994.

KAREN BELL
MY COMMISSION # CC 257717
EXPIRES: February 7, 1997
Bonded Thru Notary Public Underwriters

_Karen Bell_
Notary Public

My Commission Expires: _____

STATE OF _Illinois_
COUNTY OF _Sangamon_

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Fumiko Rosenthal who acknowledged that she signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the _27_ day of ~~August~~ _September_, 1994.

_____
Notary Public

STATE OF _Illinois_
COUNTY OF _Sangamon_

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Bill Starr who acknowledged that he signed and delivered the foregoing instrument on the day of mentioned.

    GIVEN under my hand and official seal, this the _1_ day of _October_, 1994.

_William P. Anthony_
Notary Public  My commission expires 8-26-98

5

BOOK D-5 PAGE 539

IN CONSIDERATION of the sum of Ten Dollars ($10.00) cash in hand paid and other good and valuable considerations, the receipt of all of which is hereby acknowledged, we, FUMIKO ROSENTHAL, WILLIAM LEWIS ROSENTHAL, BILLY W. HERRON, JACK N. TUCKER, PATTYE SUE TUCKER, BOB R. HALL, PINKIE MCDOWELL, A.N. HALL, BILL HALL, MARY EVELYN STARR, BILL STARR, JOANNA STARR, ELLIS W. DARBY, and CARROLL D. BRANYON hereby convey and warrant unto RAYMOND BARKER and FAYE W. BARKER, his wife, as tenants by the entirety with full rights of survivorship and not as tenants in common, the following described land in the Town of Tunica, Tunica County, Mississippi, more particularly described as follows:

The West Half (W 1/2) of Block Three (3) in the Southeast Quarter (SE 1/4) Original Town of Tunica as described in the deed from E.L. Harris to the Financial Improvement Company recorded in Deed Book Q at page 151 of the records in the office of the Chancery Clerk of Tunica County.

The Grantors will pay all taxes and other assessments imposed against said property for the year 1994.

We represent and warrant that the property described above does not constitute a part of our homestead.

Possession of the property described above is given to the Grantees with the delivery of this deed.

WITNESS our signatures, this the 8th day of August, 1994.

_____        _____
Fumiko Rosenthal                        A.N. Hall

_____        _____
William Lewis Rosenthal                 Bill Hall

_____        _____
Billy W. Herron                         Mary Evelyn Starr

_____        _____
Jack N. Tucker                          Bill Starr

_____        _____
Pattye Sue Tucker                       Joanna Starr

_____        _____
Bob R. Hall                             Ellis W. Darby

_____        _____
Pinkie McDowell                         Carroll D. Branyon

Filed for record and recorded 11th day of October 1994
At 2:00 O'C. P.M. and recorded in Book No. D-5 Page 537
Tunica County, Mississippi.    Susie White, Chancery Clerk
By _____ D.C.

BOOK D- 5 PAGE 540

STATE OF MISSISSIPPI

COUNTY OF TUNICA

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Jack N. Tucker, Pattye Sue Tucker, Ellis W. Darby, Bob R. Hall, Pinkie McDowell, A. N. Hall, Bill Hall, each of whom severally acknowledged that they signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the 25 day of August, 1994.

                                     Notary Public

My Commission Expires:     8-27-94

STATE OF MISSISSIPPI

COUNTY OF Tunica

    Personally appeared before me, the undersigned authority in and for said County and State, the above named William Lewis Rosenthal who acknowledged that he signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the 30 day of Sep, 1994.

                                     Notary Public

My Commission Expires:     8-26-98

STATE OF MISSISSIPPI

COUNTY OF DeSoto

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Billy W. Herron who acknowledged that he signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the 19th day of August, 1994.

                                     Notary Public

My Commission Expires:     MY COMMISSION EXPIRES DEC. 11, 1995

2.

| 1/27/2005 | Real Property Receipt Payment History Inquiry | | | 14:47:03 |
|---|---|---|---|---|
| Receipt #: 1997 | 212 00 | | Parcel #: 4119 3300 001800 | |
| Owner Name: BARKER RAYMOND EILX | | | | |
| Option : 5=Display | | | | |
| Opt Ent# | Date Paid | Amt Paid | Paid By | Col'd By |
| 001 | 12/12/1997 | 59.15 | BARKER RAYMOND EILX | SHELBY |

| 1/27/2005 | Real Property Receipt Payment History Inquiry | | | 14:49:5 |
|---|---|---|---|---|
| Receipt #: 1998 | 211 00 | | Parcel #: 4119 3200 001800 | |
| Owner Name: BARKER RAYMOND EILX | | | | |
| Option : 5=Display | | | | |
| Opt Ent# | Date Paid | Amt Paid | Paid By | Col'd By |
| 001 | 12/09/1998 | 54.94 | BARKER RAYMOND EILX | RMS |

| 1/27/2005 | Real Property Receipt Payment History Inquiry | | | 14:52:0 |
|---|---|---|---|---|
| Receipt #: 1999 | 208 00 | | Parcel #: 4119 3200 001800 | |
| Owner Name: BARKER RAYMOND EILX | | | | |
| Option : 5=Display | | | | |
| Opt Ent# | Date Paid | Amt Paid | Paid By | Col'd By |
| 001 | 12/21/1999 | 54.94 | BARKER RAYMOND EILX | SHELBY |

| 1/27/2005 | Real Property Receipt Payment History Inquiry | | | 14:53:1 |
|---|---|---|---|---|
| Receipt #: 2000 | 219 00 | | Parcel #: 4119 3200 001800 | |
| Owner Name: BARKER RAYMOND EILX | | | | |
| Option : 5=Display | | | | |
| Opt Ent# | Date Paid | Amt Paid | Paid By | Col'd By |
| 001 | 12/19/2000 | 54.94 | BARKER RAYMOND EILX | SAS |

1/27/2005        Real Property Receipt Payment History Inquiry        14:53:5

Receipt #: 2001         223.00            Parcel #: 4119 32040 00153

Owner Name: BARKER RAYMOND ETUX

Option : 5=Display

| Opt Entry | Date Paid | Amt Paid | Paid By | Col'd By |
|---|---|---|---|---|
| 001 | 12/03/2001 | 54.94 | BARKER RAYMOND ETUX | SAS |

1/27/2005        Real Property Receipt Payment History Inquiry        14:55:3

Receipt #: 2002         240.00            Parcel #: 4119 32040 00153

Owner Name: BARKER RAYMOND ETUX

Option : 5=Display

| Opt Entry | Date Paid | Amt Paid | Paid By | Col'd By |
|---|---|---|---|---|
| 001 | 1/16/2003 | 54.94 | BARKER RAYMOND ETUX | SAS |