## CLERK'S CERTIFICATE

STATE OF MISSISSIPPI
COUNTY OF TUNICA

I, SHARON G. REYNOLDS, CIRCUIT CLERK IN AND FOR THE ABOVE

COUNTY AND STATE, HEREBY CERTIFY THAT THE FOREGOING RECORD

WILLIE HAMPTON   VS HILL AND MINYARD, ET-AL, IS A TRUE AND

CORRECT COPY OF THE RECORD ON FILE IN THE OFFICE OF SAID CLERK,

AT TUNICA, MISSISSIPPI.

GIVEN UNDE MY HAND AND SEAL THIS THE 21st DAY OF DECEMBER

2005.

SHARON G. REYNOLDS, CIRCUIT CLERK

06 0158



FILED

JAN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT

D

Served 9-20-05

Leinah Harris

_____ Circuit _____ COURT.

No. 2005-0130

## STATE OF MISSISSIPPI

~~Staite~~ SUBPOENA,

**TO THE SHERIFF OF TUNICA COUNTY:**

You are hereby commanded to summon _William Bruno - Property On Supervisor Tunica County SD_

_Records of any and all property derived from Willie Hampton from April 7th 2005._

if to be found in your County, to be and personally appear before the _Circuit_ Court of the County of Tunica, in said State, at the Courthouse in the City of Tunica, Mississippi, on the _26th_ day of _Sept_ 20 _05_

at _____ o'clock _____ M., and there to remain from day to day until discharged by law to testify on behalf of

_____ (at whose instance this writ is issued), in a certain case

pending in said Court wherein _Willie Hampton_

is Plaintiff, and _HUD & Thigpen, P.A. et al_ _____ Defendant _5_ and that _hes_ in anywise

fail so to appear, under the penalty prescribed by the statue; and have there then this writ.

Given under my hand and the seal of Court, and issued, this the _14th_ day of _September_ _____ A.D. 20 _05_

_Sharon S. Granberlo_ Clerk of Said Court

By _Mia Buck_ _____ Deputy Clerk.

Returned and filed this the _____ day of

_____ 20 _____

_____ Clerk of the Circuit Court

By _____ .D.C.

Xpress Printing • 662-393-4630

SEP 20 2005

TUNICA COUNTY, MISS.
SHARON S. GRANBERRY, CIRCUIT CLERK
BY: _Mia Buck_ D.C.



EXHIBIT
D

Blacksburg, No. 0115

COPY

IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI

Cause No. 2005-0130

WILLIE HAMPTON

Planitiff

v.

HILL & MINYARD, P.A., AND

DAVID G. HILL

Defendants, et al.


NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN

DEPOSITION PURSUANT TO THE MRCP RULE 31 (a) [SECOND SET]


DIRECTED UPON:

William Lewis/Property Clerk

c/o/: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address & Title


[NOTICE]

COMES NOW, Willie Hampton, pro-se prisoner litigant, and

hereby request the above-named defendant to appear and comply

with the incorporated discovery presentment herein.

The above-requested deposition, which are the [second] set

of continuing written depositions, are not intended to harass

and/or intimidate the defendants; said depositions are

[1]

Plaintiff's good faith attempt to expedite the proceedings now before the court.

[T]his Deposition is presented under lawful Court-approved Subpeona, and thus, must be complied with.

INSTRUCTION

PLEASE TAKE NOTICE, that a space has been provided for your written answer to the specific deposition presented. If more space is required, you may utilize an extra page to accomodate the same.

DEPOSITION UPON WRITTEN QUESTION(S)

DEPOSITION QUESTION NO. [1]

Were you employed as Property Clerk for the Tunica, County Sheriff's Department, Mississippi on the date of March 22, 2000?

ANSWER:    yes

DEPOSITION QUESTION NO. [2]

On the date of March 22, 2000, in your capacity as Property Clerk, were you involved in and/or assigned to, Case# TC 000320-2?

ANSWER:    yes

DEPOSITION QUESTION NO. [3]

On the date of March 22, 2000, in your capacity as Property
Clerk, did you complete and catelog all seized items/property
which were part of Case#TC 000320-2 via a Tunica County
Sheriff's Department Seizure Evidence List?

ANSWER: *yes*

DEPOSITION QUESTION NO. [4]

Please list all items in which you cateloged in your
capacity as Property Clerk, March 22, 2000, upon the Seizure
Evidence List (No Admissions Please):

ANSWER *yes see attached evidence List (A)*

DEKPOSITION QUESTION NO. [5]

On March 22, 2000, in your official capacity as "Property
Clerk" for the Tunica County Sheriff's Department, pursuant
to, Case# TC 000320-2, did you acquire any automobiles, i.e.,
four-wheeled converances for inclusion onto the SEIZURE
EVIDENCE LIST from any of the following law enforcement
agents: AGENT JAMES TAYLOR AGENT; LT. JEROME HUDSON; AGENT
JAMES JONES; and/or AGENT ADRINA WILLIAMS?

ANSWER: *no*

DEPOSITION QUESTION NO. [6]

On March 22, 2000, in your official as capacity as "Property Clerk" for the Tunica, County Sheriff's Depaartment, pursuant to Case# TC 000320-2, was all property appearing upon the SEIZURE EVIDENCE LIST [ALL] Property involved as "Evidence" Re: Case File Number TC 000320-2 which was turned over to you by Tunica County Law Enforcement Agents?

ANSWER: _Yes, See Widence List (A)_

DEPOSITION NO. [7]

On March 22, 2000, in your official capacity as "Property Clerk" for the Tunica County Sheriff's Department, pursuant to Case# TC 000320-2, did you ever receive One 1999 Ford Expedition for inclusion onto the SEIZURE EVIDENCE LIST, and if so, why does said vehicle appear upon the SEIZURE EVIDENCE LIST as required under operation of Mississippi State Law Enforcement Procedure(s)?

ANSWER: _no_

DEPOSITION QUESTION NO. [8]

On march 22, 2000, in your oofficial capacity as "Property Clerk" for the Tunica, County Sheriff's Department, pursuant to Case# TC 000320-2, were any automobiles/vehicles and/or

four-wheeled conveyances converted over for inclusion onto another SEIZURE EVIDENCE LIST, and is so, please relay the name and/or names of the LAW ENFORCEMENT AGENTS whom signed said list and the statute which authorizes the foregoing procedures.

ANSWER:

DEPOSITION QUESTION NO. [9]

In your capacity, as a sworn state offical of Tunica County, MS, were you ever approached and/or subpeonaed by the firm of Hill and Minyard, and specifically, David G. Hill, to produce testimony and/or records concerning One 1999 Ford Expedition VIN #1FMPU18LXA82109?

END OF DEPOSITIONS UPON WRITTEN QUESTIONS [MRCP RULE 31 (a) [SECOND SET]

/s/ Willie Hampton

Submitted by Willie Hampton, #79948-011, USPV, Box 5500, Adelanto, CA 92301

EXECUTE BY:

L.S. x

William Lewis/Property Clerk

c/o: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last known Address & Title

'RE: CASE No. 2005-0130 CERTIFICATE OF SERVICE

I, WILLIE HAMPTON hereby certify that I served a true and correct copy of the following:

NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN DEPOSITIONS PURSUANT TO THE MRCP RULE 31 (a) [SECOND SET]

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

William Lewis/Prperty Clerk

c/o: Tunica County Sheriff's Department 5126 Old Mhoon Landing Road

Tunica, MS  38676

Last Known Address & Title

and deposited same in the United States Postal Mail at the United States penitentiary, Victorville, California on the 19th, day of September 2005.

Willie Hampton/pro-se



# Tunica County Sheriff's Department

## Jerry L. Ellington, Sheriff



5126 Old Mhoon Landing Road
Post Office Box 25
Tunica, Mississippi 38676

Phone: (662) 363-1411
Fax: (662) 363-2593
Fax: (662) 363-4238

### SEIZURE EVIDENCE LIST

CASE# TC 000320-2

1. Ford Outland Brush Guard Stainless
   Box 2 of 3  Tracking # 2099-11(0-28) D-60 (Ford Expedition)

2. Clear plastic and green part with warning label about Rolls-Royce.

3. Ford Outland Grille Guard Stainless
   Box 1 of 3 Tracking# 2099-10 (D-62) (Ford Expedition)

4. One (1) G. T. S. Blackout Kit

5. One (1) Bug Guard for Ford Expedition

6. One (1) Black and chrome Shelby 351 Equipped Grill

7. One (1) Black Dash with VIN 3F03H219539

8. One (1) Black leather-like seat cover

9. One (1) Green and black JBC Cool Speaker w/box

10. One (1) blue and white Ford tire cover

11. Two (2) black bucket seats w/bottom and top back seat.  Two (2) sun visors,
    black leather like material

12. One (1) black Orion HCCA Speaker w/1200 watts (completion speaker)

13. One (1) white fiber glass  w/Pat # 02888309 51309060& 0330003 5108142

14. One (1) black dash piece in plastic

15. One (1) black cloth convertible top in box

16. One (1) box containing two (2) Boss Speakers

*A*

# Tunica County Sheriff's Department

## Jerry L. Ellington, Sheriff



5126 Old Mhoon Landing Road
Post Office Box 25
Tunica, Mississippi 38676

Phone: (662) 363-1411
Fax: (662) 363-2593
Fax: (662) 363-4238

PAGE 2
CASE# TC 000320-2

17. One (1) Scotchcast 2114 (electrical and sealing compound)

18. One (1) box (Boplon) containing tree (3) break pads   Purchase order #23990

19. One (1) black Rubber Queen 2 in 1 funnel

20. One (1) large black garbage bag containing miscellaneous automotive item.

21. Two (2) cans of specialty wheel and breaking grease

22. Two (2) rolls of 2 in 1 insulation

23. One (1) large gray car covering

24. One (1) large blue car covering

25. One (1) box containing headlights covers for Mustang GT

26. One (1) mail (express) postal box used with labels with coffee grounds inside

27. Six (6) red and black jack stand

28. One (1) large black plastic bag containing scale (powder residue)

29. One (1) set of keys marked as unit X7265651
    White Chevy Cavalier.


AGENT JAMES TAYLOR

DET. ALEC CLARK

AGENT ADRINA WILLIAMS

P/O OFFICER WILLIAM LEWIS

A

Served 9-20-05

Lewis Harris

No. 2005-0131

_____ Circuit _____ COURT.

STATE OF MISSISSIPPI

**SUBPOENA.**

TO THE SHERIFF OF TUNICA COUNTY:

You are hereby commanded to summon Marly Davis

Tunica Co. Co - Property Clerk

Records, any and all property seized from Willie Hampton

from 1997 to present

If to be found in your County, to be and personally appear before the _____ Circuit _____ Court of the County of Tunica, in said State, at the Courthouse in the City of Tunica, Mississippi, on the _____ 26th _____ day of _____ Sept _____ 20 _05_

at _____ o'clock _____ M., and there to remain from day to day until discharged by law to testify on behalf of

_____ (at whose instance this writ is issued), in a certain case

pending in said Court wherein _____ Willie Hampton _____

is Plaintiff, and _____ State Margaret D.A., et al _____, Defendant, 9 _____ and that _She_ in nowise

fail so to appear, under the penalty prescribed by the statute; and have there then this _19th_ day of _September_, A.D. 20 _05_

Given under my hand and the seal of Court, and issued, this the

_____ day of _____

_____ 20 _____

_____ Clerk of the Circuit Court

By _____ D.C.

Returned and filed this the

_____ day of

_____ 20 _____

By _____ D.C.

Sharon S. Reynolds, Clerk of Said Court

By _____ Deputy Clerk.

FILED

SEP 20 2005

TUNICA COUNTY MISS.
SHARON S. GRANBERRY, CIRCUIT CLERK
By _____

EXHIBIT D

Xpress Printing • 662-393-4630

COPY

FILED

OCT 25 2005

TUNICA COUNTY, MISS.
SHARON GRANBERRY, CIRCUIT CLERK
BY

IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI

Cause No. 2005-0130

WILLIE HAMPTON

Plaintiff

v.

HILL & MINYARD, P.A., AND

DAVID G. HILL

Defendants

NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN

DEPOSITIONS PURSUANT TO THE MRCP RULE 31(a)

DIRECTED UPON:

Marilyn Davis

c/o: Tunica County Sheriff's Department

5130 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address

[NOTICE]

COMES NOW, Willie Hampton, pro-se prisoner litigant, and
hereby request the above-named defendant to comply with the
incorporated discovery presentment herein.

The above-requested deposition, which are the first
set of continuing written depositions, are not intended to
harass and/or intimidate the defendants; said depositions are
Plaintiff's good faith attempt to expedite the proceedings
herein.                         [1]

INSTRUCTIONS

PLEASE TAKE NOTICE, that a space has been provided for your

written answer to the specific deposition presented. If more

space is required, you may utilize an extra page to

accommodate the same.


DEPOSITIONS UPON WRITTEN QUESTIONS


DEPOSITION QUESTION NO. [1]

        To the best of your knowledge, at any time during

your employment with the Tunica County Sheriff's Impound, did

Former Lt. Deputy Sheriff Jerome Hudson ever remove from the

care, custody and control thereof, Impound Records relating

to One 1999 Ford Expedition

VIN #1FMPU18LXA82109 between the dates: August 24, 1999

through April 2000?

ANSWER:  *No Record*


DEPOSITION QUESTION NO. [2]

If subpeonaed to Circuit and/or Federal Court in the above-

referenced matter, could you lawfully produce a certified

true, correct and not misleading copy of the Tunica County

Sheriff's Impound record revealing the existence of One 1999

Ford Expedition, VIN #1FMPU18LXA82109 physically located in

said [Impound] between the dates: August 24, 1999 through

April 2000?

ANSWER: *No Record*

---

DEPOSITION QUESTION NO. [3]

In your capacity, as a sworn state official of Tunica County,

MS, were you ever approached and/or subpeonaed by the law

firm of Hill and Minyard, and specifically, David G. Hill, to

produce testimony and/or records concerning One 1999 Ford

Expedition VIN #1FMPU18LXA82109? *No*

END OF DEPOSITIONS UPON WRITTEN QUESTIONS [MRCP RULE 31(a)]

/s/ *Hampton Willie*

Submitted by Willie Hampton, #79948-011, USPV, Box 5500,

Adelanto, CA 92301

EXECUTE BY:/

L.S. x *Marilyn Davis*

Marilyn Davis

c/o: Tunica County Sheriff's Department

5130 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address

[3]

RE: CASE No. 2005-0130 CERTIFICATE OF SERVICE

I, WILLIE HAMPTON hereby certify that I served a true and correct copy of the following:

NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN DEPOSITON PURSUANT TO THE MRCP RULE 31 (a)

Which is deemed filed at the time it was delivered to prison authoriteis for forwarding to the court, Houstion v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

Marilyn Davis

c/o: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California on the 19th, day of Spetember 2005.

Willie Hampton/pro-se

WITNESS SUBPOENA, _Circuit_ COURT.

## STATE OF MISSISSIPPI

No. _2005-0130_

TO THE SHERIFF OF TUNICA COUNTY:

You are hearby commanded to summon _Tammy Norwood_

_C/o 5130 Old Mhoon Landing Rd._

_Tunica, MS  38676_

if to be found in your County, to be and personally appear before the _Circuit_ Court of the County of Tunica, in said

State, at the Courthouse in the City of Tunica, Mississippi, on the _____ day of _____, 20 _____,

at _Willie Hampton_ o'clock_____ M., and there to remain from day to day until discharged by law to testify on behalf of

_____ (at whose instance this writ is issued), in a certain case

pending in said Court wherein _Willie Hampton_

is Plaintiff, and _Hill & Minyard_ , Defendant_____ and that _____ in nowise

fail so to appear, under the penalty prescribed by the statue; and have there then this writ.

Given under my hand and the seal of Court, and issued, this the _19th_ day of _August_, A.D. 20 _05_

Returned and filed this the _____ day of

_____ 20 _____

Clerk of the Circuit Court

By_____, D.C.

_Sharon G. Reynolds_, Clerk of Said Court

By _Nia Rush_ , Deputy Clerk.

Xpress Printing • 662-393-4630

F I L E D

OCT 25 2005

TUNICA COUNTY, MISS.
SHARON GRANBERRY, CIRCUIT CLERK
BY_____



EXHIBIT

**D**

IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI

Cause No. 2005-0130


WILLIE HAMPTON

Plaintiff

v.

HILL & MINYARD, P.A., AND

DAVID G. HILL

Defendants


NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN

DEPOSITIONS PURSUANT TO THE MRCP RULE 31 (a) [SECOND SET]


DIRECTED UPON:

Tammy Norwood

c/o/: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi  38676

Last Known Address

[NOTICE]


COMES NOW, Willie Hampton, pro-se prisoner litigant, and

hereby request the above-named defendant to appear and comply

with the incorporated discovery presentment herein.

The above-requested deposition, which are the [second] set

of continuing written depositions, are not intended to harass

and/or intimidate the defendants; said depositions are

Plaintiff's good faith attempt to expedite the proceedings

herein.                          [1]

INSTRUCTIONS

PLEASE TAKE NOTICE, that a space has been provided for your

written answer to the specific deposition presented.If more

space is required, you may utilize an extra page to

accomodate the same.

DEPOSITIOON QUESTION NO. [1]

In your capacity, as a sworn state official of Tunica County,

MS, were you ever apporched and/or subpenaed by Tunica County

Circuit Court Clerk/Sharon G. Reynolds and specifically to

produce Impound Records relating to One 1999 Ford Expedition

VIN#1FMPU18LXA82109 between the dates: August 24, 1999

Through April 2000?

ANSWER: *Yes, I then addressed it Adrina Lewis.*
*Because I was not in this position*
*during that time.*

DEPOSITION QUESTION NO. [2]

If subpeonaed to Circuit and/or Federal Court in the above-

referenced matter, could you lawfully produce a certified

true, correct and not misleading copy of the Tunica County

Sheriff's Impound Records revealing the existence of One 1999

Ford Expedition, VIN#1FMPU18OXA82109 physically located in

said [Impound] between the dates: August 24, 1999 through

April 2000?

ANSWER: *NO; No Record was found.*

INSTRUCTIONS

PLEASE TAKE NOTICE, that a space has been provided for your

written answer to the specific deposition presented. If more

space is required, you may utilize an extra page to

accomodate the same.


DEPOSITIONS UPON WRITTEN QUESTIONS


DEPOSITION QUESTION NO. [1]

    To the best of your knowledge, at any time during

your employment with the Tunica County Sheriff's Impound, did

Former Lt. Deputy Sheriff Jerome Hudson ever remove from the

care, custody and control thereof, Impound Records relating

to One 1999 Ford Expedition

VIN #1FMPU18LXA82109 between the dates: August 24, 1999

through April 2000?

ANSWER: No Record


DEPOSITION QUESTION NO. [2]

If subpeonaed to Circuit and/or Federal Court in the above-

referenced matter, could you lawfully produce a certified

true, correct and not misleading copy of the Tunica County

Sheriff's Impound record revealing the existence of One 1999

Ford Expedition, VIN #1FMPU18LXA82109 physically located in

END OF DEPOSITIONS UPON WRITTEN QUESTIONS [MRCP RULE 31(a)]

[SECOND SET]

/s/ Hamp t Willi

Submitted by Willie Hampton, #79948-011, USPV, Box 5500, Adelanto, CA 92301

EXECUTE BY:

L.S. Tammy Norwood

Tammy Norwood

c/o: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi  38676

Last Known Address

RE: CASE No. 2005-0130 CERTIFICATE OF SERVICE

I, WILLIE HAMPTON hereby certify that I served a true and correct copy of the following:

NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN DEPOSITON PURSUANT TO THE MRCP RULE 31 (a) [SECOND SET]

Which is deemed filed at the time it was delivered to prison authoriteis for forwarding to the court, Houstion v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

Tammy Norwood

c/o: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California on the 19th, day of Spetember 2005.

Willie Hampton/pro-se