06 0158

FILED

JAN 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WITNESS SUBPOENA, Circuit COURT.

STATE OF MISSISSIPPI

No. 2005-013(?)

TO THE SHERIFF OF TUNICA COUNTY:

You are hearby commanded to summon — Adrina Williams Lewis
c/o: Tunica County Sheriff's Department
5130 Old Mhoon Landing Road
Tunica, Mississippi 38676
Last Known Address

if to be found in your County, to be and personally appear before the Circuit Court of the County of Tunica, in said State, at the Courthouse in the City of Tunica, Mississippi, on the 26th day of September, 20 05 at ____ o'clock ____ M., and there to remain from day to day until discharged by law to testify on behalf of Willie Hampton (at whose instance this writ is issued), in a certain case pending in said Court wherein Willie Hampton is Plaintiff, and Hill & Minyard, Defendant ____ and that ____ in nowise fail so to appear, under the penalty prescribed by the statue; and have there then this writ.

Given under my hand and the seal of Court, and issued, this the 19th day of August, A.D. 20 05

Sharon G. Reynolds, Clerk of Said Court

By Mia Rush, Deputy Clerk

Returned and filed this the ____ day of ____, 20 ____

Clerk of the Circuit Court

By ____, D.C.

Xpress Printing • 662-393-4630

EXHIBIT

E

IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI

[CAUSE NO. 2005-0130]

WILLIE HAMPTON Plaintiff

VERSUS

HILL & MINYARD, P.A. AND

DAVID G. HILL Defendants

NOTICE OF FORMAL REQUEST FOR QUESTIONS OF UPON WRITTEN DEPOSITIONS PURSUANT TO THE MRCP RULE 31(a)

DIRECTED UPON:

Adrina Williams Lewis
c/o: Tunica County Sheriff's Department
5130 Old Mhoon Landing Road
Tunica, Mississippi 38676
Last Known Address

[NOTICE]

COMES NOW, Willie Hampton, pro-se prisoner litigant, and hereby request the above-named defendant to comply with the incorporated discovery presentment herein.

The above-requested depositions, which are the first set of continuing written depositions, are not intended to harass and/or intimidate the defendants; said depositions are Plaintiff's good faith attempt to expedite the proceedings herein.

FILED
OCT 25 2005
TUNICA COUNTY, MISS.
SHARON GRANBERRY, CIRCUIT CLERK
BY

INSTRUCTIONS

Please take notice that a space has been provided for your written answer to the specific deposition presented. If more space is required, you may utilize a extra page to accommodate the same.

DEPOSITIONS UPON WRITTEN QUESTION(s)

DEPOSITION QUESTION NO. [1]

When on February 23, 2005, you made a statement to one, Sharon G. Reynolds, Tunica County Circuit Clerk (state official), stating that in regard to certain Impound Records revealing the existence of One 1999 Ford Expedition (for the dates: August 1999 thru March 22, 2000) "Jerome Hudson had taken the file", why did you, as Tunica County Impound Records clerk allow "Jerome Hudson" and unauthorized party, to remove from your care, custody and control official state documents without being in possession of a court-order?

ANSWER: I didn't allow Jerome Hudson to remove any files from my custody and care. There were no files in my custody or care when Hudson was dismissed from the Sheriff's Department. Furthermore, I have never been an impound records clerk.

DEPOSITION QUESTION NO. [2]

Why, as a sworn state official, in regard to the above-referenced matter, you made a subsequent statement to another state official (left unnamed at this time) stating, 'you were not going to put anything in writing for Sharon G. Reynolds, supra, because you didn't want to end up in court..."?

ANSWER: I don't recall saying anything to that effect, meaning I wasn't giving Mrs. Reynolds a statement because I didn't want to end up in court. I did however tell Mrs Reynold's that I didn't ~~[illegible]~~ feel comfortable with giving her a statement.

DEPOSITION QUESTION NO. [3]

In your capacity, as a sworn state official of Tunica County, MS, were you ever approached and/or subpeonaed by Hill and Minyard, and specifically David G. Hill to produce testimony and/or records concerning One 1999 Ford Expedition?

ANSWER: I have never been approached by Hill and Minyard. To my recoglition, I have never been subpeonaed specifically by David G. Hill, to produce testimony or records concerning the above mentioned vehicle.

END OF DEPOSITIONS UPON WRITTEN QUESTIONS [MRCP RULE 31(a)]

/s/ [signature]

Submitted by Willie Hampton, #79948-011 U.S.P. BOX 5500, Adelanto, CA 92301

EXECUTED BY:

L.S. x [signature]

Adrina Williams Lewis

c/o: Tunica County Sheriff's Department

5130 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address

RE: CASE No. 2005-0130 CERTIFICATE OF SERVICE

I, WILLIE HAMPTON hereby certify that I served a true and correct copy of the following:

NOTICE OF FORMAL REQUEST FOR QUESTIONS OF UPON WRITTEN DEPOSITIONS PURSUANT TO THE MRCP RULE 31(a)

Which is deemed filed at the time it was delivered to prison authoriteis for forwarding to the court, Houstion v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

CLERK OF THE COURT"S/COUNTY OF TUNICA
Sharon G. Reynolds
P.O. Box 184
Tunica, MS 38676:

Adrina Williams Lewis
c/o: Tunica County Sheriff's Department
5130 Old Mhoon Landing Road
Tunica, Mississippi 38676
Last Known Address:

Charles B. Graves Jr.
dba: Attorney for Tunica County MS
P.O. Box 1413
Tunica, Mississippi 38676:

Thomas J. Bohlke,

dba: Special Agent (FBI)

c/o: U.S. DEPARTMENT OF JUSTICE

Northern District of Mississippi

Oxford, Mississippi

Last Known Address

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California on the 19TH day of August 2005.

[signature]

Willie Hampton