79978 011

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

WILLIE HAMPTON

**WARRANT FOR ARREST**

CASE NUMBER: 002013

0042-0327-0089-5

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ WILLIE HAMPTON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
1. knowingly and intentionally distributing in excess of 5 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine, a Schedule II controlled substance;
2. knowingly and intentionally possessing with intent to distribute in excess of 5 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine, a Schedule II controlled substance; and
3. knowing and intentionally possessing with intent to distribute in excess of 50 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine and 500 grams of cocaine hydrochloride, Schedule II controlled substances.

in violation of Title __21__ United States Code, Section(s) 841(a) and (b)(1)(a)

06 0158

Neal B. Biggers, Jr.
Name of Issuing Officer

Chief, U.S. District Judge
Title of Issuing Officer

Signature of Issuing Officer

3-24-0    Oxford, Mississippi
Date and Location

FILED
JAN 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bail fixed at $ _Detention until further order of the court_  by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant
at Tunica Co. Jail, Tunica, MS upon dismissal local charges.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-24-00 | Delivered to USM Oxford, MS | |
| DATE OF ARREST 3-27-00 | by Deputies of Tunica Co. S.O. | |

This form was electronically produced by Elite Federal Forms, Inc.


EXHIBIT G

5

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

WILLIE HAMPTON
3130 Monticello Avenue
Oakland, CA 94619

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 002013

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 20-21, 2000 in Tunica county, in the Northern District of Misissippi defendant(s) did, (Track Statutory Language of Offense)

(1) knowing and intentionally distribute in excess of 5 grams of a mixture ad substance containing a detectable amount of crack cocaine/cocaine base, a Schedule II controlled substance; (2) knowingly and intentionally possess with intent to distribute in excess of 5 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine, a Schedule II controlled substance; and (3) knowingly and intentionally possess with intent to distribute in excess of 50 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine and 500 grams of cocaine hydrochloride, Schedule II controlled substances,

in violation of Title 21 United States Code, Section(s) 841(a) and (b)(1)(A)

I further state that I am a(n) Special Agent, F.B.I.
Official Title

and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

3-24-0
Date

at Oxford, Mississippi
City and State

Neal B. Biggers, Jr.
Chief, U.S. District Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Fon