IN THE JUSTICE COURT OF TUNICA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.   CAUSE NO. 66814
                        66815
Willie Hampton          66816
Defendant

### ORDER OF NOLLE PROSEQUE

ON THIS DAY the above cause came on for hearing and upon the motion of the State of Mississippi to nolle proseque the above cause and the Court, being fully advised in the premises does hereby find that said motion is well taken and should be granted. Defendant was prosecuted in U.S. District Court by federal prosecutors and is currently incarcerated. These charges are moot.

IT IS THEREFORE ORDERED AND ADJUDGED that the above cause be nolle proseque at the request of the State of Mississippi with the charge being dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 4th day of May 2004.

_____
Justice Court Judge

_____
County Prosecutor

FILED
JAN 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
H