ABSTRACT OF COURT RECORD
TUNICA COUNTY JUSTICE COURT

Agency Code: _____
Ticket No: _____    HUDSON

Date: 5/05/2005

DEFENDANT
Name: HAMPTON, WILLIE                    Race: _____        Sex: _____
Physical Address: _____
Mailing Address: _____
City: _____    State: ___    Zip Code: _____
Drivers License Number: _____    State: ___    Date of Birth: _____

VEHICLE INFORMATION
Registration (Tag) No: _____    State: ___    Year: ____
Vehicle Model Year: ____    Make: _____    Type: _____

VIOLATION
Charged With: POSS W/INTENT TO SEL    % BAC: ___    Speed: ___    Zone: ___
Date of Violation: 3/20/2000 Court Date: 4/20/2000 Hwy or Street: _____
Charges Were Filed By: _____ Badge No: _____
Defendant Entered a Plea of: NOLLE PROSEQUE
Judgement of Court: NOLLE PROSEQUE
By Judge: DARBY, ELLIS W.

Remarks by Court:

_____
_____
_____
_____
_____

Defendant was Fined: _____        Plus Assessments of: _____
Sentenced To: _____
        Bail Forfeited ( )            Appealed ( )
        Fine Paid        ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
Docket: 153        Page: 80
        66914

Signed: _____    Title: Deputy Court Clerk

Date: _____

06 0158

FILED
JAN 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
1

ABSTRACT OF COURT RECORD
TUNICA COUNTY JUSTICE COURT

Agency Code:
Ticket No:                    HUDSON

Date:  5/05/2005

DEFENDANT
Name:  HAMPTON, WILLIE _____     Race: _____     Sex: _____
Physical Address: _____
Mailing Address: _____
City: _____     State: ____          Zip Code: _____
Drivers License Number: _____     State: ___     Date of Birth: _____

VEHICLE INFORMATION
Registration (Tag) No: _____     State: ____          Year: _____
Vehicle Model Year: _____     Make: _____          Type: _____

VIOLATION
Charged With: DISTRUBUTING CTL SUB _____     % BAC: _____     Speed: ____     Zone: ____
Date of Violation: 3/20/2000 Court Date: 4/20/2000 Hwy or Street: _____
Charges Were Filed By: _____     Badge No: _____
Defendant Entered a Plea of: NOLLE PROSEQUE _____
Judgement of Court: NOLLE PROSEQUE _____
By Judge: DARBY, ELLIS W. _____

Remarks by Court: _____

_____

_____

_____

_____

Defendant was Fined: _____          Plus Assessments of: _____
Sentenced To: _____
        Bail Forfeited ( )               Appealed ( )
        Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
        Docket: 153                    Page: 61
        Case: 56815

Signed: _____     Title: Deputy Court Clerk
Date: 5/5/05

ABSTRACT OF COURT RECORD
TUNICA COUNTY JUSTICE COURT

Agency Code:
Ticket No:                    HUDSON

ate: 5/05/2005

EFENDANT
ame: HAMPTON, WILLIE                              Race: _____          Sex: _____
hysical Address: _____
ailing Address: _____
ity: _____  State: _____          Zip Code: _____
rivers License Number: _____    State: ___  Date of Birth: _____

EHICLE INFORMATION
egistration (Tag) No: _____          State: _____          Year: _____
ehicle Model Year: _____  Make: _____          Type: _____

IOLATION
harged With: SALE OF CONTROL SUB _____   % BAC: _____  Speed: ____  Zone: ____
ate of Violation: 3/20/2000 Court Date: 4/20/2000 Hwy or Street: _____
harges Were Filed By: _____ Badge No: _____
efendant Entered a Plea of: NOLLE PROSEQUE
udgement of Court: NOLLE PROSEQUE
y Judge: DARBY, ELLIS W.

emarks by Court: _____

_____

_____

_____

_____

efendant was Fined: _____          Plus Assessments of: _____
entenced To: _____

        Bail Forfeited ( )              Appealed ( )
        Fine Paid      ( )

I Certify That This Is a True and Correct Copy of My Court Record as Recorded in
                    Docket: 153              Page: 62
                    Case: 86816

igned: _____   Title: _____
ate: _____