

5126 Old Mhoon Landing Road
Post Office Box 25
Tunica, Mississippi  38676

Phone: (662) 363-1411
Fax: (662) 363-2593
Fax: (662) 363-4238

## MEMORANDUM

TO:       LT. W. C. ESKRIDGE
          JAIL ADMINISTRATOR

FROM:     LT. JEROME HUDSON
          NARCOTIC'S SUPERVISOR

DATE:     OCTOBER 30, 2000

RE:       RUBBY L. GOODEN (INMATE)


I am requesting documentation to be kept on inmate Rubby Gooden by each shift.
This inmate is under the Federal Witness Program and must be monitored at all
times. This includes medical records, visitation from deputies or any law
enforcement agency, in and out going mail, telephone calls, etc. Attached is a log
sheet, which must be turned in daily to the Narcotics Department.

If you have any questions, you may contact me at Ext. 53.  Thank you for your
cooperation.


C:     Sheriff Jerry L. Ellington
       Captain Lenard Conway
       Lt. Eugene Payne
       Sgt. Amanda Carter
       Dr. Sarah Schrader
       Dockreletta Collins
       Federal Bureau of Investigation
       United States Attorney Office
       Mississippi Bureau of Narcotics

06 0158



EXHIBIT  N



EXHIBIT
K