SHAARON G. REYNOLDS

Tunica County Circuit/Clerk

P.O. Box 184

Tunica, Mississippi 38676

February 12th, 2005

VERFIED ACTUAL AND CONSTRUCTIVE NOTICE:

TO: WALNUT CREEK POLICE DEPARTMENT
    WALNUT CREEK CALIFORNIA

ATTN: OFFICER M. EGGOLD ID: P219

In Ref: CASE NO. 99-001797

RE: One 1999 Ford Expedition VIN# 1FMPU1817XLA82109

Dear Officer Eggold,

   [T]he attached offering demonstrates that the above-referenced vehicle was reported stolen on January 23, 1999.

   Further research into the matter revealed said vehicle was recovered in the town of Tunica, in the State of Mississippi.

   Please forward the exact date and/or month said vehicle was returned to the property owner. Thank you for your assistance in the matter.

*Sharon G. Reynolds* (signature)

Sharon G. Reynolds/Tunica County Circuit Clerk

EXHIBIT A

```
                    W A L N U T   C R E E K
                P O L I C E   D E P A R T M E N T
                C A S E / A R R E S T   R E P O R T   (MDS)

CASE #:99-001797                         PRINT DATE: 01/23/99   TIME: 16:50

* I N C I D E N T *

        SECTION: VC 10851(A)      CRIME: AUTO THEFT        CLASS: 070101
DATE OCCURRED: 01/17/99              TIME: 19:00           DAY: SUN
       TO DATE: 01/22/99              TIME: 10:00          SECT: 3    ZONE: 287
      LOCATION: 1800 N. MAIN ST  WC
LOCATION DESC: WC FORD
   REPORT DATE: 01/23/99          OFFICER: M EGGOLD        ID: P219
   CASE STATUS: S                 CLOSED BY:           CLEARED BY:
     FOLLOW-UP:
```

```
* I N V O L V E D   P E R S O N *                    CONFIDENTIAL

NAME: WALNUT CREEK FORD                  TYPE: BUSINESS   INV: VICTIM
 DOB: /                                  DRIVER LICENSE:
RESIDENCE: 1800 N.MAIN ST  WALNUT CREEK
RES PHONE:                               BUS PHONE: 925-932-2900
RACE:      SEX:     HAIR:     EYES:         HEIGHT:       WEIGHT:

NAME: GONZALES FERMIN                    TYPE: PERSON     INV: REPORTING PARTY
 DOB: /                                  DRIVER LICENSE:
RESIDENCE: 1800 N.MAIN ST  WALNUT CREEK
RES PHONE:                               BUS PHONE: 925-932-2900
RACE: H    SEX: M  HAIR:     EYES:          HEIGHT:       WEIGHT:
```

```
* I N V O L V E D   V E H I C L E *

LIC:              STATE: CA   TYPE:       COLOR: RED       YEAR: 99
MAKE: FORD            MODEL: EXPEDITI     BODY: WGN        VIN: 1FMPU18L7XLA82109
DESC/OWNER: WC FORD
DISPO:
```

COPY

WALNUT CREEK
POLICE DEPARTMENT
CASE/ARREST REPORT
SUPPLEMENTAL

CASE #:9-01797                                         DATE: April 5, 2000

SUPPLEMENT #001

---- SUPPLEMENTAL REPORT BY DETECTIVE RICHARD GROSSMAN P167 ----

*INCIDENT*

```
      SECTION:       VC 10851 (A)          CRIME:   AUTO THEFT      CLASS:   070101
DATE OCCURRED:       01/17/99              TIME:    19:00           DAY:     SUN
      TO DATE:       01/22/99              TIME:    10:00           SECT: 3  ZONE: 287
      LOCATION:      1800 N. MAIN STREET, WC
LOCATION DESC:       WC FORD
   REPORT DATE:      01/23/99              OFFICER: M EGGOLD        ID: P219
   CASE STATUS:      CLOSED                CLOSED BY: P167          CLEARED BY: A
     FOLLOW UP:
```

*INVOLVED PERSONS*
NAME: HAMPTON, WILLIE ARNOLD                TYPE: PERSON        INV: SUSPECT
  DOB: 10/04/44                             DRIVER LICENSE: S0069430
RESIDENCE: 3130 MONTICELLO AVENUE, OAKLAND
RES PHONE:                                  BUS PHONE:
RACE: B  SEX: M  HAIR: BLK  EYES: BRN  HEIGHT: 600  WEIGHT: 160
CII: M0 591595        FBI: 823230G          SS: 428 86 3100
NAME: WARREN, JAMES W.                      TYPE: PERSON        INV: WITNESS
  DOB: UNITED STATES DEPARTMENT OF JUSTICE, Northern Distr of Miss.  DRIVER LICENSE:
RESIDENCE: P.O. Box 886, Oxford, Mississippi 38655
RES PHONE: (662) 234-3351 x136              BUS PHONE: (662) 236-2725 (fax)
RACE: W  SEX: M  HAIR:      EYES:      HEIGHT:      WEIGHT:

*INVESTIGATION*

On March 28, 2000 I received a telephone call from JAMES WARREN, Assistant United States Attorney General for the Northern District of Mississippi. WARREN told me that the FBI, DEA, Mississippi DOJ/BNE and the local Sheriff's Department arrested WILLIE HAMPTON during a narcotics investigation. HAMPTON was driving a red, 1999 Ford Explorer. The car was impounded and was held for asset forfeiture.

Prior to the forfeiture the VIN number was run and it was discovered that the vehicle was stolen from Walnut Creek, WCPD #99-01797. The vehicle had California license plates on it but the California DMV was unable to match a valid registration with the plates.

HAMPTON had a bill of sale from "RICK COLE AUCTION" located at 10701 Riverside Drive, North Hollywood, CA 91602. They were having trouble locating this business.

On April 5, 2000 I spoke to WARREN about this case. WARREN had requested assistance from LAPD, Hollywood Division, and had been put in touch with COLE. COLE was faxed the documents that HAMPTON had in his possession and confirmed that all the sales documents were forgeries.

OFFICER INITIAL: [signature] P167

99-01797
PAGE 2

WARREN told me that HAMPTON is going to remain in custody in Mississippi. HAMPTON is being charged as a three strike offender by the State of Mississippi. He is also being charged federally with interstate transportation of stolen property and various felony narcotics sales and transportation charges.

**CONFIDENTIAL**

There is no further investigation needed by WCPD. Since HAMPTON is facing major federal and local felony charges in Mississippi no charges will be filed in California.

---

\*DISPOSITION\*

CLOSED

COPY

---

DOMESTIC VIOLENCE (YES/NO) : no                      WEAPON TYPE:
VVC    (YES/NO) no      USE OF FORCE (YES/NO):  no
COPIES TO -
   DETECTIVE:                                       TRAFFIC:
   JUVENILE:                                        DIST ATTNY:
   TEAM: OFC. EGGOLD                                OTHER:
   TAC REV COMM:                                    OP DIV CDR:
   USER 1:                                          USER 2:
   USER 3:                                          USER 4:

OFFICER NAME:           DET. R. GROSSMAN   ID: P167
INITIAL:
RECORDS:
4/6/09                  INDEXED BY:         APPROVED BY:

PAGE 3
99001797

* F I N A L   P A G E *  CONFIDENTIAL

DOMESTIC VIOLENCE (YES/NO): N                    WEAPON TYPE:
VVC (YES/NO): N                             USE OF FORCE (YES/NO): N
COPIES TO -
    DETECTIVE:
    JUVENILE:                                       TRAFFIC:
TAC REV COMM:                                     DIST ATTY:
    OTHER:                                        OP DIV CDR:

                                    COPY

OFFICER INITIAL: _ME_            ID: 2/9
RECORDS:              (MDS) INDEXED BY:                       APPROVED BY:

**A Public Service Agency**

VR

032-1435

## SECTION 1 - Requester's Information

REQUESTER'S NAME (FIRST, MI, LAST)
WILLIE HAMPTON

## SECTION 2 - Record Requested - Complete A for specific record
Complete B for list of vehicles/vessels owned by subject

**A** CA LICENSE PLATE/CF NUMBER **OR** VEHICLE/HULL IDENTIFICATION NUMBER: Vin#1FMPU18L7XLA82109    MAKE: Ford Expedition    YEAR MODEL: 1999

**B** INDIVIDUAL NAME (FIRST, MI, LAST): WC Ford
ADDRESS:    CITY: Walnut Creek    STATE: California    ZIP CODE:

## SECTION 3 - Record Information - Check box(es) for type of record requested.

*Automated record (computer printout)*
- [ ] Current Record — $5
- [ ] Owner as of date ___/___/___ — $5
- [X] Ownership History — $5
- [ ] All vehicles/vessels owned by individual/business — $5 single record or list of 8 or less

*Photocopy of hard copy and/or microfilm documents*
- [ ] Photocopies on file for: ___, ___, ___, ___ (indicate years) — $20 PER YEAR
- [ ] Other (describe) _____
- [ ] Certify record as a true copy of record on file with Department of Motor Vehicles (Available only at DMV Headquarters).

## SECTION 4 - Record Purpose
Clearly explain the purpose for requesting record(s). Be factual and provide details. If residence address information is being requested, please check instructions to be sure you are using the correct form or cite the state or federal statute, by code name and section number, which requires or authorizes the department to release the information. The department will review any codes provided and, if denied, a basic record without residence address will be released.

    It is because I have a liberty-interest at stake, I now request and
    need the following data/information re the above-referenced vehicle/Vin#
    1FMPU18L7XLA82109 - [See Attached].

## SECTION 5 - Requester's Certification Statement, Signature and Driver License/Identification Card

EXECUTED AT (CITY, COUNTY, STATE): Lompoc, Santa Barbara California
ON (DATE): July 7, 2004

I certify under penalty of perjury under the laws of the State of California that the information entered by me on this document is true and correct. The information received will not be used for any unlawful purpose. I understand that if I advise false information I may be subject to prosecution for false representation (California Vehicle Code Section 1808.45). This is a misdemeanor punishable by a maximum fine of five thousand ($5,000) or a maximum imprisonment of one year in the county jail or both.

SIGNATURE: [signature] Willie

**FOR DMV USE ONLY**

RECORD SUBJECT NAME:    CHECK/MONEY ORDER #: 067974738717    TOTAL $: 5
ADDRESS: No Record
- [ ] C.R.    [ ] AS OF    [ ] ANI    REFUND $:
- [ ] AUTO HISTORY    [ ] OTHER
ADDRESS RELEASED?
- [ ] Yes  [X] No    DATE MAILED:

120 JUL 13 2004

Willie Hampton#79948-011                          February  20  2004
U.S. Penitentiary (K)
3901 Klein Blvd,
Lompoc, California 93436

RE: (1999,) Ford Expedition **Vin: No. 1FMPU18L7XLA82109,.**

DMV
Department of Registration
P.O. Box 932317
Sacramento California 94232-3170

Dear Sir:

I would like for your department to send me any, and all information on the **history** of one 1999, Ford Expedition Vin. No.1FMPU18L7XLA82109. Has this vehicle ever been registered in the State of California, or to Willie Hampton. If <u>so or not</u>, could you please send me a **certify letter**, saying so.

Your help is much needed in obtaining this information [Please fine enclosed $5.00 dollars,.]

                                                  Sincerely:
                                                  *[signature]*
                                                  Willie Hampton

```
         D M V   VEHICLE   REGISTRATION   INFORMATION              00239
                                              N1171     N1171    PAGE: 01

   OIS PUBLIC / COMMERCIAL OPS              LIST DATE: 11/02/05 NO FEE
   CASUAL REQUESTS / VR                     ATTN: JB
   PO BX 944247                             INFO CODE: 3       V
   SACRAMENTO, CA 942442470

 ATE/TIME OF RESPONSE: 11/01/05 16:38
 IC/VIN: 1FMPU18L7XLA82109
 IN RECORD NOT ON FILE

 ND OF DATA
```