WALNUT CREEK POLICE DEPARTMENT
1666 North Main Street
Walnut Creek, CA 94596



## STOLEN VEHICLE /RECOVERY SUPPLEMENTAL REPORT

CASE # 99-1797

| CODE SECTION | AUTO THEFT | CLASSIFICATION |
|---|---|---|
| VC 10851 | AUTO THEFT | 07.01-01 |
| | RECLASS CRIME | RECLASS CLASSIFICATION |
| | AUTO THEFT RECOVERY | 07.01-21 |

**OWNER/VICTIM:** WC Ford
1800 N. Main St
W.C. Ca, 94596

**OWNER NOTIFIED BY PHONE:**
☐ YES   ☐ NO
PHONE # CALLED _____
DATE _____   P# _____

**RECOVERING AGENCY:** Tunica Co. SO     CASE # 00-71201
**PHONE #** _____
**LOCATE RECEIVED:** DATE 3/28/00     TIME 1751

**REMOVED FROM SYSTEM:** DATE _____  TIME _____  P# _____
**VERIFIED BY:** DATE _____  TIME _____  P# _____

**CONDITION OF VEHICLE:**
| STRIPPED | WRECKED | BURNED | DRIVEABLE |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☐ NO |
| ☐ UNK | ☐ UNK | ☐ UNK | ☒ UNK |

**ADDITIONAL COMMENTS:** _____

**VEHICLE STORED AT:** Tunica Sheriff's Dept
ADDRESS _____
PHONE _____

**VEHICLE FINGERPRINTED:**
☐ YES   ☐ NO   ☒ UNKNOWN

CONTROLLED DOCUMENT
FOR LAW ENFORCEMENT
USE ONLY

**IN ORDER TO RETREIVE YOUR VEHICLE YOU MUST:**
(1) CONTACT THE WALNUT CREEK POLICE DEPARTMENT FOR A WRITTEN RELEASE FOR YOUR VEHICLE.
(2) CONTACT THE RECOVERING POLICE AGENCY FOR A RELEASE.
(3) GO TO THE TOW COMPANY'S STORAGE FACILITY.

**DISPOSITION:** FORWARD TO ORGINATING OFFICER FOR REVIEW AND NECESSARY FOLLOW-UP.

| COPIES TO: DETECTIVES ORGINATING OFFICER | RECORDS | INDEXED BY | APPROVED BY | OFFICER | P# |
|---|---|---|---|---|---|
| White: Case; Yellow: Mailed to Owner | 4/6/00 | | /174 | M. Eggel | 219 |

EXHIBIT B

# VEHICLE IMPOUNDMENT RECORD

NO. _____

| MAKE | MODEL | COLOR | NO. OF CYLINDERS |
|---|---|---|---|
| Plymouth | Reliant | Gray | 0 |

| YEAR | MILEAGE | LICENSE NO. (Yr. - State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| 1989 | 48948 | VSN-396-00-MS | |

| SERIAL NO. | FUEL | VIN NO | NO. OF AXLES |
|---|---|---|---|
| | ☒ Gas ☐ Diesel | 1P3BK46D2KC443885 | 0 |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle ☐ Ambulance ☐ Truck ☐ Tractor ☐ Trailer ☐ Semi-Trailer ☐ Bus ☐ Motorcycle ☐ RV

NO. OF WHEELS: _____

**BODY STYLE:** ☐ Coupe ☐ 2-Door Sedan Hardtop ☐ Station Wagon Sedan ☒ 4-Door Hardtop ☐ Pickup ☐ Convertible ☐ Panel ☐ Van ☐ Rack ☐ Stake ☐ Carryall ☐ Flatbed ☐ Camper

BUS (Passenger capacity): _____
TRUCK (Mfg Rated capacity): _____

**VEHICLE OPERATOR** (Address, Number, Street, City, State): N/A
PHONE NO: _____

**REGISTERED OWNER** (Address, Number, Street, City, State): Jemelda S. Bridgett P.O. Box 973 Shelby, MS 38774
PHONE NO: _____

**NAME & ADDRESS OF LIENHOLDER** (If Applicable): SAME AS OWNER
PHONE NO: _____

## REASON FOR IMPOUNDMENT

ACCIDENT ☐  DUI ☐  STOLEN ☐  ABANDONED ☒  FELONIOUS USE ☐  NO OPR. LIC. ☐  BURNED ☐
OTHER THAN ABOVE: _____

NAME OF ARRESTED PERSON ☐  INJURED ☐  OTHER ☒   REPORT NO: _____
EXACT LOCATION WHERE VEHICLE PICKED UP: Pritchard Rd. - Haylong Ave.
TOW-IN SERVICE REQUESTED BY: Deputy Price   NAME OF TOW-IN SERVICE: 61 Gulf Wrecker

| DATE OF IMPOUNDMENT | TIME | TOWED OR DRIVEN BY | NAME & TITLE OF IMPOUNDING OFFICER |
|---|---|---|---|
| 03-30-00 | 5:36 AM | 61 Gulf Wrecker | M. Price - Deputy Sheriff |

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☒  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☐  OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT · 2-GOOD · 3-FAIR · 4-POOR · 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | N/A | | ENGINE | | N/A | | SPARE TIRE | | N/A |
| | LF ¼ | | N/A | | RADIATOR | | N/A | | LR TIRE | | 03 |
| | LF DOOR | | N/A | | ALTERNATOR | | N/A | | RR TIRE | | 03 |
| | LR DOOR | | N/A | | BATTERY | | N/A | | RF TIRE | | 03 |
| | LR ¼ | | N/A | | A.C. | | N/A | | LF TIRE | | 03 |
| | REAR END | | N/A | | RADIO | | N/A | | GLASS | | N/A |
| | RF ¼ | | N/A | | TAPE DECK | | N/A | | C.B. RADIO | | N/A |
| | RF DOOR | | N/A | | HUB CAP | | N/A | | C.B. ANTENNA | | N/A |
| | RR DOOR | | N/A | | WHEEL COVER | | N/A | | | | |
| | RR ¼ | | N/A | | DRIVE TRAIN | | N/A | | | | |
| | HOOD | | N/A | | JACK | | N/A | | | | |
| | TOP | | 03 | | TOOLS | | N/A | | | | |
| | REAR LID | | N/A | | GASOLINE | | N/A | | | | |

**REMARKS:** _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: 1-Flashlight, 1-Green Back Pack, 1-Screwdriver

REPORT MADE BY: Deputy Price   DATE: 03-30-00   TIME: 5:40 A.M.

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED: [signature]   DATE: 03-30-00   TIME: 5:50 A.M.

NCIC _____

# VEHICLE IMPOUNDMENT RECORD

NO _____

| Field | Value |
|---|---|
| MAKE | Chevrolet |
| MODEL | Caprice Classic |
| COLOR | Brown + Other |
| NO OF CYLINDERS | V-8 |
| YEAR | 1987 |
| MILEAGE | N/A |
| LICENSE NO (Yr. - State) | BYH-522, MS |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | N/A |
| SERIAL NO. | N/A |
| FUEL | ☐ Gas  ☐ Diesel |
| VIN NO | |
| NO OF AXLES | 2 |

**TYPE OF VEHICLE**
- ☑ Passenger Vehicle
- ☐ Ambulance
- ☐ Truck
- ☐ Tractor
- ☐ Trailer
- ☐ Semi-Trailer
- ☐ Bus
- ☐ Motorcycle
- ☐ RV

NO OF WHEELS: 4

**BODY STYLE**
- ☐ Coupe Sedan
- ☐ 2-Door Hardtop
- ☐ Station Wagon Sedan
- ☑ 4-Door Hardtop
- ☐ Pickup
- ☐ Convertible
- ☐ Panel
- ☐ Van
- ☐ Rack
- ☐ Stake
- ☐ Carryall
- ☐ Flatbed
- ☐ Camper

BUS (Passenger capacity): N/A
TRUCK (Mfg Rated capacity): N/A

**VEHICLE OPERATOR** (Address, Number, Street, City, State): Elbert J. Roddy, Trailer 246 Buck Island Trailer Park   PHONE NO. N/A

**REGISTERED OWNER** (Address, Number, Street, City, State): Micheal Johnson, Trailer no. 246 Buck Island Trailer Park   PHONE NO. N/A

**NAME & ADDRESS OF LIENHOLDER** (if Applicable): N/A   PHONE NO.

## REASON FOR IMPOUNDMENT

ACCIDENT ☑   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON _____   INJURED _____   OTHER N/A   REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP: Trailer no 246 Buck Island Trailer
TOW-IN SERVICE REQUESTED BY _____   NAME OF TOW-IN SERVICE: Little Texas Towing
DATE OF IMPOUNDMENT: 03-27-00   TIME: 02:10   TOWED OR DRIVEN BY: Little Texas Towing   NAME & TITLE OF IMPOUNDING OFFICER: Tunica S.O.

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐   UNLOCKED ☐   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | Item | DAMAGED | CONDITION | ✓ | Item | DAMAGED | CONDITION | ✓ | Item | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | FRONT END | | 2 | | ENGINE | | N/A | | SPARE TIRE | | N/A |
| ✓ | LF ¼ | | 3 | | RADIATOR | | N/A | | LR TIRE | | 2 |
| ✓ | LF DOOR | | 2 | | ALTERNATOR | | N/A | | RR TIRE | | 2 |
| ✓ | LR DOOR | | 3 | | BATTERY | | N/A | | RF TIRE | | 2 |
| ✓ | LR ¼ | | 3 | | A C | | N/A | | LF TIRE | | 2 |
| ✓ | REAR END | | 2 | | RADIO | | 2 | | GLASS | | 3 |
| ✓ | RF ¼ | | 2 | | TAPE DECK | | 3 | | C B. RADIO | | N/A |
| ✓ | RF DOOR | | 2 | | HUB CAP | | 2 | | C.B. ANTENNA | | N/A |
| ✓ | RR DOOR | | 2 | | WHEEL COVER | | 2 | | | | |
| ✓ | RR ¼ | | 2 | | DRIVE TRAIN | | N/A | | | | |
| ✓ | HOOD | | 2 | | JACK | | N/A | | | | |
| ✓ | TOP | | 2 | | TOOLS | | N/A | | | | |
| ✓ | REAR LID | | 2 | | GASOLINE | | N/A | | | | |

REMARKS _____

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE _____

REPORT MADE BY: _[signature]_   DATE: 03-27-00   TIME: 01:30

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____   DATE _____   TIME _____

# VEHICLE IMPOUNDMENT RECORD

NO. _____

| MAKE | MODEL | COLOR | NO OF CYLINDERS |
|---|---|---|---|
| Pontiac | Bonneville | Blue | 6 cylinders |

| YEAR | MILEAGE | LICENSE NO. (Yr. - State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| 93 | | 626 AEF | |

| SERIAL NO. | FUEL | VIN NO. | NO. OF AXLES |
|---|---|---|---|
| Same VIN No | ☒ Gas  ☐ Diesel | 1G2HX5317PL64343 | 4 Axles |

**TYPE OF VEHICLE**
- ☒ Passenger Vehicle
- ☐ Truck
- ☐ Ambulance
- ☐ Tractor
- ☐ Trailer
- ☐ Semi-Trailer
- ☐ Bus
- ☐ Motorcycle
- ☐ RV

NO OF WHEELS: 4W

**BODY STYLE**
- ☐ Coupe
- ☐ Sedan
- ☐ 2-Door Hardtop
- ☐ Station Wagon Sedan
- ☒ 4-Door Hardtop
- ☐ Pickup
- ☐ Convertible
- ☐ Panel
- ☐ Van
- ☐ Rack
- ☐ Stake
- ☐ Carryall
- ☐ Flatbed
- ☐ Camper

BUS (Passenger capacity): _____
TRUCK (Mfg Rated capacity): _____

**VEHICLE OPERATOR** (Address, Number, Street, City, State): Ashley, Bascum, Rozelle
PHONE NO.: _____

**REGISTERED OWNER** (Address, Number, Street, City, State): _____
PHONE NO.: _____

**NAME & ADDRESS OF LIENHOLDER** (if Applicable): _____
PHONE NO.: _____

## REASON FOR IMPOUNDMENT

- ACCIDENT ☐
- DUI ☒
- STOLEN ☐
- ABANDONED ☐
- FELONIOUS USE ☐
- NO OPR. LIC. ☐
- BURNED ☐
- OTHER THAN ABOVE: _____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☐ _____   REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP: Casino Strip East Casino Way
TOW-IN SERVICE REQUESTED BY: S.O 42   NAME OF TOW-IN SERVICE: Burchfield
DATE OF IMPOUNDMENT: 03-22-00   TIME: 335 am   TOWED OR DRIVEN BY: Burchfield   NAME & TITLE OF IMPOUNDING OFFICER: A. Maddox

## INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK:  LOCKED ☐   UNLOCKED ☐   KEYS IN CAR ☒   KEYS IN PROPERTY ROOM ☐   OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - ③-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | F | | ENGINE | | | | SPARE TIRE | | |
| | LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| | LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| | LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| | LR ¼ | | | | A/C | | | | LF TIRE | | |
| | REAR END | | | | RADIO | | | | GLASS | | |
| | RF ¼ | | | | TAPE DECK | | | | C.B. RADIO | | |
| | RF DOOR | | | | HUB CAP | | | | C.B. ANTENNA | | |
| | RR DOOR | | | | WHEEL COVER | | | | | | |
| | RR ¼ | | | | DRIVE TRAIN | | | | | | |
| | HOOD | | | | JACK | | | | | | |
| | TOP | | | | TOOLS | | | | | | |
| | REAR LID | | | | GASOLINE | | | | | | |

REMARKS: _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: Umbrella, Blue & Green

REPORT MADE BY: Alfonzo Maddox   DATE: 03-22-00   TIME: _____

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED X _____   DATE _____   TIME _____

# VEHICLE IMPOUNDMENT RECORD

NO. ____

| Field | Value |
|---|---|
| MAKE | Pontiac Grand Prix |
| MODEL | 1986 |
| COLOR | White |
| NO. OF CYLINDERS | |
| YEAR | |
| MILEAGE | |
| LICENSE NO. (Yr/State) | 559-PXI TN |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | |
| SERIAL NO. | |
| FUEL | ☒ Gas  ☐ Diesel |
| VIN NO | 2G2GJ37A062215435 |
| NO. OF AXLES | |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle

**BODY STYLE:** ☒ 2-Door Hardtop (Sedan)

**VEHICLE OPERATOR:** Thaddeus Donnell Austin, 6186 Afternoon Ln, Memphis TN 38141   PHONE NO: (901) 332-2966

**REGISTERED OWNER:** Thaddeus Donnell Austin, 6186 Afternoon Ln, Memphis TN 38141   PHONE NO: (901) 332-2966

**NAME & ADDRESS OF LIENHOLDER** (if Applicable): 

## REASON FOR IMPOUNDMENT

ACCIDENT ☒   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐

OTHER THAN ABOVE: ____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER: ____   REPORT NO: ____

EXACT LOCATION WHERE VEHICLE PICKED UP: Casino Stripe Blvd in front of the Abby Leatherman Building

TOW-IN SERVICE REQUESTED BY: ____   NAME OF TOW-IN SERVICE: ____

DATE OF IMPOUNDMENT: 03/12/00   TIME: 0930   TOWED OR DRIVEN BY: Richard Maune   NAME & TITLE OF IMPOUNDING OFFICER: Blue + White

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK:   LOCKED ☐   UNLOCKED ☒   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER: ____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - ③FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | | | ENGINE | | | | SPARE TIRE | | |
| | LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| | LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| | LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| | LR ¼ | | | | A C | | | | LF TIRE | | |
| | REAR END | | | | RADIO | | | | GLASS | | |
| | RF ¼ | | | | TAPE DECK | | | | C.B RADIO | | |
| | RF DOOR | | | | HUB CAP | | | | C.B ANTENNA | | |
| | RR DOOR | | | | WHEEL COVER | | | | | | |
| | RR ¼ | | | | DRIVE TRAIN | | | | | | |
| | HOOD | | | | JACK | | | | | | |
| | TOP | | | | TOOLS | | | | | | |
| | REAR LID | | | | GASOLINE | | | | | | |

REMARKS: damages to drivers side.

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: None

REPORT MADE BY: SGT Julia McKay   DATE: 03-21-00   TIME: 0930

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED ____   DATE ____   TIME ____

FORM B-3   LAW ENFORCEMENT SYSTEMS, INC. • P.O. BOX 1835, CORSICANA, TEXAS 75151-1835

# VEHICLE IMPOUNDMENT RECORD

NO. _____

| | | | |
|---|---|---|---|
| MAKE: Nissan | MODEL: Pickup | COLOR: Maroon | NO. OF CYLINDERS: |
| YEAR: #94 | MILEADGE: 193087 | LICENSE NO. (Yr. - State): 669-AWG TN | HORSEPOWER OR CUBIC INCH DISPLACEMENT: |
| SERIAL NO.: | FUEL: ☐ Gas  ☐ Diesel | VIN NO.: 1N6SD11S2MC315631 | NO. OF AXLES: |

**TYPE OF VEHICLE**: ☐ Passenger Vehicle  ☐ Ambulance  ☒ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV

NO. OF WHEELS: 04

**BODY STYLE**: ☐ Coupe  ☐ Sedan  ☐ 2-Door Hardtop  ☐ Station Wagon Sedan  ☐ 4-Door Hardtop  ☒ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity): 
TRUCK (Mfg. Rated capacity):

**VEHICLE OPERATOR** (Address, Number, Street, City, State): Bland Rudolph Matthews 2709 Donna Memphis TN 38116   PHONE NO.:

**REGISTERED OWNER** (Address, Number, Street, City, State):   PHONE NO.:

**NAME & ADDRESS OF LIENHOLDER** (if Applicable):   PHONE NO.:

## REASON FOR IMPOUNDMENT

ACCIDENT ☒   DUI ☐   STOLEN ☐   ABANDONED   FELONIOUS USE   NO OPR. LIC.   BURNED
OTHER THAN ABOVE: _____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER _____   REPORT NO. _____

EXACT LOCATION WHERE VEHICLE PICKED UP: _____
TOW-IN SERVICE REQUESTED BY: Little Texas Auto   NAME OF TOW-IN SERVICE: _____

DATE OF IMPOUNDMENT: March 7, 2000 / TIME: 0100 / TOWED OR DRIVEN BY: Little Texas Auto / NAME & TITLE OF IMPOUNDING OFFICER: /

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK:  LOCKED ☐   UNLOCKED ☒   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT · 2-GOOD · 3-FAIR · 4-POOR · 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | | | ENGINE | | | | SPARE TIRE | | |
| | LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| | LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| | LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| | LR ¼ | | | | A C | | | | LF TIRE | | |
| | REAR END | | | | RADIO | | | | GLASS | | |
| | RF ¼ | | | | TAPE DECK | | | | C.B. RADIO | | |
| | RF DOOR | | | | HUB CAP | | | | C.B. ANTENNA | | |
| | RR DOOR | | | | WHEEL COVER | | | | | | |
| | RR ¼ | | | | DRIVE TRAIN | | | | | | |
| | HOOD | | | | JACK | | | | | | |
| | TOP | | | | TOOLS | | | | | | |
| | REAR LID | ✓ | | | GASOLINE | | | | | | |

REMARKS: _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: N/A

REPORT MADE BY: Daniel Jackson   DATE: 3-7-00   TIME: 0121 AM

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____   DATE _____   TIME _____

## VEHICLE IMPOUNDMENT RECORD

NCIC _____   NO. _____

| Field | Value |
|---|---|
| MAKE | Oldsmobile |
| MODEL | Ninety eight |
| COLOR | White |
| NO. OF CYLINDERS | 06 |
| YEAR | 1991 |
| MILEAGE | 186 091 |
| LICENSE NO. (Yr. - State) | BYH 008 9/00 MS |
| HORSEPOWER OR CUBIC INCH DISPLACEMENT | 3.8 Liter |
| SERIAL NO. | |
| FUEL | ☑ Gas  ☐ Diesel |
| VIN NO. | IC3CW53L9MU353429 |
| NO. OF AXLES | 02 |

TYPE OF VEHICLE: ☑ Passenger Vehicle   ☐ Ambulance   ☐ Truck   ☐ Tractor   ☐ Trailer   ☐ Semi-Trailer   ☐ Bus   ☐ Motorcycle   ☐ RV
NO. OF WHEELS: 04

BODY STYLE: ☐ Coupe   ☐ Sedan   ☐ 2-Door Hardtop   ☐ Station Wagon Sedan   ☑ 4-Door Hardtop   ☐ Pickup   ☐ Convertible   ☐ Panel   ☐ Van   ☐ Rack   ☐ Stake   ☐ Carryall   ☐ Flatbed   ☐ Camper

BUS (Passenger capacity): _____
TRUCK (Mfg. Rated capacity): _____

VEHICLE OPERATOR (Address, Number, Street, City, State):
Patrick Franklin
1193 Elm St. Tunica, MS 38676
PHONE NO. (662) 363-1366

REGISTERED OWNER (Address, Number, Street, City, State):
Patrick Franklin
1193 Elm St. Tunica, MS 38676
PHONE NO. (662) 363-1366

NAME & ADDRESS OF LIENHOLDER (if Applicable):
N/A
PHONE NO. N/A

### REASON FOR IMPOUNDMENT

ACCIDENT ☐   DUI ☐   STOLEN ☐   ABANDONED ☐   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE: Attempted Murder / Drive by Shooting
NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☑ Complainant   REPORT NO. _____
EXACT LOCATION WHERE VEHICLE PICKED UP: Highway 3 north of Hwy 4
TOW-IN SERVICE REQUESTED BY: T.C.S.D   NAME OF TOW-IN SERVICE: Chock's Towing
DATE OF IMPOUNDMENT: 10/29/99   TIME: 0300   TOWED OR DRIVEN BY: Chocks Towing   NAME & TITLE OF IMPOUNDING OFFICER: Deputy Willis 1695

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐   UNLOCKED ☑   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☑   OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT · 2-GOOD · 3-FAIR · 4-POOR · 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | FRONT END | | 1 | ✓ | ENGINE | | 1 | ✓ | SPARE TIRE | Flat | 4 |
| ✓ | LF ¼ | | 1 | ✓ | RADIATOR | | 1 | ✓ | LR TIRE | | 1 |
| ✓ | LF DOOR | Bullet hole | 4 | ✓ | ALTERNATOR | | 1 | ✓ | RR TIRE | | 1 |
| ✓ | LR DOOR | | | ✓ | BATTERY | | 1 | ✓ | RF TIRE | | 1 |
| ✓ | LR ¼ | Bullet hole | 4 | ✓ | AC | | 1 | ✓ | LF TIRE | Blow out | 5 |
| ✓ | REAR END | Bullet hole | 4 | ✓ | RADIO | | 1 | ✓ | GLASS | | 1 |
| ✓ | RF ¼ | | 1 | ✓ | TAPE DECK | | 1 | | C.B. RADIO | | |
| ✓ | RF DOOR | | 1 | ✓ | HUB CAP | | 1 | | C.B. ANTENNA | | |
| ✓ | RR DOOR | | 1 | ✓ | WHEEL COVER | | 1 | | | | |
| ✓ | RR ¼ | | 1 | ✓ | DRIVE TRAIN | | 1 | | | | |
| ✓ | HOOD | | 1 | ✓ | JACK | | 1 | | | | |
| ✓ | TOP | | 1 | ✓ | TOOLS | | 3 | | | | |
| ✓ | REAR LID | | 1 | ✓ | GASOLINE | | 3 | | | | |

REMARKS: _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: Black tool kit 2 Ratchets and sockets

REPORT MADE BY: Deputy Willis   DATE: 10-29-99   TIME: 0305

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND ITS CONDITION TO BE AS INDICATED ABOVE.

SIGNED _____   DATE _____   TIME _____

# VEHICLE IMPOUNDMENT RECORD

CIC_____   NO_____

| MAKE | MODEL | COLOR | NO. OF CYLINDERS |
|---|---|---|---|
| Ford | | White/Blu | 04 |

| YEAR | MILEAGE | LICENSE NO. (Yr. - State) | HORSEPOWER OR CUBIC INCH DISPLACEMENT |
|---|---|---|---|
| | N/A | 44DV093 00 AL | N/A |

| SERIAL NO. | FUEL | VIN NO. | NO. OF AXLES |
|---|---|---|---|
| N/A | ☒ Gas  ☐ Diesel | | 02 |

**TYPE OF VEHICLE:** ☒ Passenger Vehicle  ☐ Ambulance  ☐ Truck  ☐ Tractor  ☐ Trailer  ☐ Semi-Trailer  ☐ Bus  ☐ Motorcycle  ☐ RV

**NO. OF WHEELS:** 04

**BODY STYLE:** ☐ Coupe  ☐ 2-Door Sedan Hardtop  ☐ Station Wagon  ☐ 4-Door Sedan Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☒ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper

BUS (Passenger capacity): 0
TRUCK (Mfg Rated capacity): 0

**VEHICLE OPERATOR** (Address, Number, Street, City, State): Unknown          PHONE NO.

**REGISTERED OWNER** (Address, Number, Street, City, State):           PHONE NO.

**NAME & ADDRESS OF LIENHOLDER** (if Applicable):           PHONE NO.

## REASON FOR IMPOUNDMENT

ACCIDENT ☒   DUI ☐   STOLEN ☐   ABANDONED ☒   FELONIOUS USE ☐   NO OPR. LIC. ☐   BURNED ☐
OTHER THAN ABOVE _____

NAME OF ARRESTED PERSON ☐   INJURED ☐   OTHER ☐   N/A        REPORT NO. N/A

EXACT LOCATION WHERE VEHICLE PICKED UP: N-Grand Pkwy west of 61

TOW-IN SERVICE REQUESTED BY: Tony Smith     NAME OF TOW-IN SERVICE: Gulf

DATE OF IMPOUNDMENT: 11-14-99   TIME: 0720   TOWED OR DRIVEN BY: _____   NAME & TITLE OF IMPOUNDING OFFICER: Tony Smith

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐   UNLOCKED ☒   KEYS IN CAR ☐   KEYS IN PROPERTY ROOM ☐   OTHER _____

(USE CONDITION SYMBOL 1-FOR EXCELLENT - 2-GOOD - 3-FAIR - 4-POOR - 5-CONSTRUCTIVE TOTAL)

| | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| FRONT END | 4 | 4 | | ENGINE | 4 | 4 | | SPARE TIRE | 4 | 4 |
| LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| LR ¼ | | | | A/C | | | | LF TIRE | | |
| REAR END | | | | RADIO | | | | GLASS | | |
| RF ¼ | | | | TAPE DECK | | | | C.B. RADIO | | |
| RF DOOR | | | | HUB CAP | | | | C.B. ANTENNA | | |
| RR DOOR | | | | WHEEL COVER | | | | | | |
| RR ¼ | | | | DRIVE TRAIN | | | | | | |
| HOOD | | | | JACK | | | | | | |
| TOP | | | | TOOLS | | | | | | |
| REAR LID | | | | GASOLINE | | | | | | |

REMARKS: _____

(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)

DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: Assorted Female Clothing

REPORT MADE BY: Tony Smith   DATE: 11-14-99   TIME: 0720

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND ITS CONDITION TO BE AS INDICATED ABOVE. Sgt. _____

SIGNED _____   DATE _____   TIME _____

NO_____
NCIC_____

# VEHICLE IMPOUNDMENT RECORD

NO_____

| | | | |
|---|---|---|---|
| MAKE: Buick | MODEL: Lesabre | COLOR: Grey | NO. OF CYLINDERS: 6 |
| YEAR: 88 | MILEAGE: 152187 | LICENSE NO: ZGM 913  99  AR | HORSEPOWER OR CUBIC INCH DISPLACEMENT: N/A |
| SERIAL NO.: N/A | FUEL: ☑ Gas  ☐ Diesel | VIN NO: 1G4HR54C0JH440129 | NO. OF AXLES: 2 |

TYPE OF VEHICLE: ☑ Passenger Vehicle   ☐ Ambulance   ☐ Truck   ☐ Tractor   ☐ Trailer   ☐ Semi-Trailer   ☐ Bus   ☐ Motorcycle   ☐ RV     NO. OF WHEELS: 4

BODY STYLE: ☐ Coupe  ☐ Sedan  ☐ 2-Door Hardtop  ☐ Station Wagon Sedan  ☑ 4-Door Hardtop  ☐ Pickup  ☐ Convertible  ☐ Panel  ☐ Van  ☐ Rack  ☐ Stake  ☐ Carryall  ☐ Flatbed  ☐ Camper
BUS (Passenger capacity): N/A
TRUCK (Mfg Rated capacity): N/A

VEHICLE OPERATOR (Address, Number, Street, City, State): N/A
PHONE NO.: N/A

REGISTERED OWNER (Address, Number, Street, City, State): Curtis Tobar  108 N. Sam  West Helena, Ar 72390
PHONE NO.: N/A

NAME & ADDRESS OF LIENHOLDER (if Applicable): Wy Camp Motors  1102 U.S. Hwy 49  West Helena, Ar. 72390
PHONE NO.: N/A

## REASON FOR IMPOUNDMENT

ACCIDENT ☐    DUI ☐    STOLEN ☐    ABANDONED ☑    FELONIOUS USE ☐    NO OPR. LIC. ☐    BURNED ☐
OTHER THAN ABOVE: _____

NAME OF ARRESTED PERSON: _____   INJURED: _____   OTHER: N/A   REPORT NO.: _____
EXACT LOCATION WHERE VEHICLE PICKED UP: Old Hwy 61 - Perry Road
TOW-IN SERVICE REQUESTED BY: SO-3 Willie Dunn    NAME OF TOW-IN SERVICE: Little Texas Auto
DATE OF IMPOUNDMENT: 11-15-99    TIME: 0227    TOWED OR DRIVEN BY: Antonio Clark    NAME & TITLE OF IMPOUNDING OFFICER: Kenneth Davis Deputy Sheriff

### INVENTORY AND CONDITION OF VEHICLE WHEN IMPOUNDED

DOORS AND TRUNK: LOCKED ☐  UNLOCKED ☐  KEYS IN CAR ☐  KEYS IN PROPERTY ROOM ☐  OTHER _____
(USE CONDITION SYMBOL 1-FOR EXCELLENT · 2-GOOD · 3-FAIR · 4-POOR · 5-CONSTRUCTIVE TOTAL)

| ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION | ✓ | | DAMAGED | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRONT END | | | | ENGINE | 3 | | | SPARE TIRE | 3 | |
| | LF ¼ | | | | RADIATOR | | | | LR TIRE | | |
| | LF DOOR | | | | ALTERNATOR | | | | RR TIRE | | |
| | LR DOOR | | | | BATTERY | | | | RF TIRE | | |
| | LR ¼ | | | | A.C. | | | | LF TIRE | | |
| | REAR END | | | | RADIO | | | | GLASS | 4 | |
| | RF ¼ | | | | TAPE DECK | | | | C.B. RADIO | 3 | |
| | RF DOOR | | | | HUB CAP | | | | C.B. ANTENNA | 3 | |
| | RR DOOR | | | | WHEEL COVER | | | | | | |
| | RR ¼ | | | | DRIVE TRAIN | | | | | | |
| | HOOD | | | | JACK | | | | | | |
| | TOP | | | | TOOLS | | | | | | |
| | REAR LID | | | | GASOLINE | | | | | | |

REMARKS: _____
(USE SUPPLEMENTARY REPORT FOR ANY DETAILS NOT LISTED ON THIS PAGE)
DESCRIBE ANY PERSONAL PROPERTY LEFT IN VEHICLE: Ice cooler, 2 qt motor oil, 1 screw driver, 1 electric T.

REPORT MADE BY: Kenneth Davis    DATE: 11-15-99    TIME: 0315

THE ABOVE VEHICLE HAS BEEN RELEASED TO ME AND I FOUND IT'S CONDITION TO BE AS INDICATED ABOVE.
SIGNED: Antonio Clark    DATE: 11-15-99    TIME: 0227