LAND ASSESSMENT ROLL OF __TUNICA__   SUPERVISOR'S DISTRICT NO. _____   STATE OF MISSISSIPPI, FOR THE YEAR 19 __95__

FORM 71-014  FOR STATE, COUNTY AND DISTRICT TAXES AS SHOWN FOR __TOWN OF TUNICA__   ROAD DISTRICT _____   SCHOOL DISTRICT _____   LEVEE DISTRICT _____   ACRES $ _____

| NAME / PROPERTY DESCRIPTION / SEC-TWN-RNG / TRUE VALUES | TOTAL ASSESSED VALUE (1) | RATIO % | II. CULTIVATABLE LANDS / 12. REAL ESTATE IN CITIES, TOWNS AND VILLAGES | | VALUE OF BUILDINGS AND IMPROVEMENTS (4)(5)(13) | II. UNCULTIVATABLE LANDS / 3. PLATTED OR SURVEYED COUNTRY OR RURAL LAND | | NUMBER OF ACRES COUNTRY LANDS TAXABLE (11) | HOMESTEAD ALLOWED | EXEMPT CODE | TAX DIST. BEAT/CITY/SCHOOL/LEVEE | PARCEL NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NO. ACRES (2) | VALUE OF LAND (7)(12) | | NO. ACRES (5) | VALUE OF LAND (9)(10) | | | | | |
| WILKES JACK L<br>  ORIG TWN OF TUNICA<br>  S 50 OF SW1/4 DB R3/466<br>S-32 T-04 R-11 DB-   R3/00468   91571<br>L-   7500 I-   50104 T-   57604 | 8641 | 15 | | 1125 | 7516 | | | | | 1100 | | 4119<br>O   O<br><br>(5990) |
| HOLLIDAY LEON L ETUX<br>  ORIG TWN OF TUNICA<br>  BLOCK 1 N1/2 SE1/4<br>  DB L3/432<br>S-32 T-04 R-11 DB-   L3/00432   51265<br>L-   7500 I-   12103 T-   19603<br>L-        I-    2722 T-    2722<br>L-   7500 I-   14825 T-   22325 | 1960<br>408<br>2368 | 10<br>15<br>T | | 750<br><br>750 | 1210<br>408<br>1618 | | | | R | 1100 | | 4119<br>O   O<br>(1111)<br>(1410) |
| TOWN OF TUNICA<br>  ORIG TWN OF TUNICA<br>  BLOCK 1 W1/3 S1/2 SE1/4<br>  DB F3/527<br>S-32 T-04 R-11 DB-   F3/ 527   31254<br>L-        I-        T- | | 15 | | | | | | | | 16 1100 | | 4119<br>O   O<br><br>(6792) |
| WATSON JAN<br>  ORIG TWN OF TUNICA<br>  BLOCK 1 E2/3 S1/2 SE1/4<br>  DB X4/416<br>S-32 T-04 R-11 DB-   X4/00416   51293<br>L-   6300 I-   62975 T-   69275 | 10391 | 15 | | 945 | 9446 | | | | | 1100 | | 4119<br>O   O<br><br>(6390) |
| MISS POWER & LIGHT CO<br>  ORIG TWN OF TUNICA<br>  BLOCK 2 NE1/4<br>  DB J3/1 J3/2<br>S-32 T-04 R-11 DB-   J3/00002   21361<br>L-        I-        T- | | 15 | | | | | | | | 14 1100 | | 4119<br>O   O |
| DELTA FOUNDATION INC<br>  ORIG TWN OF TUNICA<br>  BLOCK 2 N1/2 NW1/4<br>  DB D5/487<br>S-32 T-04 R-11 DB-   D5/00487   92694<br>L-   11250 I-   37718 T-   48968 | 7346 | 15 | | 1688 | 5658 | | | | | 1100 | | 4119<br>O   O<br><br>(3990) |
| H H H CORPORATION<br>  ORIG TWN OF TUNICA<br>  BLOCK 2 S1/2 NW1/4<br>  DB B5/514<br>S-32 T-04 R-11 DB-   B5/00514   40794<br>L-   7500 I-   23750 T-   31250 | 4688 | 15 | | 1125 | 3563 | | | | | 1100 | | 4119<br>O   O<br><br>(1111) |
| KOONCE ELLIS E III ETUX<br>  ORIG TWN OF TUNICA<br>  BLOCK 2 SW1/4 DB C4/185<br>  DB C4/185<br>S-32 T-04 R-11 DB-   C4/00185   61278<br>L-   20350 I-   53636 T-   73986 | 7399 | 10 | | 2035 | 5364 | | | | R | 1100 | | 4119<br>O   O<br><br>(1111) |
| JACKSON JOSEPH M ETUX<br>  ORIG TWN OF TUNICA<br>  BLOCK 2 SE1/4<br>  DB X4/50<br>S-32 T-04 R-11 DB-   X4/00050   20293<br>L-   20350 I-   134509 T-   154859 | 15486 | 10 | | 2035 | 13451 | | | | R | 1100 | | 4119<br>O   O<br><br>(1111) |
| SCHRADER CARL W ETUX<br>  ORIG TWN OF TUNICA<br>  BLOCK 3 NE1/4<br>  DB B3/320<br>S-32 T-04 R-11 DB-   P4/00627   62788<br>L-   19950 I-   128532 T-   148482<br>L-        I-   13320 T-   13320<br>L-   19950 I-   141852 T-   161802 | 14848<br>1998<br>16846 | 10<br>15<br>T | | 1995<br><br>1995 | 12853<br>1998<br>14851 | | | | R | 1100 | | 4119<br>O   O<br><br>(1111) |
| BARKER RAYMOND ETUX<br>  ORIG TWN OF TUNICA BL 3 NW1/4<br>  DB D5/539<br>S-32 T-04 R-11 DB-   D5/00539   80894<br>L-   9380 I-        T-    9380 | 1407 | 15 | | 1407 | | | | | | 1100 | | 4119<br>O   O<br><br>(1100) |
| | 74572 | | | 13105 | 61467 | | | | | | | |
| L-   110080 I-   519369 T-   629449 | | | | | | | | | | | | |

EXEMPT CODES<br>14. U S GOVT.<br>15. SCHOOL<br>16. STATE<br>17. STATE TAX COMM.<br>18. PLATTED LAND<br>19. MUNICIPALITY

EXHIBIT C

LAND ASSESSMENT ROLL OF __TUNICA__ SUPERVISOR'S DISTRICT NO. _____ STATE OF MISSISSIPPI, FOR THE YEAR 19 __95__

FORM 71-614 FOR STATE, COUNTY AND DISTRICT TAXES AS

SHOWN FOR __TOWN OF TUNICA__ ROAD DISTRICT _____ SCHOOL DISTRICT _____ LEVEE DISTRICT _____ ACRES $ _____

| NAME PROPERTY DESCRIPTION SEC-TWN-RNG TRUE VALUES | TOTAL ASSESSED VALUE | RATIO % | I. CULTIVATABLE LANDS / CL. REAL ESTATE IN CITIES, TOWNS AND VILLAGES | | VALUE OF BUILDINGS AND IMPROVEMENTS | II. UNCULTIVATABLE LANDS / 3. PLATTED OR SURVEYED COUNTRY OR RURAL LAND | | NUMBER OF ACRES COUNTRY LANDS TAXABLE | HOMESTEAD ALLOWED | EXEMPT CODE | TAX DIST. | PARCEL NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NO. ACRES | VALUE OF LAND | | NO. ACRES | VALUE OF LAND | | | | | |
| HERRON BETTY R ETAL<br>  ORIG TWN OF TUNICA<br>  BLOCK 3 SW1/4 LESS 60 X 80 LOT<br>  DB A4/172<br>S-32 T-04 R-11 DB- WB13/00580 120187<br>L-  6740 I-  4735 T-  11475 | 1721 | 15 | | 1011 | 710 | | | | | 1100 | | 4119<br>o o<br>(1100) |
| BARKER RAYMOND ETUX<br>  ORIG TWN OF TUNICA<br>  BLOCK 3 60 OF W 80 SW1/4<br>  DB D5/539<br>S-32 T-04 R-11 DB-  D5/00539  80894<br>L-  4500 I-      T-    4500 | 675 | 15 | | 675 | | | | | | 1100 | | 4119<br>o o<br>(1100) |
| BROWNING MARGARET P<br>  ORIG TWN OF TUNICA<br>  BLOCK 3 N1/2 SE1/4<br>  DB C4/528<br>S-32 T-04 R-11 DB-  C4/00528  10279<br>L-  8700 I-  19631 T-  28331 | 2833 | 10 | | 870 | 1963 | | | | 0 | 1100 | | 4119<br>o o<br>(1111) |
| ERWIN JAMES E JR ETUX<br>  ORIG TWN OF TUNICA<br>  BLOCK 3 S1/2 SE1/4<br>  DB A4/357<br>S-32 T-04 R-11 DB-  A4/00357  51977<br>L-  8700 I-  41810 T-  50510 | 5051 | 10 | | 870 | 4181 | | | | R | 1100 | | 4119<br>o o<br>(1111) |
| TUNICA METHODIST<br>  ORIG TWN OF TUNICA<br>  BLOCK 4 NE1/4 DB X2/473-474<br>S-32 T-04 R-11 DB-  X2/ 474  61737<br>L-    I-    T- | | 15 | | | | | | | 16 | 1100 | | 4119<br>o o<br>(6910) |
| TUNICA UNITED METHODIS CHURCH<br>  ORIG TWN OF TUNICA<br>  BLOCK 4 N1/2 NW1/4<br>  DB Z2/84 Z2/101<br>S-32 T-04 R-11 DB-  04/ 93  30387<br>L-    I-    T- | | 15 | | | | | | | 16 | 1100 | | 4119<br>o o<br>(6910) |
| BROOME LOIS C<br>  ORIG TOWN OF TUNICA<br>  BLOCK 4 S1/2 NW1/4<br>  DB R3/484<br>S-32 T-04 R-11 DB-  R3/00484  92771<br>L-  8300 I-  48809 T-  57109 | 5711 | 10 | | 830 | 4881 | | | | 0 | 1100 | | 4119<br>o o<br>(1111) |
| BAILEY MILDRED S (LE)<br>  ORIG TWN OF TUNICA<br>  BLOCK 4 SW1/4 DB C3/289<br>S-32 T-04 R-11 DB-  WB5/00480  100956<br>L-  15300 I-  18843 T-  34143<br>L-       I-   7739 T-   7739<br>L-  15300 I-  26582 T-  41882 | 3414<br>1161<br>4575 | 10<br>15<br>T | | 1530<br>1530 | 1884<br>1161<br>3045 | | | | 0 | 1100 | | 4119<br>o o<br>(1111)<br>(1110) |
| CHURCH TUNICA UNITED METHODIST<br>  ORIG TWN OF TUNICA BLK 4<br>  N1/2 SE1/4<br>  DB C5-136<br>S-32 T-04 R-11 DB-  C5/00136  40694<br>L-    I-    T- | | 15 | | | | | | | 15 | 1100 | | 4119<br>o o<br>(6910) |
| THOMAS ADELAIDE S (LE)<br>  ORIG TOWN OF TUNICA<br>  BLOCK 4 S1/2 SE1/4<br>  DB C3/289<br>S-32 T-04 R-11 DB-  WB5/00480  100556<br>L-  3850 I-    T-  3850 | 578 | 15 | | 578 | | | | | | 1100 | | 4119<br>o o<br>(1100) |
| LEATHERMAN R M ETAL<br>  ORIG TOWN OF TUNICA BLOCK 11<br>  N1/2 SW1/4 & W 100' S1/2 SW1/4<br>  DB D5/361<br>S-32 T-04 R-11 DB-  D5/00361  60194<br>L-  15000 I-  43778 T-  58778 | 8817 | 15 | | 2250 | 6567 | | | | | 1100 | | 4119<br>o o<br>(1110) |
| | | | | | | | | | | | | |
| L-  71090 I-  185345 T-  256435 | 29961 | | | 8614 | 21347 | | | | | | | |

EXEMPT CODES
14. U S GOVT.
15. SCHOOL
16. STATE
17. STATE TAX COMM.
18. PLATTED LAND
19. MUNICIPALITY

EXHIBIT C

BOOK D-5 PAGE 542

STATE OF _Minnesota_
COUNTY OF _Ramsey_

  Personally appeared before me, the undersigned authority in and for said County and State, the above named Joanna Starr who acknowledged that she signed and delivered the foregoing instrument on the day and year therein mentioned.

  GIVEN under my hand and official seal, this the ___ day of _October_, 1994.

[SEAL: MAE L. SCHMIDT, NOTARY PUBLIC – MINNESOTA, RAMSEY COUNTY, My commission expires 11-8-96]

_Mae L. Schmidt_
Notary Public
My commission expires
11/8/96

Address of Grantors:

Jack N. Tucker, et al
P.O. Box 1256
Tunica, MS 38676
Telephone No. (601) 363-2360

Address of Grantees:

Raymond Barker
Faye W. Barker
P.O. Box 2147
Tunica, MS 38676
Telephone No. (601) 363-7176

This instrument prepared by:

Dulaney Law Firm
P.O. Box 188
501 Harris Street
Tunica, MS 38676
Telephone No. (601) 363-2922

Indexing instructions for Town of Tunica, Tunica County, Mississippi:

The West Half (W 1/2) of Block Three (3) in the Southeast Quarter (SE 1/4) original Town of Tunica.

BOOK D-5 PAGE 541

STATE OF MISSISSIPPI
COUNTY OF _Tunica_

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Mary Evelyn Starr who acknowledged that she signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the _1st_ day of ~~August~~ _October_, 1994.

_____William P. Delaney_____
Notary Public

My Commission Expires: _8-26-98_

STATE OF FLORIDA
COUNTY OF _Lee_

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Carroll D. Branyon who acknowledged that she signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the _6th_ day of ~~August~~ _September_, 1994.

KAREN BELL
MY COMMISSION # CC 257717
EXPIRES: February 7, 1997
Bonded Thru Notary Public Underwriters

_____Karen Bell_____
Notary Public

My Commission Expires: _____

STATE OF _Texas_
COUNTY OF _Denton_

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Fumiko Rosenthal who acknowledged that she signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the _27_ day of ~~August~~ _September_, 1994.

_____
Notary Public

STATE OF _Miss._
COUNTY OF _Tunica_

    Personally appeared before me, the undersigned authority in and for said County and State, the above named Bill Starr who acknowledged that he signed and delivered the foregoing instrument on the day and year therein mentioned.

    GIVEN under my hand and official seal, this the _1_ day of _October_, 1994.

_____William P. Delaney_____
Notary Public  My Commission Expires 8-26-98

BOOK D-5 PAGE 579

IN CONSIDERATION of the sum of Ten Dollars ($10.00) cash in hand paid and other good and valuable considerations, the receipt of all of which is hereby acknowledged, we, FUMIKO ROSENTHAL, WILLIAM LEWIS ROSENTHAL, BILLY W. HERRON, JACK N. TUCKER, PATTYE SUE TUCKER, BOB R. HALL, PINKIE MCDOWELL, A.N. HALL, BILL HALL, MARY EVELYN STARR, BILL STARR, JOANNA STARR, ELLIS W. DARBY, and CARROLL D. BRANYON hereby convey and warrant unto RAYMOND BARKER and FAYE W. BARKER, his wife, as tenants by the entirety with full rights of survivorship and not as tenants in common, the following described land in the Town of Tunica, Tunica County, Mississippi, more particularly described as follows:

The West Half (W 1/2) of Block Three (3) in the Southeast Quarter (SE 1/4) Original Town of Tunica as described in the deed from E.L. Harris to the Financial Improvement Company recorded in Deed Book Q at page 151 of the records in the office of the Chancery Clerk of Tunica County.

The Grantors will pay all taxes and other assessments imposed against said property for the year 1994.

We represent and warrant that the property described above does not constitute a part of our homestead.

Possession of the property described above is given to the Grantees with the delivery of this deed.

WITNESS our signatures, this the 8th day of August, 1994.

_____          _____
Fumiko Rosenthal                    A.N. Hall

_____          _____
William Lewis Rosenthal             Bill Hall

_____          MARY EVELYN STARR
Billy W. Herron                     Mary Evelyn Starr

_____          _____
Jack N. Tucker                      Bill Starr

_____          _____
Pattye Sue Tucker                   Joanna Starr

_____          _____
Bob R. Hall                         Ellis W. Darby

_____          _____
Pinkie McDowell                     Carroll D. Branyon

Filed for record and recorded 11th day of October 1994
At 2:00 O'CLK P. M. and recorded in Book No. D-5 Page 539
Tunica County, Mississippi.    Susie White, Chancery Clerk
By: _____  D.C.

BOOK D-5 PAGE 540

STATE OF MISSISSIPPI

COUNTY OF TUNICA

Personally appeared before me, the undersigned authority in and for said County and State, the above named Jack N. Tucker, Pattye Sue Tucker, Ellis W. Darby, Bob R. Hall, Pinkie McDowell, A. N. Hall, Bill Hall, each of whom severally acknowledged that they signed and delivered the foregoing instrument on the day and year therein mentioned.

GIVEN under my hand and official seal, this the 25 day of August, 1994.

_____
Notary Public

My Commission Expires: 8-27-94

STATE OF MISSISSIPPI

COUNTY OF Tunica

Personally appeared before me, the undersigned authority in and for said County and State, the above named William Lewis Rosenthal who acknowledged that he signed and delivered the foregoing instrument on the day and year therein mentioned.

GIVEN under my hand and official seal, this the 30 day of Sep̶ August, 1994.

_____
Notary Public

My Commission Expires: 8-26-98

STATE OF MISSISSIPPI

COUNTY OF DeSoto

Personally appeared before me, the undersigned authority in and for said County and State, the above named Billy W. Herron who acknowledged that he signed and delivered the foregoing instrument on the day and year therein mentioned.

GIVEN under my hand and official seal, this the 19th day of August, 1994.

_____
Notary Public

My Commission Expires: MY COMMISSION EXPIRES DEC. 11, 1995

2.

1/27/2005       Real Property Receipt Payment History Inquiry          14:47:03

Receipt #: 1997        212 00                    Parcel #:  4119  32040  0018300

Owner Name: BARKER RAYMOND ERIK

Option : 5=Display

| Opt Rct# | Date Paid  | Amt Paid | Paid By            | Col'd By |
|----------|------------|----------|--------------------|----------|
| 001      | 12/12/1997 | 59.15    | BARKER RAYMOND ERIK| BERRY    |

1/27/2005       Real Property Receipt Payment History Inquiry          14:49:5

Receipt #: 1998        211 00                    Parcel #:  4119  32040  0018300

Owner Name: BARKER RAYMOND ERIK

Option : 5=Display

| Opt Rct# | Date Paid  | Amt Paid | Paid By            | Col'd By |
|----------|------------|----------|--------------------|----------|
| 001      | 12/08/1998 | 54.94    | BARKER RAYMOND ERIK| RMB      |

1/27/2005       Real Property Receipt Payment History Inquiry          14:52:00

Receipt #: 1999        208 00                    Parcel #:  4119  32040  0018300

Owner Name: BARKER RAYMOND ERIK

Option : 5=Display

| Opt Rct# | Date Paid  | Amt Paid | Paid By            | Col'd By |
|----------|------------|----------|--------------------|----------|
| 001      | 12/21/1999 | 54.94    | BARKER RAYMOND ERIK| SHELBY   |

1/27/2005       Real Property Receipt Payment History Inquiry          14:53:1

Receipt #: 2000        219 00                    Parcel #:  4119  32040  0018300

Owner Name: BARKER RAYMOND ERIK

Option : 5=Display

| Opt Rct# | Date Paid  | Amt Paid | Paid By            | Col'd By |
|----------|------------|----------|--------------------|----------|
| 001      | 12/19/2000 | 54.94    | BARKER RAYMOND ERIK| SAS      |

```
1/27/2005      Real Property Receipt Payment History Inquiry       14:53:?

Receipt #: 2001        223 00              Parcel #:  4119  32040  00180

Owner Name: BARKER RAYMOND ELLK

Option : 5=Display

Opt Em?#  Date Paid    Amt Paid  Paid By                          Col'd By
          ─────────────────────────────────────────────────────────────────
  001    12/03/2001      54.94   BARKER RAYMOND ELLK                SYS
```

```
1/27/2005      Real Property Receipt Payment History Inquiry       14:55:?

Receipt #: 2002        240 00              Parcel #:  4119  32040  00180

Owner Name: BARKER RAYMOND ELLK

Option : 5=Display

Opt Em?#  Date Paid    Amt Paid  Paid By                          Col'd By
          ─────────────────────────────────────────────────────────────────
  001     1/16/2003      54.94   BARKER RAYMOND ELLK                SYS
```