## CLERK'S CERTIFICATE

STATE OF MISSISSIPPI
COUNTY OF TUNICA

I, SHARON G. REYNOLDS, CIRCUIT CLERK IN AND FOR THE ABOVE COUNTY AND STATE, HEREBY CERTIFY THAT THE FOREGOING RECORD WILLIE HAMPTON VS HILL AND MINYARD, ET-AL, IS A TRUE AND CORRECT COPY OF THE RECORD ON FILE IN THE OFFICE OF SAID CLERK, AT TUNICA, MISSISSIPPI.

GIVEN UNDE MY HAND AND SEAL THIS THE 21st DAY OF DECEMBER 2005.

*Sharon B. Reynolds*
SHARON G. REYNOLDS, CIRCUIT CLERK



EXHIBIT D

Served 9-2005

Lester Harris

**Circuit SUBPOENA, Circuit COURT.**

No. 2005-1130

## STATE OF MISSISSIPPI

**TO THE SHERIFF OF TUNICA COUNTY:**

You are hereby commanded to summon _William Sauro - Property Rm Supervisor, Tunica County SO_

_Records of any and all property seized from Willie Hampton from 1997 to 2005._

if to be found in your County, to be and personally appear before the _Circuit_ Court of the County of Tunica, in said State, at the Courthouse in the City of Tunica, Mississippi, on the _26th_ day of _Sept._ 20 _05_

at _____ o'clock _____ M., and there to remain from day to day until discharged by law to testify on behalf of _____ (at whose instance this writ is issued), in a certain case pending in said Court wherein _Willie Hampton_ is Plaintiff, and _Hill & Mingard, P.A., et al_, Defendant _s_ and that _hes_ in nowise fail so to appear, under the penalty prescribed by the statue; and have there then this writ.

Given under my hand and the seal of Court, and issued, this the _19th_ day of _September_, A.D. 20 _05_

_Sharon S. Ruggles_, Clerk of Said Court

By _Nia Rush_, Deputy Clerk.

Returned and filed this the _____ day of _____, 20 _____

_____, Clerk of the Circuit Court

By _____, D.C.

Xpress Printing • 662-393-4630

**F I L E D**

SEP 20 2005

TUNICA COUNTY, MISS.
SHARON S. GRANBERRY, CIRCUIT CLERK
BY _Nia Rush_ D.C.

EXHIBIT D


COPY

IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI

Cause No. 2005-0130

WILLIE HAMPTON

Planitiff

v.

HILL & MINYARD, P.A., AND

DAVID G. HILL

Defendants, et al.

NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN

DEPOSITION PURSUANT TO THE MRCP RULE 31 (a) [SECOND SET]

DIRECTED UPON:

William Lewis/Property Clerk

c/o/: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address & Title

[NOTICE]

COMES NOW, Willie Hampton, pro-se prisoner litigant, and hereby request the above-named defendant to appear and comply with the incorporated discovery presentment herein.

The above-requested deposition, which are the [second] set of continuing written depositions, are not intended to harass and/or intimidate the defendants; said depositions are

[1]

Plaintiff's good faith attempt to expedite the proceedings now before the court.

[T]his Deposition is presented under lawful Court-approved Subpeona, and thus, must be complied with.

INSTRUCTION

PLEASE TAKE NOTICE, that a space has been provided for your written answer to the specific deposition presented. If more space is required, you may utilize an extra page to accomodate the same.

DEPOSITION UPON WRITTEN QUESTION(S)

DEPOSITION QUESTION NO. [1]

Were you employed as Property Clerk for the Tunica, County Sheriff's Department, Mississippi on the date of March 22, 2000?

ANSWER: yes

DEPOSITION QUESTION NO. [2]

On the date of March 22, 2000, in your capacity as Property Clerk, were you involved in and/or assigned to, Case# TC 000320-2?

ANSWER: yes

DEPOSITION QUESTION NO. [3]

On the date of March 22, 2000, in your capacity as Property Clerk, did you complete and catelog all seized items/property which were part of Case#TC 000320-2 via a Tunica County Sheriff's Department Seizure Evidence List?

ANSWER: *yes*

DEPOSITION QUESTION NO. [4]

Please list all items in which you cateloged in your capacity as Property Clerk, March 22, 2000, upon the Seizure Evidence List (No Admissions, Please):

ANSWER *yes see attached evidence list (A)*

DEKPOSITION QUESTION NO. [5]

On March 22, 2000, in your official capacity as "Property Clerk" for the Tunica County Sheriff's Department, pursuant to, Case# TC 000320-2, did you acquire any automobiles, i.e., four-wheeled converances for inclusion onto the SEIZURE EVIDENCE LIST from any of the following law enforcement agents: AGENT JAMES TAYLOR AGENT; LT. JEROME HUDSON; AGENT JAMES JONES; and/or AGENT ADRINA WILLIAMS?

ANSWER: *no*

DEPOSITION QUESTION NO. [6]

On March 22, 2000, in your official as capacity as "Property Clerk" for the Tunica, County Sheriff's Depaartment, pursuant to Case# TC 000320-2, was all property appearing upon the SEIZURE EVIDENCE LIST [ALL] Property involved as "Evidence" Re: Case File Number TC 000320-2 which was turned over to you by Tunica County Law Enforcement Agents?

ANSWER: Yes, See Evidence List (A)

DEPOSITION NO. [7]

On March 22, 2000, in your official capacity as "Property Clerk" for the Tunica County Sheriff's Department, pursuant to Case# TC 000320-2, did you ever receive One 1999 Ford Expedition for inclusion onto the SEIZURE EVIDENCE LIST, and if so, why does said vehicle appear upon the SEIZURE EVIDENCE LIST as required under operation of Mississippi State Law Enforcement Procedure(s)?

ANSWER: no

DEPOSITION QUESTION NO. [8]

On march 22, 2000, in your oofficial capacity as "Property Clerk" for the Tunica, County Sheriff's Department, pursuant to Case# TC 000320-2, were any automobiles/vehicles and/or

four-wheeled conveyances converted over for inclusion onto another SEIZURE EVIDENCE LIST, and is so, please relay the name and/or names of the LAW ENFORCEMENT AGENTS whom signed said list and the statute which authorizes the foregoing procedures.

ANSWER: *no*

DEPOSITION QUESTION NO. [9]

In your capacity, as a sworn state officical of Tunica County, MS, were you ever approached and/or subpeonaed by the firm of Hill and Minyard, and specifically, David G. Hill, to produce testimony and/or records concerning One 1999 Ford Expedition VIN #1FMPU18LXA82109? *no*

END OF DEPOSITIONS UPON WRITTEN QUESTIONS [MRCP RULE 31 (a) [SECOND SET]

/s/ *Hampton Willie*

Submitted by Willie Hampton, #79948-011, USPV, Box 5500, Adelanto, CA 92301

EXECUTE BY:
L.S. x *William*

William Lewis/Property Clerk

c/o: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last known Address & Title

RE: CASE No. 2005-0130 CERTIFICATE OF SERVICE

I, WILLIE HAMPTON hereby certify that I served a true and correct copy of the following:

NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN DEPOSITIONS PURSUANT TO THE MRCP RULE 31 (a) [SECOND SET]

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

William Lewis/Prperty Clerk

c/o: Tunica County Sheriff's Department 5126 Old Mhoon Landing Road

Tunica, MS  38676

Last Known Address & Title

and deposited same in the United States Postal Mail at the United States penitentiary, Victorville, California on the 19th, day of September 2005.

_/s/ Willie Hampton_
Willie Hampton/pro-se


# Tunica County Sheriff's Department
## Jerry L. Ellington, Sheriff

 

5126 Old Mhoon Landing Road  
Post Office Box 25  
Tunica, Mississippi 38676

Phone: (662) 363-1411  
Fax: (662) 363-2593  
Fax: (662) 363-1238

## SEIZURE EVIDENCE LIST

CASE# TC 000320-2

1. Ford Outland Brush Guard Stainless  
   Box 2 of 3  Tracking # 2099-11(0-28) D-60 (Ford Expedition)

2. Clear plastic and green part with warning label about Rolls-Royce.

3. Ford Outland Grille Guard Stainless  
   Box 1 of 3 Tracking# 2099-10 (D-62) (Ford Expedition)

4. One (1) G. T. S. Blackout Kit

5. One (1) Bug Guard for Ford Expedition

6. One (1) Black and chrome Shelby 351 Equipped Grill

7. One (1) Black Dash with VIN 3F03H219539

8. One (1) Black leather-like seat cover

9. One (1) Green and black JBC Cool Speaker w/box

10. One (1) blue and white Ford tire cover

11. Two (2) black bucket seats w/bottom and top back seat.  Two (2) sun visors, black leather like material.

12. One (1) black Orion HCCA Speaker w/1200 watts (completion speaker)

13. One (1) white fiber glass w/Pat # 02888309 51309060 & 0330003 5108142

14. One (1) black dash piece in plastic

15. One (1) black cloth convertible top in box

16. One (1) box containing two (2) Boss Speakers

# Tunica County Sheriff's Department
## Jerry L. Ellington, Sheriff




5126 Old Mhoon Landing Road
Post Office Box 25
Tunica, Mississippi 38676

Phone: (662) 363-1411
Fax: (662) 363-2593
Fax: (662) 363-4238

PAGE 2
CASE# TC 000320-2

17. One (1) Scotchcast 2114 (electrical and sealing compound)

18. One (1) box (Boplon) containing tree (3) break pads   Purchase order #23990

19. One (1) black Rubber Queen 2 in 1 funnel

20. One (1) large black garbage bag containing miscellaneous automotive item.

21. Two (2) cans of specialty wheel and breaking grease

22. Two (2) rolls of 2 in 1 insulation

23. One (1) large gray car covering

24. One (1) large blue car covering

25. One (1) box containing headlights covers for Mustang GT

26. One (1) mail (express) postal box used with labels with coffee grounds inside

27. Six (6) red and black jack stand

28. One (1) large black plastic bag containing scale (powder residue)

29. One (1) set of keys marked as unit X7265651
     White Chevy Cavalier.


_____          _____
AGENT JAMES TAYLOR                 DET. ALEC CLARK

_____          _____
AGENT ADRINA WILLIAMS              P/O OFFICER WILLIAM LEWIS

Served 9-20-05

Louis Harris

No. 2005-0132

**STATE OF MISSISSIPPI**

_____ Circuit _____ COURT.

SUBPOENA.

TO THE SHERIFF OF TUNICA COUNTY:

You are hereby commanded to summon Marty Davis, Tunica SO - Property Clerk

Records of any and all property seized from Willie Hampton from 1997 to present

If to be found in your County, to be and personally appear before the Circuit Court of the County of Tunica, in said State, at the Courthouse in the City of Tunica, Mississippi, on the 26th day of Sept 20 05 at _____ o'clock ___M., and there to remain from day to day until discharged by law to testify on behalf of ___ (at whose instance this writ is issued), in a certain case pending in said Court wherein Willie Hampton _____ is Plaintiff, and Willie E Margaret Pty et al, Defendant, S and that She in nowise fail so to appear, under the penalty prescribed by the statue; and have there then this writ.

Given under my hand and the seal of Court, and issued, this the 19th day of September, A.D. 20 05

Sharon S. Granberry, Clerk of Said Court

By _____ D.C.

Returned and filed this the _____ day of _____ 20 ___

_____ Clerk of the Circuit Court

By _____ Deputy Clerk.

Xpress Printing • 662-393-4630

FILED
SEP 20 2005
TUNICA COUNTY, MISS.
SHARON GRANBERRY, CIRCUIT CLERK
BY _____

EXHIBIT D

(COPY)

FILED
OCT 25 2005
TUNICA COUNTY, MISS.
SHARON GRANBERRY, CIRCUIT CLERK
BY _____

IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI

Cause No. 2005-0130

WILLIE HAMPTON

Plaintiff

v.

HILL & MINYARD, P.A., AND

DAVID G. HILL

Defendants

NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN DEPOSITIONS PURSUANT TO THE MRCP RULE 31(a)

DIRECTED UPON:

Marilyn Davis

c/o: Tunica County Sheriff's Department

5130 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address

[NOTICE]

COMES NOW, Willie Hampton, pro-se prisoner litigant, and hereby request the above-named defendant to comply with the incorporated discovery presentment herein.

    The above-requested deposition, which are the first set of continuing written depositions, are not intended to harass and/or intimidate the defendants; said depositions are Plaintiff's good faith attempt to expedite the proceedings herein.

[1]

INSTRUCTIONS

PLEASE TAKE NOTICE, that a space has been provided for your written answer to the specific deposition presented. If more space is required, you may utilize an extra page to accomodate the same.

DEPOSITIONS UPON WRITTEN QUESTIONS

DEPOSITION QUESTION NO. [1]

To the best of your knowledge, at any time during your employment with the Tunica County Sheriff's Impound, did Former Lt. Deputy Sheriff Jerome Hudson ever remove from the care, custody and control thereof, Impound Records relating to One 1999 Ford Expedition VIN #1FMPU18LXA82109 between the dates: August 24, 1999 through April 2000?

ANSWER: *No Record*

DEPOSITION QUESTION NO. [2]

If subpeonaed to Circuit and/or Federal Court in the above-referenced matter, could you lawfully produce a certified true, correct and not misleading copy of the Tunica County Sheriff's Impound record revealing the existence of One 1999 Ford Expedition, VIN #1FMPU18LXA82109 physically located in

said [Impound] between the dates: August 24, 1999 through April 2000?

ANSWER: *No Record*

---

DEPOSITION QUESTION NO. [3]

In your capacity, as a sworn state official of Tunica County, MS, were you ever approached and/or subpeonaed by the law firm of Hill and Minyard, and specifically, David G. Hill, to produce testimony and/or records concerning One 1999 Ford Expedition VIN #1FMPU18LXA82109? *No*

END OF DEPOSITIONS UPON WRITTEN QUESTIONS [MRCP RULE 31(a)]

/S/ *Hampton Willie*

Submitted by Willie Hampton, #79948-011, USPV, Box 5500, Adelanto, CA 92301


EXECUTE BY:/
L.S. x *Marilyn Davis*

    Marilyn Davis

c/o: Tunica County Sheriff's Department

5130 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address

[3]

RE: CASE No. 2005-0130 CERTIFICATE OF SERVICE

I, WILLIE HAMPTON hereby certify that I served a true and correct copy of the following:

NOTICE OF FORMAL REQUEST FOR QUESTIONS UPON WRITTEN DEPOSITON PURSUANT TO THE MRCP RULE 31 (a)

Which is deemed filed at the time it was delivered to prison authoriteis for forwarding to the court, Houstion v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

Marilyn Davis

c/o: Tunica County Sheriff's Department

5126 Old Mhoon Landing Road

Tunica, Mississippi 38676

Last Known Address

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California on the 19th, day of Spetember 2005.

_____
Willie Hampton/pro-se