AFFIDAVIT OF TRUE AND CORRECT FACTS

State of Mississippi,

County of Tunica, <Seal> Jurata

Sharon G. Reynolds

Tunica County Clerk of the Court

P.O. Box 184

Tunica, Mississippi 38676.

[I], Sharon G. Reynolds, hereinafter "affiant", attest that the facts incorporated herein are hereby certified true and correct to the best of her knowledge and belief so help her God Almighty:

1. [T]he affiant avers that she has personal first-hand knowledge of the following events:

2. On the 14 day of February, 2005, the affiant did appear before the [Impound] located at the Tunica County Sheriff's Department.

3. The affiant spoke with a Ms./Mr. Tammy Norwood Advina Lewis & William Lewis in respect to secure public records relating to a motor vehicle: One 1999 Red Ford Expedition [VIN# IFMPU18L7XLA82109]. The affiant requested the Log status of the aforementioned vehicle for the dates August 24, 1999 through March 21, 2000. The affiant did request information to wit (1) what date said vehicle was Logged-In the Impound, (2) the date said vehicle was Logged-Out said Impound and (3) the name and title of the individual which Logged-Out the above-referenced vehicle.

FILED
MAR 08 2005
TUNICA COUNTY, MISS.
SHARON GRANBERRY, CIRCUIT CLERK
BY

EXHIBIT
F

4. The affiant was then informed by Ms./Mr. Adrina Lewis & William Lewis, that "there was no record" of existence for the above-entitled vehicle ever being in the care, custody and control of the Tunica County Sheriff's Department Impound corresponding to the dates in question.

WHEREFORE, the affiant hereby attaches her genuine signature to this instrument this 9th day of March 2005 under Notary Seal.

FURTHER SAYETH YOUR AFFIANT NAUGHT

[signature]

Sharon G. Reynolds

P.O. Box 184

Tunica, MS 38676

March 9, 2005

Dearr Mr. Hampton:

In response to your request for documents concerning records from the Circuit Clerk Office and the Sheriff Dept. I have made several attempts to retrieve these documents from the Sheriff department but had no success.

On February 14, 2005 I talked to Miriam Crawford about the impound records and she referred me to Tammy Norwood.

On February 15, 2005 Ms. Norwood searched her records and gave me copies of what she had located for the time period that was requested.

On February 16, 2005 I talked with Ms. Norwood on her records and she stated that this was all she could find for the time period of August 24, 1999 to March 21, 2000. She stated that she would get with someone else to continue her search.

On February 23, 2005 I talked with Adrina Williams Lewis, she stated that Jerome Hudson had taken the file and she didn't know anything but she would talk to William Lewis, who was over property at that time. I asked if I could get something in writing stating that she had no info and she said yes.

On February 24, 2005 I talked with Tammy Norwood again and she stated that she talked with Adrina about the records and Mrs. Lewis said she had taken care of me on that situation which she hadn't because I never received anything from her. I later found out that Mrs. Lewis stated that she was not going to put anything in writing for me because she don't want to end up in court. I went to sheriff department and talked with William Lewis concerning this matter. He stated that the vehicle was towed and that the log may be in the old jail. He said he needed a couple of days to look for them. He also stated that the vehicle showed up stolen and the sheriff (Ellington) took over the case and he didn't know anymore because the vehicle never came through property as being released. It was probably released to the insurance company so he doesn't have any records.

On March 2, 2005 I talked with William Lewis asking for the records or statement for this case that he was to give me. I was then told he didn't have any records and he couldn't write me a statement that I could write one. I then called to talk with the sheriff (Hamp) but I was connected to his secretary, Betty Yousef whom I left a message with for the sheriff to contact me concerning a case in my court. I never received a call from him.

Enclosed is the paper work I have and received from Ms. Tammy Norwood concerning this matter.

Sincerely,

Sharon G. Reynolds
Tunica County Circuit Clerk

CERTIFIED A TRUE COPY
This 18th day of March 2005
SHARON GRANBERRY, Circuit Clerk
Tunica County, Mississippi
By [signature] D.C.