ABSTRACT OF COURT RECORD
TUNICA COUNTY JUSTICE COURT

Agency Code: _____
Ticket No: _____ HUDSON

Date: 5/05/2005

**DEFENDANT**
Name: HAMPTON, WILLIE         Race: ____    Sex: ____
Physical Address: _____
Mailing Address: _____
City: _____ State: __ Zip Code: ____
Drivers License Number: _____ State: __ Date of Birth: ____

**VEHICLE INFORMATION**
Registration (Tag) No: _____ State: __ Year: __
Vehicle Model Year: ____ Make: _____ Type: ____

**VIOLATION**
Charged With: POSS W/INTENT TO SEL    % BAC: __ Speed: __ Zone: __
Date of Violation: 3/20/2000 Court Date: 4/20/2000 Hwy or Street: ____
Charges Were Filed By: _____ Badge No: __
Defendant Entered a Plea of: NOLLE PROSEQUE
Judgement of Court: NOLLE PROSEQUE
By Judge: DARBY, ELLIS W.

Remarks by Court:

_____
_____
_____
_____
_____

Defendant was Fined: _____    Plus Assessments of: _____
Sentenced To: _____

    Bail Forfeited ( )         Appealed ( )
    Fine Paid       ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
Docket: 153      Page: 60
    66914

Signed: _____  Title: Deputy Court Clerk
Date: _____

EXHIBIT 1

ABSTRACT OF COURT RECORD
TUNICA COUNTY JUSTICE COURT

Agency Code: _____
Ticket No: _____ HUDSON

Date: 5/05/2005

### DEFENDANT
Name: HAMPTON, WILLIE                              Race: ____      Sex: ____
Physical Address: _____
Mailing Address: _____
City: _____ State: ___           Zip Code: _____
Drivers License Number: _____ State: ___ Date of Birth: _____

### VEHICLE INFORMATION
Registration (Tag) No: _____ State: ___         Year: _____
Vehicle Model Year: _____ Make: _____         Type: _____

### VIOLATION
Charged With: DISTRIBUTING CTL SUB          % BAC: ___   Speed: ___   Zone: ___
Date of Violation: 3/20/2000  Court Date: 4/20/2000  Hwy or Street: _____
Charges Were Filed By: _____ Badge No: ____
Defendant Entered a Plea of: NOLLE PROSEQUE
Judgement of Court: NOLLE PROSEQUE
By Judge: DARBY, ELLIS W.

Remarks by Court:

_____
_____
_____
_____

Defendant was Fined: _____           Plus Assessments of: _____
Sentenced To: _____
    Bail Forfeited ( )              Appealed ( )
    Fine Paid     ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
    Docket: 153                     Page: 51
    Case: 66815

Signed: _____    Title: Deputy Court Clerk
Date: 5/5/05

ABSTRACT OF COURT RECORD
TUNICA COUNTY JUSTICE COURT

Agency Code: _____
Ticket No: _____ HUDSON

Date: 5/05/2005

**DEFENDANT**
Name: HAMPTON, WILLIE                          Race: _____        Sex: _____
Physical Address: _____
Mailing Address: _____
City: _____ State: ___              Zip Code: _____
Drivers License Number: _____ State: ___ Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____       State: ___            Year: _____
Vehicle Model Year: _____   Make: _____              Type: _____

**VIOLATION**
Charged With: SALE OF CONTROL SUB          % BAC: ___   Speed: ___   Zone: ___
Date of Violation: 3/20/2000  Court Date: 4/20/2000  Hwy or Street: _____
Charges Were Filed By: _____   Badge No: _____
Defendant Entered a Plea of: NOLLE PROSEQUE
Judgement of Court: NOLLE PROSEQUE
By Judge: DARBY, ELLIS W.

Remarks by Court:

Defendant was Fined: _____          Plus Assessments of: _____
Sentenced To: _____
       Bail Forfeited ( )                 Appealed ( )
       Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
       Docket: 153                       Page: 62
       Case: 66816

Signed: _____        Title: Deputy Court Clerk
Date: _____