

5126 Old Mhoon Landing Road
Post Office Box 25
Tunica, Mississippi 38676

Phone: (662) 363-1411
Fax: (662) 363-2593
Fax: (662) 363-4238

## MEMORANDUM

TO: LT. W. C. ESKRIDGE
JAIL ADMINISTRATOR

FROM: LT. JEROME HUDSON
NARCOTIC'S SUPERVISOR

DATE: OCTOBER 30, 2000

RE: RUBBY L. GOODEN (INMATE)

I am requesting documentation to be kept on inmate Rubby Gooden by each shift. This inmate is under the Federal Witness Program and must be monitored at all times. This includes medical records, visitation from deputies or any law enforcement agency, in and out going mail, telephone calls, etc. Attached is a log sheet, which must be turned in daily to the Narcotics Department.

If you have any questions, you may contact me at Ext. 53. Thank you for your cooperation.

C: Sheriff Jerry L. Ellington
Captain Lenard Conway
Lt. Eugene Payne
Sgt. Amanda Carter
Dr. Sarah Schrader
Dockreletta Collins
Federal Bureau of Investigation
United States Attorney Office
Mississippi Bureau of Narcotics

EXHIBIT K

EXHIBIT N

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF COLLUMBIA

[ CAUSE NO: 1:06CV00158 ]

[ EXHIBIT ]  [L]

Law Office of
## CHARLES B. GRAVES, Jr.
1330 East Edwards Avenue
Post Office Box 1413
Tunica, Mississippi 38676
email: chuckgraves@bellsouth.net

COUNTY ATTORNEY
TUNICA COUNTY

TELEPHONE 662-363-3100
FAX 662-357-7477

February 28, 2005

Honorable Kenneth L. Thomas
Circuit Court Judge
P. O. Box 548
Cleveland, MS 38732

RE: State of Mississippi, County of Tunica v. One 1970 Mercury Cougar, et al
Circuit Court of Tunica County, Mississippi
Cause no. 2000-00080

Dear Judge Thomas:

Enclosed for your review is a proposed Order regarding the hearing in Cleveland on February 24, 2005.

If the Order meets with your approval, please sign it and return it to me for filing with the Court in the envelope provided.

Thank you for your consideration.

Very truly yours,

Charles B. Graves, Jr.

CBGjr/sam
Enclosures

EXHIBIT L

IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI
CIVIL DIVISION

STATE OF MISSISSIPPI
COUNTY OF TUNICA                                                                           PLAINTIFFS

VS.                                                                                          CAUSE NO. 2000-00080

ONE 1970 MERCURY COUGAR, VIN#0F9111545940
ONE 1992 FORD MUSTANG, VIN#FACP44E4NF173360
ONE FORD MUSTANG
$355.00 U.S. CURRENCY                                                                        DEFENDANTS

## ORDER

CAME ON for hearing the Petition of Plaintiff, Tunica County Sheriff's Department, for Forfeiture and the Court having considered the facts and the evidence finds as follows, to-wit:

1. That this is a civil action for the forfeiture of property pursuant to the Mississippi Uniform Controlled Substances Law of 1971, as amended.

2. That this is a civil action for the forfeiture of one 1970 Mercury Cougar, on 1992 Ford Mustang, One Ford Mustang and $355.00 cash money, all lawfully seized from Willie B. Hampton on or about March 21, 2000, pursuant to the lawful arrest of Hampton and a lawful search warrant served by Investigator Jerome Hudson of the Tunica County Sheriff's Department, Agent James Jones of the Mississippi Bureau of Narcotics, and Agents James Taylor and Adrina Williams of the Tunica County Sheriff's Department Narcotics Division. Lawful seizure and forfeiture exists under authority of *Mississippi Code Annotated §41-29-153, 41-29-159(a)(4), 41-29-176, 41 29-177, 41-29-179, 41-29-181 and 41-29-185*, as amended.



3. That the Court having considered the evidence and argument of counsel finds that the Petition is well-taken and that the forfeiture should be granted.

THEREFORE, IT IS HEREBY ORDERED, that the aforesaid items are hereby forfeited to the Tunica County Sheriff's Department.

SO ORDERED, this 8th day of March, 2005.

KENNETH L. THOMAS

Approved:

Charles B. Graves, Jr. MSB#9883
Attorney for Petitioner
P.O. Box 1413
Tunica, MS 38676
662/363-3100