WILLIE HAMPTON
Full Name

Committed Name (if different)

U.S.P. VICTORVILLE
Full Address Including Name of Institution

P.O. BOX 5500

ADELANTO, CA  92301
Prison Number (if applicable)

CAUSE NO: 1:06CV00158 RMC

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

WILLIE HAMPTON

VS.
                    Plaintiff,
TUNICA, COUNTY BOARD OF SUPERVISORS,
ET. AL.,
TUNICA COUNTY SHERIFF'S DEPARTMENT
JEROME HUDSON, JERRY L. ELLINGTON
JOHN       DOES 1-5
JANE       DOES 1-5

                    Defendants(s).

Case No. CV _____
        (To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one)

☒ 42 U.S.C. § 1983.

        or

☐ Bivens v. Six Unknown Agents
  403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner:   ☒ Yes   ☐ No

2) If your answer to A is yes, how many? __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

Plaintiff _____ Willie Hampton _____

Defendants_ Raymond Barker, Tammy Barker _____

b. Court
____ USDC, Northern District of Mississippi _____

c. Docket or case number____ 2:04cv160-P-A _____

d. Name of judge to whom case was assigned __ W. Allen Pepper _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)
_____ Failure to state a claim _____

f. Issues raised: Construvtive Fraud, Slander and Libel _____
_____
_____

g. Approximate date of filing lawsuit___ June 16, 2004 _____

h. Approximate date of disposition _____ October 25, 2004 _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?
☐ Yes    ☐ No    N/A

2) Have you filed a grievance concerning the facts relating to your current complaint?
☐ Yes    ☒ No

If your answer is no, explain why not ___ Lack of Jurisdiction _____
_____

3) Is the grievance procedure completed?
☐ Yes ☐ No    N/A

If your answer is no, explain why not  Lack of Jurisdiction

4) Please attach copies of papers related to the grievance procedure.  N/A

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff  Willie Hampton

(print plaintiff's name)

who presently resides at  P.O. Box 5500, Adelanto, CA  92301  ; were violated

(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at _____

Tunica County, Mississippi

(institution/city where violation occurred)

on (date or dates)  8/24/1999          3/21/2000          3/27/2000

(Claim I)              (Claim II)            (Claim III)

(You need not name more than one defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming more than five (5) defendants.)

1) Defendant  Tunica Clinty Board of Supervisors          , resides or works at

(full name of first defendant)

5126 Old Mhoon Landing Road Tunica Count MS. 38676          , and is employed as

(full address of first defendant)

Board of Supervisors

(defendant's position and title, if any)

The defendant is sued in his/her:  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

Authorized/Funded and/or otherwise aided and abetted Defendants

violations of Plaintiff's Civil Rights.

2) Defendant Tunica County Sheriff's Department          resides or works at

(full name of second defendant)

5126 Old Mhoon Landing Road Tunica County MS. 38676

5126 Old Mhoon Landing Road, Tunica County MS. 38676 _____, and is employed as

(full address of second defendant)

Tunica County Sheriff's Department

(defendant's position and title, if any)

The defendant is sued in his/her:  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

Authorixed and/or otherwise aided ann abetted Defendants

Violation of Plaintiff's Civil Rights

3) Defendant  Jerome Hudson _____ resides or works at

(full name of third defendant)

5126 Old Mhoon Landing Road, Tunica County MS. 38676
Last Known Address _____, and is employed as

(full address of third defendant)

Former LT. Deputy Sheriff

(defendant's position and title, if any)

The defendant is sued in his/her:  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

While color of state law, submitted false Affidavits, converted
stolen property, falsified records (more allegation annexed

4)  Defendant Jerry L. Ellington _____ resides or works at

(full name of fourth defendant)

5126 Old Mhoon Landing Road, Tunica County MS 38676
_____, and is employed as

(full address of fourth defendant)

Former Tunica County Sheriff

(defendant's position and title, if any)

The defendant is sued in his/her:  ☒ individual  ☒ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

Authorized and/or otherwise aided and abetted Defendants violation
of Plaintiff's Civil Rights

5) Defendant _____ resides or works at

                                       (full name of fifth defendant)

_____, and is employed as

                                       (full address of fifth defendant)

_____

                                      (defendant's position and title, if any)

The defendant is sued in his/her:  ☐ individual  ☐ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____

## E. CLAIMS*

## CLAIM I

The following civil right has been violated:

REFER TO ANNEXED ATTACHMENTS FOR COMPLETE LISTING OF CLAIMS

_____

_____

_____

_____

_____

* If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**Supporting Facts:** Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraph, exactly what each DEFENDANT [by name] did to violate your rights. Add more pagers if necessary.

REFER TO ANNEXED ATTACHMENTS FOR COMPLETE SUPPORTING FACTS

## F.  REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

REFER ANNEXED COMPLANT

Dated: 2/15/06

Respectfully submitted: