AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN AND FOR _____ District of COLUMBIA

Willie Hampton
V.
Tunica County Board
of Supervisors, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00158

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 01/27/2006

TO: (Name and address of Defendant)
Tunica County Board
of Supervisors

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~ PRO SE (name and address)

Willie Hampton
# 29948-011
USP-Victorville U-3-B
POB 5500
Adelanto, California
92301

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_____
(By) DEPUTY CLERK

JAN 27 2006
DATE

FILED
FEB 9 2006
TUNICA COUNTY MISS.
SHARON GRANBERRY, CIRCUIT CLERK
BY_____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2-15-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jesse L. Clay | Constable NO |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Cedric Burnett - Pres, Board Of Sup

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-15-06
Date

Signature of Server: Jesse L. Clay

Address of Server: PO Box 2131 Tunica, Ms 38676

RECEIVED
MAR 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN AND FOR _____ District of _____ COLUMBIA _____

WILLIE HAMPTON
V.
TUNICA COUNTY BOARD
OF SUPERVISORS, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00158

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 01/27/2006

TO: (Name and address of Defendant)
TUNICA COUNTY
SHERIFF'S DEPARTMENT

*[signature] Al K Hany, Sr. 02/15/06*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~[redacted]~~ PRO SE (name and address)

WILLIE HAMPTON
#29948-011
USP-VICTORVILLE U-3-B
POB 5500
ADELANTO, CALIFORNIA
92301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY M. MAYER-WHITTINGTON~~          JAN 27 2006
CLERK                                    DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2-15-06 |
| NAME OF SERVER (PRINT) Jesse L. Clay | TITLE Constable ND |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Calvin K. Hamp - Sheriff Tunica Co.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-15-06
            Date

Signature of Server:  Jesse L. Clay

Address of Server: PO Box 2131 Tunica MS 38676

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RE: CASE No. [1:06CV00158] CERTIFICATE OF SERVICE

I, WILLIE HAMPTON, hereby certify that I served a true and correct copy of the following:

PROOF OF PROCESS SERVICE OF SUMMONS AND COMPLANT PURSUAT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 4.

Which is deamed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

Clerk/United States District Court/
District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave N.W.
Washington DC 20001

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California on the 25th day of February 2006.

---

Willie Hampton/Pro-se