UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE HAMPTON<br><br>    Plaintiff<br><br>v.<br><br>TUNICA COUNTY BOARD OF SUPERVISORS, et.al.<br><br>    Defendants | Civil Action No. 1:06-CV-00158-RMU |

### ENTRY OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that the undersigned Matthew A. Ranck, and Eccleston & Wolf, P.C., do hereby enter their appearance as local counsel for Defendants Tunica County Board of Supervisors, Tunica County Sheriff's Department and former Tunica County Sheriff Jerry Ellington, individually and in his official capacity.

                                                Respectfully Submitted:

                                                _/s/_____
                                                Matthew A. Ranck (DC Bar No. 484983)
                                                ECCLESTON AND WOLF, P. C.
                                                2001 S Street, N. W., Suite 310
                                                Washington, DC 20009-1125
                                                (202) 857-1696 Telephone
                                                (202) 857-0762 Facsimile

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2006, a true and accurate copy of the foregoing Entry of Appearance was transmitted by first-class mail to:

>Willie Hampton 79948-011, *pro se*
>USP Victorville
>P.O. Box 5500
>Adelanto, CA 92301

Matthew A. Ranck