IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA (WASHINGTON, DC)

WILLIE HAMPTON
    PLAINTIFF

V.                                                          CAUSE NO. 1:06-CV-00158-RMU

TUNICA COUNTY BOARD OF SUPERVISORS,
TUNICA COUNTY SHERIFF'S DEPARTMENT,
JEROME HUDSON,
JERRY ELLINGTON,
JOHN DOES 1 - 5, AND
JANE DOES 1 - 5
    DEFENDANTS

## PETITION OF ATTORNEY SEEKING PRO HAC VICE ADMISSION BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**NOW COMES,** Matthew A. Ranck, sponsoring attorney seeking admission *pro hac vice* to the United States District Court for the District of Columbia of Daniel J. Griffith, in the matter of <u>Willie Hampton v. Tunica County Board of Supervisors, et al</u>, Cause No. 1:06-CV-00158-RMU, and respectfully submits the following certification and prayer for admission *pro hac vice*, to wit:

**I. Sponsoring Attorney**

The undersigned sponsoring attorney declares that he is a member in good standing of the bar of this Court.

**II. Declaration Pursuant to Local Rule 83.2 (e)**

The following declaration is made by the attorney seeking admission *pro hac vice* to the bar of this Court:

1) Full name of attorney seeking admission *pro hac vice*:

Daniel Judson Griffith

2) The office address and phone number of the attorney seeking admission *pro hac vice*:

Griffith & Griffith Attorneys
123 South Court Street
P.O. Drawer 1680
Cleveland, MS 38732
Phone: 662-843-6100
Fax: 662-843-8153
danny@griffithlaw.net

3) A list of all bars where the attorney seeking admission *pro hac vice* has been admitted:

State of Mississippi
Mississippi Bar Number 8366
Admitted: April 6, 1989

5th Circuit Court of Appeals
Admitted: May 8, 1989

United States District Court for the Northern District of Mississippi
Admitted: April 27, 1989

United States District Court for the Southern District of Mississippi
Admitted: April 27, 1989

Supreme Court of the United States of America
Admitted: August 4, 2000

4) Certification regarding disciplinary proceedings involving the attorney seeking admission *pro hac vice*:

Daniel Judson Griffith, the attorney seeking admission *pro hac vice* has not been disciplined by any bar.

5) Prior admissions *pro hac vice* within this bar by the attorney seeking *pro hac vice* admission:

Daniel Judson Griffith, the attorney seeking *pro hac vice* admission has not been previously *pro hac vice* admitted to this bar within the past two years.

6) Relationship of the attorney seeking *pro hac vice* admission to the District of Columbia Bar:

Daniel Judson Griffith, the attorney seeking *pro hac vice* admission is not a member of the District of Columbia Bar and does not practice from an office located within the District of Columbia. Daniel Judson Griffith does not have an application pending for membership in the District of Columbia Bar.

Daniel J. Griffith

### III. Prayer

Having satisfied the requirements of Local Rule 83.2 (d), the undersigned sponsoring attorney respectfully moves this Court for *pro hac vice* admission to the United States District Court for the District of Columbia of Daniel J. Griffith, in the matter of Willie Hampton v. Tunica County Board of Supervisors, et al, Cause No. 1:06-CV-00158-RMU, as counsel for Defendants, Tunica County Board of Supervisors, Tunica County Sheriff's Department and former Tunica County Sheriff Jerry Ellington, individually and in his official capacity.

Respectfully Submitted:

Matthew A. Ranck (DC Bar No. 484983)
ECCLESTON AND WOLF, P. C.
2001 S Street, N. W., Suite 310
Washington, DC 20009-1125
(202) 857-1696 Telephone
(202) 857-0762 Facsimile

### STATEMENT OF POINTS AND AUTHORITIES

Local Rule 83.2 (d)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2006, a true and accurate copy of the foregoing Petition of Attorney Seeking Admission *Pro Hace Vice* was transmitted by first-class mail to:

> Willie Hampton 79948-011, *pro se*
> USP Victorville
> P.O. Box 5500
> Adelanto, CA 92301

_____
Matthew A. Ranck

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA (WASHINGTON, DC)

WILLIE HAMPTON
        PLAINTIFF

V.                                                 CAUSE NO. 1:06-CV-00158-RMU

TUNICA COUNTY BOARD OF SUPERVISORS,
TUNICA COUNTY SHERIFF'S DEPARTMENT,
JEROME HUDSON,
JERRY ELLINGTON,
JOHN DOES 1 - 5, AND
JANE DOES 1 - 5
        DEFENDANTS

## ORDER

ORDERED, this _____ day of March, 2006, that Daniel J. Griffith is ADMITTED specially for the purpose of appearance and participation in the above captioned case as counsel for Defendants, Tunica County Board of Supervisors, Tunica County Sheriff's Department and former Tunica County Sheriff Jerry Ellington, individually and in his official capacity.

_____
Judge

Copies to:

Daniel J. Griffith, Esq.
Griffith & Griffith Attorneys
123 South Court Street
P.O. Drawer 1680
Cleveland, MS 38732

Matthew A. Ranck, Esq.
Eccleston & Wolf, P.C.
2001 S St., N.W., #310
Washington, DC  20009

Willie Hampton 79948-011, *pro se*
USP Victorville
P.O. Box 5500
Adelanto, CA 92301