UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF COLUMBIA

[CAUSE NO. 1:06CV00158]

WILLIE HAMPTON,

v.

TUNICA COUNTY BOARD

OF SUPERVISORS, ET. AL.,

[ABBREVIATED TITLE]

PROOF OF PROCESS OF SERVICE OF SUMMONS AND COMPLAINT AS TO

JERRY L. ELLINGTON

COMES NOW, pro-se Plaintiff Willie Hampton, and hereby files in accordance with the California Code of Civil Procedures proof of service as to Defendant Jerry L. Ellington. (See Attached Affidavit of Sharon G. Reynolds)

Dated: March 6TH, 2006

/s/ Willie Hampton

Willie Hampton

79948-011

U.S.P. Victorville

P.O. Box 5500

Adelanto, CA 92301

RECEIVED

MAR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN AND FOR      District of      COLUMBIA

WILLIE HAMPTON
V.
TUNICA COUNTY BOARD
OF SUPERVISORS, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV00158

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 01/27/2006

TO: (Name and address of Defendant)
JERRY ELLINGTON

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

WILLIE HAMPTON
#29948-011
USP-VICTORVILLE 4-3-B
POB 5500
ADELANTO, CALIFORNIA
92301

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JAN 27 2006

CLERK      DATE

M. Higgins
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 8.45 |

Postmark Here FEB 13 2006

Sent To: Jerry Ellington #11816-042 FCI-E
Street, Apt. No.; or PO Box No.: P.O. Box 7000
City, State, ZIP+4: Texarkanna, TX 75505

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jerry Ellington #11816-042
FCI-E
P. O. BOX 7000
TEXARKANNA, TX 75505

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
FEB 16 20__

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0003 8853 0896

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SHARON GRANBERRY REYNOLDS
TUNICA COUNTY CIRCUIT CLERK
P.O. BOX 184
TUNICA, MS 38676

RE: CASE No.2:00CR094-P-B] CERTIFICATE OF SERVICE

I, WILLIE HAMPTON, hereby certify that I served a true and correct copy of the following:

PROOF OF PROCESS OF SERVICE OF SUMMONS AND COMPLAINT AS TO JERRY L. ELLLINGTON.

Which is deamed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

OFFICE FOR THE DISTRICT COURT OF COLUMBIA

333 Constitution Avenue, N.W.

Washington, D.C. 20001

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California on the 6th day of March 2006.

Willie Hampton/Pro-se

AFFIDAVIT OF PROCESS OF SERVICE OF SUMMONS AND COMPLAINT

DATE: March 6, 2006

State of Mississippi

County of Tunica

RE: Hampton v. Tunica County Board of Supervisors, et. al.

(No. 1:06CV00158)

AFFIANT:

Sharon Granberry Reynolds

Tunica County Circuit Court Clerk

P.O. Box 184

Tunica County, MS 38676

I, Sharon G. Reynolds, hereby attest:

1. That she is above the legal age of eieghteen (18) years;

2. That she is [not] a party to the above-referenced litigation;

3. That she, on 2/13/2006, pursuant to the 28 U.S.C. Rule 4, did serve upon defendant "Jerry L. Ellington, FCI-E, P.O. Texarkanna, Tx 75505, a true and correct copy of the summons and complaint by first-class postage,, certified mail (return receipt requested).

4. That your affiant swears herein above the pain and penalty of perjury that the above-referenced averments are true and correct so help her God Almighty.

FURTHER SAYETH YOUR AFFIANT NAUGHT

L.S. *Sharon G. Reynolds*

Sharon G. Reynolds