AFFIDAVIT OF PROCESS OF SERVICE OF SUMMONS AND COMPLAINT

DATE: 3/08/2006

States of Mississippi

County of Tunica

RE: Hampton v. Tunica County Board of Supervisors, et. al.

(No: 1:06CV00158)

AFFIANT:

Jesse L. Clay/Tunica County Constable

P.O. Box 2131

Tunica, Mississippi 38676

I, Jesse L. Clay Constable Tunica Count Mississippi, hereby attest:

1. That he is above the legal age of eighteen (18) years;

2. That he is [not] a part to the above-referenced litigation;

3. That on 3/08/2006, pursuant to the 28 U.S.C. Rule 4, did serve upon defendant "Jerome Hudson, a true and correct copy of the summons and complaint.

4. That your affiant sewars herein above the pain and penalty of perjury that the above-referenced averments are true and correct so help me God Almighty.

FURTHER SAYETH YOUR AFFIANT NAUGHT

L.S. X _Jesse L. Clay_   3-08-06

Jesse L. Clay

P.O. Box 2131 Tunica Ms. 38676

RECEIVED
MAR 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF COLUMBIA

[CAUSE NO.1:06CV00158]

WILLIE HAMPTON,

Plaintiff,

v.

TUNICA COUNTY BOARD OF SUPERVISORS, ET. AL.,

TUNICA COUNTY SHERIFF'S DEPARTMENT,

JEROME HUDSON,

JERRY ELLINGTON,

JOHN DOES 1-5,

JANE DOES 1-5,

Defendants.

FIRST AMENDED COMPLAINT [42 USC & 1983]

I. NATURE OF THE CASE

1. The incidents on which plaintiff's lawsuit is based occurred as a result of malicious, deliberate, intentional, reckless and negligent misconduct by the Tunica County Sheriff's Department, and its agents, as named and/or described above, before during, and after the execution of a

[1]

Case# No. 1:06CV00158    CERTIFICATE OF SERVICE

I, WILLIE HAMPTON hereby certify that I served a true and correct copy of the following:

PROOF OF SERVICE OF SUMMONS ON [DEFENDANT] JEROME HUDSON

Which is deemed filed at the time it was delivered to prison authoriteis for forwarding to the court, Houstion v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

OFFICE OF THE CLERK/UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

333 Constitution Avenue, N.W.

Washington, DC  20001

and deposited same in the United States Postal Mail at the United States Penitentiary, Victorville, California on the 19th, day of March 2006.

_____
Willie Hampton/pro-se