AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN AND FOR _____ District of _____ COLUMBIA

WILLIE HAMPTON
V.
TUNICA COUNTY BOARD
OF SUPERVISORS, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00158

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil 27

DATE STAMP: 01/▇/2006

TO: (Name and address of Defendant)
JEROME HUDSON

[signature] 03/8/2006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

WILLIE HAMPTON
#29948-011
USP-VICTORVILLE 4-3-B
POB 5500
ADELANTO, CALIFORNIA
92301

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 2 7 2006
CLERK                                DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3-08-06 |
| NAME OF SERVER (PRINT) Jesse L. Clay | TITLE Constable Tunica Co N D |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Tunica Co.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 25.00 | 25.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-08-06        *Signature* Jesse L. Clay
              Date           Signature of Server

PO Box 2131 Tunica MS 38676
Address of Server

STATE OF MISSISSIPPI
COUNTY OF TUNICA
Sworn to and subscribed before me this
8th day of March, 2006
By _____ Circuit Clerk
Exofficio                  D.C.
My Commission Expires 1st Mon. Jan. 2008

RECEIVED
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN AND FOR              District of            COLUMBIA

WILLIE HAMPTON
V.
TUNICA COUNTY BOARD
OF SUPERVISORS, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00158

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil
27

DATE STAMP: 01/⬛/2006

TO: (Name and address of Defendant)
JEROME HUDSON

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF  PRO SE  (name and address)

WILLIE HAMPTON
# 29948-011
USP- VICTORVILLE  4-3-B
POB 5500
ADELANTO, CALIFORNIA
92301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 27 2006
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date              *Signature of Server*

                          *Address of Server*

RECEIVED MAR 23 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.