IN THE JUSTICE COURT OF TUNICA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.

<u>Willie Hampton</u>
Defendant

CAUSE NO. <u>66814</u>
<u>66815</u>
<u>66816</u>

### ORDER OF NOLLE PROSEQUE

ON THIS DAY the above cause came on for hearing and upon the motion of the State of Mississippi to nolle proseque the above cause and the Court, being fully advised in the premises does hereby find that said motion is well taken and should be granted. Defendant was prosecuted in U.S. District Court by federal prosecutors and is currently incarcerated. These charges are moot.

IT IS THEREFORE ORDERED AND ADJUDGED that the above cause be nolle proseque at the request of the State of Mississippi with the charge being dismissed without prejudice.

SO ORDERED AND ADJUDGED this the <u>4H</u> day of <u>May</u> 2004.

_____
Justice Court Judge

_____
County Prosecutor

EXHIBIT "A"

# ABSTRACT OF COURT RECORD
## TUNICA COUNTY JUSTICE COURT

Agency Code: _____
Ticket No: _____   HUDSON

Date: 5/05/2005

### DEFENDANT
Name: HAMPTON, WILLIE          Race: ____    Sex: ____
Physical Address: _____
Mailing Address: _____
City: _____  State: ____   Zip Code: ____
Drivers License Number: _____  State: ___  Date of Birth: ____

### VEHICLE INFORMATION
Registration (Tag) No: _____   State: ___   Year: ___
Vehicle Model Year: ___    Make: _____    Type: ___

### VIOLATION
Charged With: POSS W/INTENT TO SEL    % BAC: ___    Speed: ___    Zone: ___
Date of Violation: 3/20/2000   Court Date: 4/20/2000   Hwy or Street: ___
Charges Were Filed By: _____   Badge No: ___
Defendant Entered a Plea of: NOLLE PROSEQUE
Judgement of Court: NOLLE PROSEQUE
By Judge: DARBY, ELLIS W.

Remarks by Court:

_____
_____
_____
_____

Defendant was Fined: _____         Plus Assessments of: _____
Sentenced To: _____

    Bail Forfeited ( )           Appealed ( )
    Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
Docket: 153                              Page: 50
        66814

Signed: _____    Title: Deputy Court Clerk
Date: _____

# ABSTRACT OF COURT RECORD
## TUNICA COUNTY JUSTICE COURT

Agency Code: _____
Ticket No: _____ HUDSON

Date: 5/05/2005

**DEFENDANT**
Name: HAMPTON, WILLIE                    Race: ____    Sex: ____
Physical Address: _____
Mailing Address: _____
City: _____  State: ____  Zip Code: ____
Drivers License Number: _____  State: ____  Date of Birth: ____

**VEHICLE INFORMATION**
Registration (Tag) No: _____  State: ____  Year: ____
Vehicle Model Year: ____  Make: _____  Type: ____

**VIOLATION**
Charged With: DISTRUBUTING CTL SUB    % BAC: ____  Speed: ____  Zone: ____
Date of Violation: 3/20/2000  Court Date: 4/20/2000  Hwy or Street: ____
Charges Were Filed By: _____  Badge No: ____
Defendant Entered a Plea of: NOLLE PROSEQUE
Judgement of Court: NOLLE PROSEQUE
By Judge: DARBY, ELLIS W.

Remarks by Court:
_____
_____
_____
_____

Defendant was Fined: _____    Plus Assessments of: _____
Sentenced To: _____
   Bail Forfeited ( )           Appealed ( )
   Fine Paid    ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
   Docket: 153             Page: 61
   Case: 66815

Signed: _Brenda Gladney_    Title: _Deputy Court Clerk_
Date: 5/5/05

ABSTRACT OF COURT RECORD
TUNICA COUNTY JUSTICE COURT

Agency Code: _____
Ticket No: _____  HUDSON

Date: 5/05/2005

**DEFENDANT**
Name: HAMPTON, WILLIE   Race: _____   Sex: _____
Physical Address: _____
Mailing Address: _____
City: _____   State: ___   Zip Code: _____
Drivers License Number: _____   State: ___   Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____   State: ___   Year: _____
Vehicle Model Year: _____   Make: _____   Type: _____

**VIOLATION**
Charged With: SALE OF CONTROL SUB   % BAC: ___   Speed: ___   Zone: ___
Date of Violation: 3/20/2000   Court Date: 4/20/2000   Hwy or Street: _____
Charges Were Filed By: _____   Badge No: _____
Defendant Entered a Plea of: NOLLE PROSEQUE
Judgement of Court: NOLLE PROSEQUE
By Judge: DARBY, ELLIS W.

Remarks by Court:
_____
_____
_____
_____

Defendant was Fined: _____   Plus Assessments of: _____
Sentenced To: _____

   Bail Forfeited ( )            Appealed ( )
   Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
Docket: 153        Page: 82
Case#: 66916

Signed: _____   Title: Deputy Court Clerk
Date: _____

79948 011

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

WILLIE HAMPTON

**WARRANT FOR ARREST**

CASE NUMBER: 002013

0042-0327-0089-J

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WILLIE HAMPTON**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
1. knowingly and intentionally distributing in excess of 5 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine, a Schedule II controlled substance;
2. knowingly and intentionally possessing with intent to distribute in excess of 5 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine, a Schedule II controlled substance; and
3. knowing and intentionally possessing with intent to distribute in excess of 50 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine and 500 grams of cocaine hydrochloride, Schedule II controlled substances,

in violation of Title __21__ United States Code, Section(s) 841(a) and (b)(1)(a)

| Neal B. Biggers, Jr. | Chief, U.S. District Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 3-24-0  Oxford, Mississippi |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _Detention until further order of the court_  by [signature]
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant
at _Tunica Co Jail, Tunica, MS upon dismissal local charges._

| DATE RECEIVED 3-24-00 | NAME AND TITLE OF ARRESTING OFFICER  Delivered to AUSA Oxford MS | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3-27-00 | By Deputies of Tunica Co S.O. | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.

Exhibit "B"

# United States District Court

NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

WILLIE HAMPTON
3130 Monticello Avenue
Oakland, CA 94619

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 002013

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 20-21, 2000__ in __Tunica__ county, in the __Northern__ District of __Mississippi__ defendant(s) did, (Track Statutory Language of Offense)

(1) knowing and intentionally distribute in excess of 5 grams of a mixture ad substance containing a detectable amount of crack cocaine/cocaine base, a Schedule II controlled substance; (2) knowingly and intentionally possess with intent to distribute in excess of 5 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine, a Schedule II controlled substance; and (3) knowingly and intentionally possess with intent to distribute in excess of 50 grams of a mixture and substance containing a detectable amount of cocaine base/crack cocaine and 500 grams of cocaine hydrochloride, Schedule II controlled substances.

in violation of Title __21__ United States Code, Section(s) __841(a) and (b)(1)(A)__

I further state that I am a(n) __Special Agent, F.B.I.__ and that this complaint is based on the following facts:
Official Title

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence.

3-24-0                                                                at                        Oxford, Mississippi
Date                                                                                                City and State

Neal B. Biggers, Jr.
Chief, U.S. District Judge
Name & Title of Judicial Officer                                                      Signature of Judicial Officer

This form was electronically produced by Elite Federal Form