IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE HAMPTON<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| | ) CAUSE NO. 1:06-CV-00158-RMU |
| TUNICA COUNTY BOARD OF<br>SUPERVISORS, TUNICA COUNTY<br>SHERIFF'S DEPARTMENT, JEROME<br>HUDSON, JERRY ELLINGTON, JOHN<br>DOES 1 - 5 AND JANE DOES 1-5<br>    Defendants | )<br>)<br>)<br>)<br>)<br>) |

## *ORDER DISMISSING CASE*

UPON CONSIDERATION of Defendant Jerome Hudson's Motion to Dismiss, or, in the alternative, transfer the case, and the record herein it is by this Honorable Court this _____ day of _____, 2006, hereby:

ORDERED, that Defendant's Motion be and hereby is GRANTED; and it is further

ORDERED, that the case be and hereby is DISMISSED as to all claims asserted against Defendant Jerome Hudson in Plaintiff's First Amended Complaint; and it is further

ORDERED, that Defendant Jerome Hudson is and hereby shall be DISMISSED from this case WITH PREJUDICE.

 

_____
Judge

Copies to:

Jerome Hudson
7095 Tunlane Road
Apartment 319
Horn Lake, Mississippi 38637


Willie Hampton, R79948-011
Victorville United States Penitentiary
P.O. Box 5500
Adelanto, CA 92301