Willie Hampton

BOP NO> 79948-011

U.S.P. Victorville

P.O. Box 5500

Adelanto, CA 92301

IN PRO-SE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA (WASHINGTON,DC)

CAUSE NO. 1:06CV00158

WILLIE HAMPTON,

    Plantiff,

VS.

TUNICA COUNTY BOARD OF SUPERVISORS;

TUNICA COUNTY SHERIFF'S DEPARTMENT;

JERRY L. ELLINGTON; JEROME

HUDSON; JANE DOES 1-5; JOHN

DOES 1-5

    Defendant(s)

NOTICE OF MOTION AND MOTION TO STRIKE MOTION OF DEFENDANT JEROME HUDSON TO DISMISS OR TRANSFER

COMES NOW, pro-se Plaintiff Willie Hampton, and herein moves this Honorable Court to STRIKE Defendant Hudson's untimely Motion to Dismiss or Transfer the above-captioned cause. This instant pleading is based upon the following facts:

[1]

RECEIVED

MAY 4 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant Jerome Hudson was served with the summons and complaint via process server on March 8, 2006 (See, Docket Sheet);

Defendant Jerome Hudson, by virtue of 28 U.S.C. Rule 12 was required to file his ANSWER to the complaint and/or any affirmative defenses thereto within 20 days. (See, Attachment "Summons")

Defendant Jerome Hudson filed his Motion to Dismiss or Transfer on April 20th, 2006 (See, Attachment) more than 30 days after the required deadline.

Defendant Jerome Hudson failed to timely file his ANSWER and/or affirmative defenses within the time allowed (See, Docket Sheet)

WHEREFORE, in respect to the above-referenced, Defendant Hudson's Motion to Dismiss or Transfer should be STRUCK from the record.

Dated April 27, 2006

Willie Hampton/pro-se

RE: CAUSE No.1:06-CV-00158-RMU CERTIFICATE OF SERVICE

I, WILLIE HAMPTON hereby certify that I served a true and correct copy of the following:

NOTICE OF MOTION AND MOTION TO STRIKE MOTION OF DEFENDANT JEROME HUDSON TO DISMISS OR TRANSFER

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack, 101 L.ed 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelop addressed to:

CLERK'S OFFICE/UNITED STATES DISTRICT COURT

E. Barrett Prettyman U.S. Courthouse

333 Constitution Avenue, N.W.

Washington, DC  20001

Jerome Hudson

7095 Tunlane Road Apartment 319

Horn Lake, Mississippi  38637

Matthew A. Ranck/ECCLESTON AND WOLF,P.C.

2001 S Street, N.W., Suite 310

Washington, DC 20009-1125

and deposited same in the United States Postal Mail at the United States penitentiary, Victorville, California on the 28th, day of April 2006.

_Willie Hampton_ (signature)

Willie Hampton/Pro-se

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN AND FOR                    District of    COLUMBIA

WILLIE HAMPTON
V.
TUNICA COUNTY BOARD
OF SUPERVISORS, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00158

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 01/27/2006

TO: (Name and address of Defendant)
JEROME HUDSON

[signature] 03/8/2006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓ PRO SE (name and address)

WILLIE HAMPTON
# 19948-011
USP-VICTORVILLE 4-3-B
POB 5500
ADELANTO, CALIFORNIA
92301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
MAY 0 4 2006

NANCY M. MAYER-WHITTINGTON        JAN 27 2006        NANCY MAYER WHITTINGTON, CLERK
CLERK                              DATE               U.S. DISTRICT COURT

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-08-06 |
| NAME OF SERVER (PRINT) Jesse L. Clay | TITLE Constable Tunica Co MD |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Tunica Co.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 25 00 | 25 00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-08-06
               Date

Signature of Server: Jesse L. Clay

Address of Server: PO Box 2131 Tunica MS 38676

STATE OF MISSISSIPPI
COUNTY OF TUNICA
Sworn to and subscribed before me this 8th day of March 2006
By _____ Circuit Clerk
Exofficio _____ D.C.
My Commission Expires 1st Mon. Jan. 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Willie Hampton

BOP NO> 79948-011

U.S.P. Victorville

P.O. Box 5500

Adelanto, CA 92301

IN PRO-SE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA (WASHINGTON,DC)

CAUSE NO.1.06-CV-00158-RMU

WILLIE HAMPTON,

PLAINTIFF,

VS.

TUNICA COUNTY BOARD OF SUPERVISORS, ET. AL.

PROPOSED ORDER

IT IS HEREBY ORDERED, that Defendant Jerome Hudson's Motion to Dismiss or Transfer is STRUCK as untimely.

SO ORDERED

_____
    DISTRICT COURT JUDGE